# United States Bankruptcy Court
## District of Maine

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Associated Grocers of Maine, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Little Yankee; FDBA Yankee Grocer; FDBA Thriftway Food Stores; FDBA Maine Kitchen Candies; FDBA Associated Grocers of Central Maine, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**01-0223033** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**47 AG Drive**<br>**Gardiner, ME**<br>ZIP Code **04345-1000** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kennebec** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1389**<br>**Camden, ME**<br>ZIP Code **04843** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Associated Grocers of Maine, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Associated Grocers of Maine, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **Debtor not represented by attorney**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~Court Appointed Receiver~~_
Signature of Authorized Individual

**James C. Ebbert, CTP, Aurora Management Partners, Inc.**
Printed Name of Authorized Individual

**Court-Appointed Receiver, Associated Grocers of Maine, Inc.**
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Maine

In re    **Associated Grocers of Maine, Inc.**      Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **New England Teamsters & Trucking Industry Pension Fund 1 Wall Street Burlington, MA 01803-4768** | **New England Teamsters & Trucking Industry Pension Fund 1 Wall Street Burlington, MA 01803-4768** | **Withdrawal Liability** | **Contingent Unliquidated Disputed** | **5,341,992.00** |
| **The Bank of Maine f/k/a Savings Bank of Maine 190 Water Street PO Box 190 Gardiner, ME 04345-0190** | **The Bank of Maine f/k/a Savings Bank of Maine 190 Water Street Gardiner, ME 04345-0190** | **First priority lien on Inventory and Accounts Receivable, and proceeds (Value of property subject to lien and amount of claim are estimations)** | | **6,017,287.00**<br><br>**(4,000,000.00 secured)** |
| **Camden National Bank 2 Elm Street Camden, ME 04843** | **Camden National Bank 2 Elm Street Camden, ME 04843** | **Second priority lien on Inventory and Accounts Receivable, and proceeds (Value of property subject to lien and amount of claim are estimations)** | | **750,000.00**<br><br>**(0.00 secured)** |
| **Western Family Foods, Inc. 6700 SW Sanburg Street Tigard, OR 97223** | **Western Family Foods, Inc. 6700 SW Sanburg Street Tigard, OR 97223** | **Vendor debt** | | **387,824.10** |
| **Oakhurst Dairy 364 Forest Avenue Portland, ME 04101** | **Oakhurst Dairy 364 Forest Avenue Portland, ME 04101** | **Vendor debt (Possibly subject to setoff)** | | **320,261.01** |
| **Hussey's General Store PO Box 81 Windsor, ME 04363** | **Hussey's General Store PO Box 81 Windsor, ME 04363** | **Capital Contribution and/or Stockholder Interest *See Attachment F1** | **Contingent Unliquidated Disputed** | **309,216.00** |

In re   <u>**Associated Grocers of Maine, Inc.**</u>        Case No.   <u>            </u>

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Christy's Country Store 932 Farmington Road Belgrade, ME 04917** | **Christy's Country Store 932 Farmington Road Belgrade, ME 04917** | **Capital Contribution and/or Stockholder Interest *See Attachment F1** | **Contingent Unliquidated Disputed** | **234,776.00** |
| **Maine Revenue Services PO Box 9111 Augusta, ME 04332-9111** | **Maine Revenue Services PO Box 9111 Augusta, ME 04332-9111** | **2011 Cigarette/Tobacco Tax (Possibly subject to setoff)** | | **212,331.06** |
| **Sure Winner Foods 2 Kehner Road Saco, ME 04072-1836** | **Sure Winner Foods 2 Kehner Road Saco, ME 04072-1836** | **Vendor debt (Possibly subject to setoff)** | | **198,114.74** |
| **Northern New England Benefit Trust PO Box 4604 Manchester, NH 03108** | **Northern New England Benefit Trust PO Box 4604 Manchester, NH 03108** | **Unknown** | | **178,640.00** |
| **Garelick Farms of Maine, LLC 1 Milk Street Bangor, ME 04401** | **Garelick Farms of Maine, LLC 1 Milk Street Bangor, ME 04401** | **Vendor debt (Possibly subject to setoff)** | | **178,191.68** |
| **Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services 353 Meyer Circle Corona, CA 92879-1078** | **Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services 353 Meyer Circle Corona, CA 92879-1078** | **Vendor debt** | | **110,859.85** |
| **Kayem Foods, Inc. 754 Arlington Street Chelsea, MA 02150** | **Kayem Foods, Inc. 754 Arlington Street Chelsea, MA 02150** | **Vendor debt** | | **105,154.55** |
| **Imperial Distributors, Inc. 33 Sword Street Auburn, MA 01501-2195** | **Imperial Distributors, Inc. 33 Sword Street Auburn, MA 01501-2195** | **Vendor debt (Possibly subject to setoff)** | | **103,350.05** |
| **Sysco Northern New England, Inc. 36 Thomas Drive Westbrook, ME 04092-3824** | **Sysco Northern New England, Inc. 36 Thomas Drive Westbrook, ME 04092-3824** | **Vendor debt (Undetermined Amount, may be a PACA claim and possibly subject to setoff)** | | **93,024.86** |
| **Herb and Sharon Fithian PO Box 277 Sherman, ME 04776** | **Herb and Sharon Fithian PO Box 277 Sherman, ME 04776** | **Capital Contribution and/or Stockholder Interest *See Attachment F1** | **Contingent Unliquidated Disputed** | **91,970.00** |

In re   __Associated Grocers of Maine, Inc.__          Case No.   _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **P. Dunbar & Estate of A. Dunbar**<br>**PO Box 208**<br>**Sullivan, ME 04664** | **P. Dunbar & Estate of A. Dunbar**<br>**PO Box 208**<br>**Sullivan, ME 04664** | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | **Contingent Unliquidated Disputed** | **84,630.00** |
| **Bruce and Karen Mathews**<br>**141 Main Street**<br>**Cherryfield, ME 04622** | **Bruce and Karen Mathews**<br>**141 Main Street**<br>**Cherryfield, ME 04622** | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | **Contingent Unliquidated Disputed** | **83,509.00** |
| **Maine Chamber Group Trust**<br>**125 Community Drive, Suite 101**<br>**Augusta, ME 04330** | **Maine Chamber Group Trust**<br>**125 Community Drive, Suite 101**<br>**Augusta, ME 04330** | **Vendor debt** | | **80,454.00** |
| **Stephen and Martha Fenno**<br>**C/o Barry E. Schklair, Esq**<br>**Mittel Asen, LLC**<br>**85 Exchange Street, P.O. Box 427**<br>**Portland, ME 04112** | **Stephen and Martha Fenno**<br>**C/o Barry E. Schklair, Esq**<br>**Mittel Asen, LLC**<br>**Portland, ME 04112** | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | **Contingent Unliquidated Disputed** | **78,429.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Court-Appointed Receiver, Associated Grocers of Maine, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __August 26, 2011__          Signature    **/s/ James C. Ebbert, CTP, Aurora Management Partners, Inc.**

                                             **James C. Ebbert, CTP, Aurora Management Partners, Inc.**<br>                                             **Court-Appointed Receiver, Associated Grocers of Maine, Inc.**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re    **Associated Grocers of Maine, Inc.**

Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 10 | 6,594,461.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,767,287.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 33 | | 7,971,034.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 116 | | 8,805,494.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 163 | | | |
| Total Assets | | | 6,594,461.50 | | |
| Total Liabilities | | | | 23,543,816.02 | |

.

# United States Bankruptcy Court
## District of Maine

In re **Associated Grocers of Maine, Inc.**      ,  Case No. _____

              Debtor       Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Associated Grocers of Maine, Inc.**                                          ,      Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

In re     **Associated Grocers of Maine, Inc.**       ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Receiver Account at The Bank of Maine (Value listed is approximate)** | - | 3,215,016.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Business Auto Policy** | - | 0.00 |
| | | **Property, General Liability, and Inventory Policy** | - | 0.00 |
| | | **Umbrella Policy** | - | 0.00 |
| | | **Worker's Compensation Policy** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 3,215,016.00 |
|---|---|---|
| | (Total of this page) | |

__5__   continuation sheets attached to the Schedule of Personal Property

In re     **Associated Grocers of Maine, Inc.**
_____,     Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Interest in Northeast Logistics, LLC (no longer in operation) | - | 0.00 |
| | | 100% interest in AG Development Corp. (no longer in operation; administratively dissolved effective 8/18/11) | - | 0.00 |
| | | 100% interest in AG Distributors, LLC (no longer in operation; administratively dissolved effective 8/18/11) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attachment B1 | - | 2,740,495.76 |
| | | Ernest Coletti, d/b/a Wallace Market - Note obligation (Amount owed as of 4/27/11) | - | 7,064.17 |
| | | Daniel Martin and/or D & L Groceries, Inc., d/b/a Washburn Foodmart - Note obligation (Amount owed as of 4/27/11) | - | 18,527.77 |
| | | D. L. Fotter & Sons, Inc. - Note obligation (Amount owed as of 4/27/11) | - | 19,977.01 |
| | | Kathleen and David Boegel, d/b/a North End Market - Note obligation (Amount owed as of 4/27/11) | - | 7,301.00 |
| | | Ronald Robinson, Sr., d/b/a C & R General Store - Note obligation (Amount owed as of 4/27/11) | - | 8,835.45 |

Sub-Total >     **2,802,201.16**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re     **Associated Grocers of Maine, Inc.**              Case No. _____
                                                   ,
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | CBH IV, LLC and Patrick and Michelle Collins, d/b/a P & M Market - Note obligation (Amount owed as of 4/27/11) | - | 10,466.62 |
| | | Manaford Durkee, d/b/a Manaford's Inc. - Note obligation (Amount owed as of 4/27/11) | - | 62,935.42 |
| | | Manaford Durkee, Jr., d/b/a Manaford's Inc. (Linda Durkee, Guarantor) - Note obligation (Amount owed as of 4/27/11) | - | 39,519.83 |
| | | The Station Market - Note obligation (Amount owed as of 4/27/11) | - | 53,093.89 |
| | | Joseph Townson, d/b/a Townsend Howmetown Grocery, LLC - Note obligation (Amount owed as of 4/27/11) | - | 32,435.21 |
| | | David and Jayne Welch - Note obligation (Amount owed as of 4/27/11) | - | 53,436.89 |
| | | Steven D. Hyson, d/b/a Village Market - Note obligation (Amount owed as of 4/27/11) | - | 15,718.23 |
| | | Wayne and Joni Slattery, d/b/a Village Trading Post - Note obligation (Amount owed as of 4/27/11) | - | 15,139.22 |
| | | Todd and Sarah Anderson, d/b/a French & Brawn, Inc. - Note obligation (Amount owed as of 4/27/11) | - | 89,590.90 |
| | | Todd and Sarah Anderson, d/b/a French and Brawn, Inc. - Note obligation (Amount owed as of 4/27/11) | - | 3,226.24 |
| | | Michael R. Cyr, d/b/a Mike's Family Market, LLC - Note obligation (Amount owed as of 4/27/11) | - | 13,690.37 |
| | | George Rancourt, d/b/a Buddies Grocery and Stephen Phair, d/b/a Buddies Grocery - Note obligation (Amount owed as of 4/27/11) | - | 30,324.52 |
| | | Oliver and Janet Cusano - Note obligation (Amount owed as of 4/27/11) | - | 7,600.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >      427,177.34
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re     **Associated Grocers of Maine, Inc.**                       ,     Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Internal Revenue Service - Anticipated return of amounts improperly levied** | - | 20,025.00 |
| | | **Maine Revenue Service - Improper EFT for pre-receivership tobacco products tax** | - | 40,042.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Camden National Bank - Amounts expended from the Receiver Account to pay expenses to preserve, repair and/or maintain property in which Camden National Bank had a first priority lien (Estimated amount, all such expenses are not currently known)** | - | 90,000.00 |
| | | **Potential Claim against ACR Retail Systems to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |
| | | **Potential Claim against Atlantic Pest Solutions to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |
| | | **Potential Claim against Bridgeford Foods to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |
| | | **Potential Claim against Burton & Burton to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |
| | | **Potential Claim against Downeast Credit Union to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |
| | | **Potential Claim against FMMI to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |
| | | **Potential Claim against Hubert to the extent that it collected any accounts receivable of Debtor.** | - | Unknown |

Sub-Total >        150,067.00
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

In re    **Associated Grocers of Maine, Inc.**                ,      Case No.

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Potential Claim against Humpty Dumpty to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against IBC/Nissan to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against IBC/Sales to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against Maine Savings Federal Credit Union to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against Millbrook Distribution Services to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against Millbrook Distribution Services to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against Paramount Greeting Cardsto the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against Premier Marketing Group to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against Studio 100 Entertainment to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| | | Potential Claim against United Natural Foods, Inc. to the extent that it collected any accounts receivable of Debtor. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Tobacco Distributor's License | - | Unknown |
| | | Cigarette Distributor's Certificate | - | Unknown |

Sub-Total >        **0.00**
(Total of this page)

Sheet  **4**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re    **Associated Grocers of Maine, Inc.**       ,      Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      0.00
(Total of this page)

Total >      6,594,461.50

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# ASSOCIATED GROCERS OF MAINE, INC.

## Attachment B2 - Account Receivable List

| Acct # | Acct Name | Total Due |
|---|---|---|
| 00040 | Hussey's General Store, Inc. | 36,953.00 |
| 00082 | French & Brawn , Inc. | 103,166.57 |
| 00107 | THE 107 | 6,135.05 |
| 00120 | C.E. Reilly And Son | 21,441.85 |
| 00168 | Dick's Market | 105,774.70 |
| 00197 | Josephs Market | 14,110.03 |
| 00206 | Jimmy's Market | 31,216.40 |
| 00217 | DOUINS MARKET | -48.84 |
| 00226 | Quik Shop | 10,388.54 |
| 00232 | Brooks Village Grocery | 13,329.90 |
| 00233 | Pinkham's Elm Street Market | -39.91 |
| 00235 | Sleeper's | 130,930.25 |
| 00242 | LL Cote | 958.18 |
| 00245 | Sugarloaf Groceries | 2,581.78 |
| 00249 | WEST PARIS GENERAL STORE | 25,026.16 |
| 00253 | Sleeper's Store | 237.40 |
| 00256 | Wallace Market | 27,624.03 |
| 00257 | Beal's General Store | 17,691.75 |
| 00260 | Jimmy's Market Sales Plan | 2,684.88 |
| 00261 | Beaver Street Market | 6,878.09 |
| 00282 | Erroll General Store | 3,018.55 |
| 00283 | JEFFERSON MARKET | 12,576.26 |
| 00288 | Lakeside Country Market | 14,899.08 |
| 00290 | WASHBURN FOOD MART | 58,874.98 |
| 00292 | D.L. Fotter & Sons | 16,244.49 |
| 00294 | JEANNOTTE'S MARKET | 4,241.79 |
| 00296 | Wright's | 13,511.67 |
| 00301 | MOUNT VERNON STORE | 9,037.54 |
| 00310 | Lennies Superette, Inc. | 11,036.15 |
| 00331 | Pierces Country Store | 7,274.86 |
| 00333 | Merrill & Hinckley | 15,767.62 |
| 00334 | Mary Anne's Market | 13,364.80 |
| 00336 | Sawyers Market | 3,742.69 |
| 00340 | Bradford General Store | 1,565.55 |
| 00341 | FOUR CORNERS STORE, INC. | 2,182.36 |
| 00344 | Joe's Country Store | 3,853.00 |
| 00361 | West Front Market | 9,162.88 |
| 00364 | Varneys Market | -449.38 |
| 00365 | Spillers Farm Store | 998.14 |
| 00370 | C & R General Store | 26,072.42 |
| 00374 | Julians Wayne General Store | 3,123.34 |
| 00383 | Wells Foodmart | 61,860.62 |
| 00384 | Lamoine General Store | 1,650.19 |
| 00386 | Trenton Market Place | 821.00 |
| 00389 | DoDo's Market | 1,457.44 |

# ASSOCIATED GROCERS OF MAINE, INC.

## Attachment B2 - Account Receivable List

| Acct # | Acct Name | Total Due |
|---|---|---|
| 00390 | TENANTS HARBOR GENERAL | -109.29 |
| 00396 | Dresden Take Out | 4,830.25 |
| 00398 | Eggemoggin Country Store | 10,558.87 |
| 00399 | Monmouth General Store | 4,994.77 |
| 00401 | BISSON'S CENTER STORE | 20,348.10 |
| 00402 | Franklin Trading Post | 1,694.20 |
| 00405 | Bridge Street Market | 3,380.69 |
| 00407 | Prabi2009LLC dba Bunny's Superette | 10,183.37 |
| 00408 | Ashland Sales Plan | 977.84 |
| 00409 | 10-4 STORE | 3,129.80 |
| 00410 | RRS, LLC dba The Pit Stop | 3,433.16 |
| 00412 | Southend grocery | 5,066.36 |
| 00414 | Albion Country Store | 3,850.87 |
| 00418 | G & G General Store | 25,061.07 |
| 00425 | FRIENDS AND FAMILY MARKET | 54,255.86 |
| 00426 | BELFAST VARIETY RT 52 | 22,761.14 |
| 00436 | Old Towne Market | 3,687.39 |
| 00441 | 32 General Store | 3,840.45 |
| 00444 | Pinetree Market | 6,191.28 |
| 00446 | HOGLUNDS COUNTRYSIDE BIDDER | 4,354.77 |
| 00451 | Carmel Village Market | 12,368.52 |
| 00455 | Flying Pond Variety | 4,254.18 |
| 00456 | Carrying Place Market | 24,169.91 |
| 00459 | Maine Street Depot | 8,005.76 |
| 00463 | Morrill General Store | 20,041.97 |
| 00465 | Princeton Food Mart | 45,311.54 |
| 00467 | HANLEYS MARKET | 8,020.70 |
| 00469 | Hoggy's Store | 6,097.18 |
| 00472 | Roger's Market | 8,102.73 |
| 00473 | FULLERS MARKET | 46,508.32 |
| 00480 | Thomaston Grocery | 37,902.92 |
| 00484 | PJ'S | 2,648.56 |
| 00486 | Seamus' Market | 5,183.01 |
| 00489 | Durkee's General Store | 41,160.98 |
| 00497 | Anni's Market | 6,692.96 |
| 00499 | MANAFORDS | 58,480.52 |
| 00501 | GEORGETOWN CTRY STORE | 6,140.79 |
| 00502 | BAZA FOODMART | 1,709.65 |
| 00503 | Days Store, Inc. | 8,289.95 |
| 00505 | The Station Market | 4,597.92 |
| 00506 | The Island Market | 7,448.72 |
| 00513 | Boucher's Meats | 3,601.25 |
| 00531 | Troy General Store | 18,119.17 |
| 00534 | Freedom General Store | 4,574.35 |
| 00537 | Saucier's | 67,296.22 |

# ASSOCIATED GROCERS OF MAINE, INC.

## Attachment B2 - Account Receivable List

| Acct # | Acct Name | Total Due |
|--------|-----------|-----------|
| 00538 | Village Market and Hardware | 362.66 |
| 00544 | Libbys Variety Store | 3,875.24 |
| 00549 | Ayottes Country Store | 3,566.03 |
| 00555 | Bourques Park-N-Shop | 17,736.22 |
| 00560 | Bourques Central Market | 34,036.64 |
| 00575 | Wilson's Country Market | 3,113.90 |
| 00581 | Southwest Food Mart | 60,762.00 |
| 00590 | LITCHFIELD COUNTRY STORE | 7,054.91 |
| 00595 | Main Sreet Market | 6,670.53 |
| 00603 | Bears One Stop | 9,038.95 |
| 00604 | Oquossoc Grocery, Inc. | 8,965.34 |
| 00607 | FRYEBURG THRIFTWAY | 25,309.51 |
| 00608 | Mathews Country Store | 567.16 |
| 00614 | The Village Tie Up | 12,711.47 |
| 00616 | Village Food Market | 92.59 |
| 00619 | Paul's Food Centers, Inc. | 81,390.53 |
| 00623 | Tilton's Market | 32,259.95 |
| 00624 | Rideout's Market | 20,940.80 |
| 00641 | Athens Corner Store | 12,179.95 |
| 00646 | Belfast Variety, Inc. | 31,868.65 |
| 00652 | Village Market | 31,017.58 |
| 00653 | Emery's Meat & Produce | 3,067.22 |
| 00660 | Mikes Country Store, Inc. | 6,812.75 |
| 00669 | Clinton Variety | 8,362.91 |
| 00675 | Pleau Enterprises #1,Inc | 22,588.60 |
| 00682 | J P Wentworth General Store | 15,006.31 |
| 00685 | Babins Grocery Outlet | 4,982.20 |
| 00694 | ISLAND GROCERY | -90.42 |
| 00696 | The Depot | 6,902.37 |
| 00702 | Durham Get & Go | 15,389.61 |
| 00703 | The Family Country Market | 4,169.35 |
| 00714 | Roy's Foodland | 1,734.41 |
| 00719 | Jes Foodland | 1,244.93 |
| 00720 | ANDES VARIETY | 24,302.57 |
| 00726 | Monticello Country Store | 4,999.13 |
| 00731 | Sweet Dreams | 5,362.41 |
| 00743 | COUNTRY GOODS AND GROCERIE | 6,352.78 |
| 00748 | Village Trading Post | 5,920.93 |
| 00755 | Indian Lake Market | 7,621.35 |
| 00758 | Williams General Store | 3,404.72 |
| 00759 | Woodland Food Mart | 75,757.73 |
| 00763 | Jims Convenience Plus | 23,545.19 |
| 00771 | Pembroke Irving | -315.43 |
| 00772 | Gosselin's Superette,Inc | 29,388.64 |
| 00776 | The 6 Mile Falls Store | 16,502.51 |

## ASSOCIATED GROCERS OF MAINE, INC.

### Attachment B2 - Account Receivable List

| Acct # | Acct Name | Total Due |
|--------|-----------|-----------|
| 00784 | D & L Country Store | 14,856.83 |
| 00788 | Mountainside Grocers | 7,967.00 |
| 00792 | Christy's-Mercer | 2,050.30 |
| 00796 | Jim's Variety | 23,846.73 |
| 00811 | Caswell's Liquidation | 2,504.26 |
| 00813 | MARDENS | 163,467.19 |
| 00816 | Ron's Market | 2,049.96 |
| 00817 | Knights Yankee Grocer | 14,480.79 |
| 00821 | Anderson's Store, Inc. | 11,493.13 |
| 00822 | Ouellette's Trading Post | -119.13 |
| 00827 | Knights Yankee Sale Plan | 625.12 |
| 00830 | Allard's Market | 3,315.43 |
| 00833 | Dunbars | 14,480.48 |
| 00840 | Mt Vernon Store | -274.42 |
| 00847 | Christy's Country Store | 13,492.70 |
| 00848 | Jerry's Thriftway | 17,550.89 |
| 00853 | P & L Country Store | 58,500.08 |
| 00854 | Bob's Service Center | 8,199.30 |
| 00855 | John's Convenience Plus | 48,255.36 |
| 00858 | Sherman Thriftway | 40,263.66 |
| 00869 | HOGLUNDS COUNTRYSIDE BUTCH | 1,872.27 |
| 00870 | Ashland Food Market,Inc | 26,209.62 |
| 00871 | Buddies Oakland Shurfine | 19,303.66 |
| 00872 | Burkettville General St | 13,945.49 |
| 00887 | Hoglunds Countryside Cornish | 1,594.11 |
| 00931 | W A Bean & Sons, Inc | 982.51 |
| 00946 | UM York Mini Market | 3,913.54 |
| 00948 | UM Southside Mkt R10421 | 401.43 |
| 00950 | Sysco Food Service-Ptld | 3,848.63 |
| 00972 | UM Hill Top Mkt R10420 | 8,619.33 |
| 05109 | VILLAGE SQ GENL STORE & REST | 154.49 |
| 05112 | Mountains Market | 381.91 |
| 05113 | Northfield Food Mart | 4,720.73 |
| 05114 | Camden Village Variety | 6,861.88 |
| 05134 | Bucks Harbor Market | 833.02 |
| 05502 | The Chopping Block | 1,167.52 |
|  | Total | 2,740,495.76 |

B6D (Official Form 6D) (12/07)

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Camden National Bank**<br>**2 Elm Street**<br>**Camden, ME 04843** | | - | **Second priority lien on Inventory and Accounts Receivable, and proceeds (Value of property subject to lien and amount of claim are estimations)** | | | | | |
| | | | Value $              **0.00** | | | | **750,000.00** | **750,000.00** |
| Account No.<br><br>**The Bank of Maine**<br>**f/k/a Savings Bank of Maine**<br>**190 Water Street**<br>**PO Box 190**<br>**Gardiner, ME 04345-0190** | | - | **First priority lien on Inventory and Accounts Receivable, and proceeds (Value of property subject to lien and amount of claim are estimations)** | | | | | |
| | | | Value $       **4,000,000.00** | | | | **6,017,287.00** | **2,017,287.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **6,767,287.00** | **2,767,287.00** |
| Total (Report on Summary of Schedules) | **6,767,287.00** | **2,767,287.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

.

In re    **Associated Grocers of Maine, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__**32**__ continuation sheets attached

In re  **Associated Grocers of Maine, Inc.**                    , Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Severance | | | | | |
| Abbott Jr, David P.O. Box 972 Gardiner, ME 04345 | - | | | | X | | | Unknown |
| | | | | | | | 17,101.00 | Unknown |
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | |
| Alexander, Jane W 71 Alexander Reed Rd Richmond, ME 04357 | - | | | | X | | | Unknown |
| | | | | | | | 34,485.00 | Unknown |
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | |
| Arnold, William 595 POnd Road Wales, ME 04280 | - | | | | X | | | Unknown |
| | | | | | | | 4,743.36 | Unknown |
| Account No. | | | Severance, accrued vacation, sick and personal time | | | | | |
| Baker, Gregory 336 Southbeach Hill Road Pittston, ME 04345 | - | | | | X | | | Unknown |
| | | | | | | | 26,099.00 | Unknown |
| Account No. | | | Severance, accrued vacation and holiday time. | | | | | |
| Barber, Gary PO Box 502 Belgrade Lakes, ME 04918 | - | | | | X | | | Unknown |
| | | | | | | | 2,781.00 | Unknown |

Sheet __1__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 85,209.36 | 0.00 |

In re **Associated Grocers of Maine, Inc.**        Case No. _____
                                         ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Barrett, Dana J 28 Sharmac Lane Richmond, ME 04357 | - | | Severance, accrued vacation, holiday, and sick time | | X | | 27,437.06 | Unknown / Unknown |
| Account No. Beane, Pamela M. 3c Janabye Lane Hallowell, ME 04347 | - | | Severance and accrued vacation time | | X | | 8,044.72 | Unknown / Unknown |
| Account No. Beaulieu, Richard 543 Whitefied Road Pittston, ME 04345 | - | | Severance, accrued vacation, sick, personal and holiday time | | X | | 18,494.00 | Unknown / Unknown |
| Account No. Beauparlant, Richard 15 Gendron Circle Sabattus, ME 04280 | - | | Severance, accrued vacation, holiday, and sick time | | X | | 15,185.12 | Unknown / Unknown |
| Account No. Bellfleur, Jeffrey L. 5 Longwood Avenue Augusta, ME 04330 | - | | Severance, accrued vacation time | | X | | 8,881.00 | Unknown / Unknown |

Sheet __2__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    78,041.90    0.00

In re  **Associated Grocers of Maine, Inc.**                               Case No. _____
                                                                    ,
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | |
| Bodge, Gregory M. 1 Perkins Rd Monmouth, ME 04259 | - | | | | X | | | Unknown |
| | | | | | | | 18,184.09 | Unknown |
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | |
| Boilard, Gary 2202 US Rte. 202 Winthrop, ME 04364 | - | | | | X | | | Unknown |
| | | | | | | | 17,888.42 | Unknown |
| Account No. | | | Accrued vacation, holiday, and sick time | | | | | |
| Bonenfant, William 480 Webber POnd Road Vassalboro, ME 04989 | - | | | | X | | | Unknown |
| | | | | | | | 5,937.57 | Unknown |
| Account No. | | | Severance and accrued vacation time | | | | | |
| Bourque, Robert 44 Ledge Hill Way Gardiner, ME 04345 | - | | | | X | | | Unknown |
| | | | | | | | 15,265.24 | Unknown |
| Account No. | | | Severance | | | | | |
| Bowler, Eric 84 Highland Ave Apt 1 Winthrop, ME 04364 | - | | | | X | | | Unknown |
| | | | | | | | 2,108.00 | Unknown |

Sheet __3__ of __32__ continuation sheets attached to          Subtotal      | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)   | 59,383.32 | 0.00 |

In re **Associated Grocers of Maine, Inc.** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Boynton, Timmy J**<br>**215 Mosher Rd**<br>**Gorham, ME 04038** | | - | Severance, accrued vacation, holiday, sick, and personal time | | X | | **Unknown**<br><br>24,909.54 | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Brackett, Richard S.**<br>**829 East Benton Road**<br>**Benton, ME 04901** | | - | Severance, accrued vacation, holiday, sick, and personal time | | X | | **Unknown**<br><br>13,040.00 | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Burgess, Craig**<br>**87 Whiskeag Road**<br>**Bath, ME 04530** | | - | Accrued vacation and sick time (Amount of claim is an estimation) | | X | | **Unknown**<br><br>17,600.00 | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Butterfield, Michael**<br>**5 Muriel Street**<br>**Augusta, ME 04330** | | - | Accrued vacation, sick, and personal time | | X | | **Unknown**<br><br>1,674.00 | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Callahan, Catherine**<br>**252 Indiana Road**<br>**West Gardiner, ME 04345** | | - | Severance, accrued vacation, holiday, and sick time | | X | | **Unknown**<br><br>57,952.90 | **Unknown**<br><br>**Unknown** |

Sheet __4__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 115,176.44 | 0.00 |

In re **Associated Grocers of Maine, Inc.** _____ , Case No. _____

(Debtor)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> Campbell Jr, Richard M <br> 33 Irish Circle <br> West Gardiner, ME 04345 | - | | Severance, accrued vacation, holiday, sick, and personal time | | X | | Unknown <br><br> 19,651.92 | Unknown <br><br> Unknown |
| Account No. <br><br> Carr, Frank <br> 106-28 Glenridge Drive <br> Augusta, ME 04330 | - | | Severance, accrued vacation and sick time | | X | | Unknown <br><br> 4,855.28 | Unknown <br><br> Unknown |
| Account No. <br><br> Cavanaugh, James P. <br> 26 Hooper Street <br> Wiscasset, ME 04578 | - | | Severance, accrued vacation, holiday, and sick time | | X | | Unknown <br><br> 26,148.19 | Unknown <br><br> Unknown |
| Account No. <br><br> Chick, Steve <br> 824 Lewiston Rd <br> West Gardiner, ME 04345 | - | | Severance, accrued vacation, sick, and personal time | | X | | Unknown <br><br> 25,033.80 | Unknown <br><br> Unknown |
| Account No. <br><br> Cloutier, Marc N. <br> 18 Rolfe Circle <br> Gardiner, ME 04345 | - | | Severance, accrued vacation, sick and holiday time | | X | | Unknown <br><br> 21,821.37 | Unknown <br><br> Unknown |

Sheet __5__ of __32__ continuation sheets attached to     Subtotal    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    | 97,510.56 | 0.00 |

In re  **Associated Grocers of Maine, Inc.**                          Case No. _____
                                                              ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Severance, accrued vacation, holiday, sick, and personal time (Amount of claim is an estimation) | | | | | | |
| Corbett, James E 247 Pond Rd West Gardiner, ME 04345 | - | | | | | X | | | Unknown | |
| | | | | | | | | 21,523.22 | | Unknown |
| Account No. | | | | Accrued vacation time | | | | | | |
| Coston, Russell 281 Dirigo Road South China, ME 04358 | - | | | | | X | | | Unknown | |
| | | | | | | | | 888.30 | | Unknown |
| Account No. | | | | Severance, accrued vacation, sick, personal and holiday time | | | | | | |
| Couture, Gene C 1206 High Street West Gardiner, ME 04345 | - | | | | | X | | | Unknown | |
| | | | | | | | | 19,173.50 | | Unknown |
| Account No. | | | | Severance, accrued vacation, sick, and personal time | | | | | | |
| Crocker Sr, Richard 34 Central St Randolph, ME 04346 | - | | | | | X | | | Unknown | |
| | | | | | | | | 19,189.87 | | Unknown |
| Account No. | | | | Severance, accrued vacation and sick time | | | | | | |
| Cunningham, Lisa 9 Jamies POnd Rd Hallowell, ME 04347 | - | | | | | X | | | Unknown | |
| | | | | | | | | 8,587.78 | | Unknown |

Sheet __6__ of __32__ continuation sheets attached to                    Subtotal     | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page) | 69,362.67 | 0.00 |

In re  **Associated Grocers of Maine, Inc.**                              Case No. _____

                                    ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Severance, accrued vacation, holiday, and sick time | | | | | | | |
| Dixon, James M. 4 Hillcrest Court Augusta, ME 04330 | - | | | | | X | | 23,796.98 | Unknown Unknown |
| Account No. | | Accrued vacation, holiday, and sick time | | | | | | | |
| Doucette, Colleen 21 Ledge Hill Lane Windsor, ME 04363 | - | | | | | X | | 5,192.33 | Unknown Unknown |
| Account No. | | Severance, accrued holiday and sick time | | | | | | | |
| Doucette, Thomas 21 Ledge Hill Lane Windsor, ME 04363 | - | | | | | X | | 21,626.84 | Unknown Unknown |
| Account No. | | Severance, accrued vacation, holiday, sick, and personal time | | | | | | | |
| Douin, Alan R 67 Clinton Ave Winslow, ME 04901 | - | | | | | X | | 16,528.33 | Unknown Unknown |
| Account No. | | Accrued sick time | | | | | | | |
| Dovinsky, Michael PO Box 631 Augusta, ME 04330 | - | | | | | X | | 465.00 | Unknown Unknown |

Sheet  **7**  of  **32**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                       0.00
(Total of this page)     67,609.48              0.00

In re **Associated Grocers of Maine, Inc.** _____ ,  Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Severance, accrued vacation and sick time | | | | | | |
| Duff Jr, Floyd L 408 Wiscasset Rd Pittston, ME 04345 | - | | | | | X | | | Unknown | |
| | | | | | | | | 19,899.70 | | Unknown |
| Account No. | | | | Severance, accrued vacation and sick time | | | | | | |
| Ellis, Mischele 279 Central St. Hallowell, ME 04347 | - | | | | | X | | | Unknown | |
| | | | | | | | | 13,387.00 | | Unknown |
| Account No. | | | | Severance | | | | | | |
| Ellsworth, Willis G. 24 Parkview Terrace Augusta, ME 04330 | - | | | | | X | | | Unknown | |
| | | | | | | | | 20,160.00 | | Unknown |
| Account No. | | | | Severance, accrued vacation, sick, and holiday time | | | | | | |
| Elwell, Travis 2716 North Belfast Avenue Augusta, ME 04330 | - | | | | | X | | | Unknown | |
| | | | | | | | | 18,293.00 | | Unknown |
| Account No. | | | | Severance, accrued vacation and holiday time | | | | | | |
| Feener, Alan 89 Munsey Road Jefferson, ME 04398 | - | | | | | X | | | Unknown | |
| | | | | | | | | 3,079.00 | | Unknown |

Sheet **8** of **32** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 74,818.70 | 0.00 |

In re **Associated Grocers of Maine, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | |
| Account No. <br><br> **Fielding, Joanne** <br> **7 Barrows Street** <br> **Brunswick, ME 04011** | - | | Severance, accured vacation, holiday, and sick time | | X | | 9,694.48 | Unknown | Unknown |
| Account No. <br><br> **Finn, Sean** <br> **166 Water Street Apt #7** <br> **Randolph, ME 04346** | - | | Accrued sick time | | X | | 1,395.00 | Unknown | Unknown |
| Account No. <br><br> **French Sr, Ronald A** <br> **94 Pinkham Rd** <br> **Windsor, ME 04363** | - | | Severance, accrued vacation, holiday, sick, and personal time | | X | | 28,737.92 | Unknown | Unknown |
| Account No. <br><br> **French, Chelsie** <br> **22 Dazzle Lane** <br> **Gardiner, ME 04345** | - | | Severance, accured vacation, holiday, and sick time | | X | | 17,567.70 | Unknown | Unknown |
| Account No. <br><br> **Frith, Michael F.** <br> **56 Libby Lane** <br> **West Gardiner, ME 04345** | - | | Severance, accrued sick and holiday time | | X | | 12,119.00 | Unknown | Unknown |

Sheet __9__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 69,514.10 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fulgham, Kelvin C.**<br>**2 Spruce Street**<br>**Gardiner, ME 04345** | - | | Severance, accrued vacation and sick time | | X | | 20,239.80 | Unknown<br><br>Unknown |
| Account No.<br><br>**Gelder, Christopher**<br>**42 Elm Street**<br>**Auburn, ME 04210** | - | | Severance, accrued vacation | | X | | 3,544.00 | Unknown<br><br>Unknown |
| Account No.<br><br>**Giachinta, Thomas**<br>**10 Birch Dr.**<br>**Raymond, ME 04071** | - | | Severance, accrued vacation and sick time | | | | 16,340.22 | Unknown<br><br>Unknown |
| Account No.<br><br>**Girardin, Brian**<br>**528 South Monmouth Rd**<br>**Monmouth, ME 04259** | - | | Severance, accrued sick and holiday time | | X | | 4,732.05 | Unknown<br><br>Unknown |
| Account No.<br><br>**Girardin, Richard**<br>**528 South Monmouth Rd**<br>**Monmouth, ME 04259** | - | | Severance, accrued vacation and sick time | | X | | 19,935.30 | Unknown<br><br>Unknown |

Sheet __10__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 64,791.37 | 0.00 |

In re **Associated Grocers of Maine, Inc.**     ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Severance, accrued vacation, sick, and personal time | | | | | |
| **Golden, Gary** **15 Gagne St** **Augusta, ME 04330** | - | | | | X | | 32,004.02 | Unknown / Unknown |
| Account No. | | | Severance, accrued holiday and sick time | | | | | |
| **Gower, David G** **14 Sophie Lane** **South China, ME 04358** | - | | | | X | | 23,665.27 | Unknown / Unknown |
| Account No. | | | Severance, accrued vacation, holiday and sick time | | | | | |
| **Grotton, Timothy** **79 Tobey Road** **Weeks Mills, ME 04358** | - | | | | X | | 25,503.86 | Unknown / Unknown |
| Account No. | | | Severance, accrued vacation and sick time | | | | | |
| **Harris, Roger** **212 Wilson POnd Road** **North Monmouth, ME 04265** | - | | | | X | | 20,616.78 | Unknown / Unknown |
| Account No. | | | Severance, accrued vacation and sick time | | | | | |
| **Harris, Ryan** **49 Franklin Street** **Augusta, ME 04330** | - | | | | X | | 18,441.63 | Unknown / Unknown |

Sheet __11__ of __32__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00

(Total of this page)    120,231.56    0.00

In re   **Associated Grocers of Maine, Inc.**              ,    Case No. _____

                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harrison, Patrick**<br>**3499 North Belfast Ave**<br>**Augusta, ME 04330** | | - | Severance, accrued vacation and holiday time | | X | | 8,014.60 | Unknown<br><br>Unknown |
| Account No.<br><br>**Hart, Philip Allen**<br>**P.O. Box 142**<br>**South Gardiner, ME 04359** | | - | Severance, accrued vacation, sick, and personal time | | X | | 34,406.45 | Unknown<br><br>Unknown |
| Account No.<br><br>**Hatch Jr, Wayne F**<br>**905 Hallowell-**<br>**Gardiner, ME 04345** | | - | Severance, accrued vacation, holiday, and sick time | | X | | 32,384.69 | Unknown<br><br>Unknown |
| Account No.<br><br>**Heath, Edwin**<br>**59 Route 133**<br>**Winthrop, ME 04364** | | - | Accrued vacation, holiday, and sick time | | X | | 1,154.79 | Unknown<br><br>Unknown |
| Account No.<br><br>**Heikkinen, Samuel**<br>**89 Munsey Road**<br>**Jefferson, ME 04348** | | - | Severance and accrued vacation time | | X | | 3,227.40 | Unknown<br><br>Unknown |

Sheet __12__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 79,187.93 | 0.00 |

In re **Associated Grocers of Maine, Inc.**        Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hillman, Valerie**<br>**89 High Holborn St**<br>**Gardiner, ME 04345** | - | | Severance, accrued vacation, holiday, and sick time. | | X | | 36,645.50 | Unknown | Unknown |
| Account No.<br><br>**Howell, Mark**<br>**122 Capen Road**<br>**Gardiner, ME 04345** | - | | Severance, accrued vacation, holiday, and sick time | | X | | 30,892.89 | Unknown | Unknown |
| Account No.<br><br>**Jacques, Gregory**<br>**778 Hinckley Road**<br>**Canaan, ME 04924** | - | | Severance, accrued holiday and sick time | | X | | 3,828.00 | Unknown | Unknown |
| Account No.<br><br>**Jaeger, Christopher H.**<br>**98 Smith Drive**<br>**Hope, ME 04847** | - | | Severance, accrued vacation and sick time | | X | | 38,500.06 | Unknown | Unknown |
| Account No.<br><br>**Jamison, Timothy R**<br>**962 Whitefield Road**<br>**Pittston, ME 04345** | - | | Severance, accrued vacation, holiday, and sick time | | X | | 27,275.15 | Unknown | Unknown |

Sheet __13__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 137,141.60 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Severance, accrued vacation and sick time | | | | | | |
| Katz, Stephen 32 Danforth Street Apt 2 Gardiner, ME 04345 | - | | | | | X | | | Unknown | |
| | | | | | | | | 3,860.00 | | Unknown |
| Account No. | | | | Accrued vacation and sick time | | | | | | |
| Kilby, Nettie PO Box 6212 Hermon, ME 04402 | - | | | | | X | | | Unknown | |
| | | | | | | | | 2,262.00 | | Unknown |
| Account No. | | | | Accrued sick and vacation time | | | | | | |
| Kingsbury, Torrey PO Box 74 Vassalboro, ME 04989 | - | | | | | X | | | Unknown | |
| | | | | | | | | 1,860.00 | | Unknown |
| Account No. | | | | Severance, accrued vacation, holiday, and sick time | | | | | | |
| Kruk, Hannah 186 Mt Vernon Ave #4 Augusta, ME 04330 | - | | | | | X | | | Unknown | |
| | | | | | | | | 3,269.00 | | Unknown |
| Account No. | | | | Severance and accrued vacation time | | | | | | |
| Lancaster II, Stephen 293 Munson Road Wilton, ME 04294 | - | | | | | X | | | Unknown | |
| | | | | | | | | 3,164.09 | | Unknown |

Sheet __14__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 14,415.09 | 0.00 |

In re __Associated Grocers of Maine, Inc.__ _____ ,    Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Laubenstein, Blair** <br> **2 Hubbard Lane** <br> **Hallowell, ME 04347** | - | | **Accrued vacation and holiday time** | | X | | 57.62 | Unknown | Unknown |
| Account No. <br><br> **Laubenstein, Kristin** <br> **10 Tybritt Lane** <br> **Farmingdale, ME 04344** | - | | **Severance, accrued vacation, holiday, and sick time** | | X | | 6,528.00 | Unknown | Unknown |
| Account No. <br><br> **Littlefield, Elaine** <br> **P.O. Box 494** <br> **Gardiner, ME 04345** | - | | **Severance, accrued vacation and sick time** | | X | | 14,074.06 | Unknown | Unknown |
| Account No. <br><br> **Luksic, Tatjana** <br> **907 South Clary Road** <br> **Jefferson, ME 04348** | - | | **Accrued vacation time** | | X | | 17,515.36 | Unknown | Unknown |
| Account No. <br><br> **Marquis, Dennis** <br> **3021 Camden Rd.** <br> **Warren, ME 04864** | - | | **Severance, accrued vacation and sick time** | | X | | 22,549.50 | Unknown | Unknown |

Sheet __15__ of __32__ continuation sheets attached to           Subtotal       | 0.00 | |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    | 60,724.54 | 0.00 |

In re **Associated Grocers of Maine, Inc.** Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Severance, accrued vacation, holiday, personal, and sick time | | | | | | |
| Marquis, Kevin 1745 Hallowell Rd Litchfield, ME 04350 | | - | | | X | | 9,062.61 | Unknown | Unknown |
| Account No. | | | Severance, accrued vacation and sick time | | | | | | |
| Marquis, Linda L 44 Island Lane Litchfield, ME 04350 | | - | | | X | | 12,854.24 | Unknown | Unknown |
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | | |
| McClelland, Brian J. 147 B Maranacook Rd. Winthrop, ME 04364 | | - | | | X | | 49,973.43 | Unknown | Unknown |
| Account No. | | | Severance and accrued vacation time | | | | | | |
| Mckenna, Polly A. 684 Lewiston Road West Gardiner, ME 04345 | | - | | | X | | 5,196.48 | Unknown | Unknown |
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | | |
| Moody, Richard W. 990 Lewiston Road Gardiner, ME 04345 | | - | | | X | | 28,947.72 | Unknown | Unknown |

Sheet __16__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 106,034.48 | 0.00 | |

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>Mullins, Kevin J.<br>348 Augusta Rockland Rd<br>Windsor, ME 04363 | - | | | | Severance, accrued vacation and holiday time | | X | | 11,769.21 | Unknown<br><br>Unknown |
| Account No.<br><br>Murphy Jr., Gary<br>398 Alexander Reed Road<br>Richmond, ME 04357 | - | | | | Unknown | | X | | 0.00 | Unknown<br><br>Unknown |
| Account No.<br><br>Myshrall Jr, Norman<br>45 Neck Road<br>Litchfield, ME 04350 | - | | | | Severance, accrued vacation and sick time | | X | | 19,637.28 | Unknown<br><br>Unknown |
| Account No.<br><br>Nagle, Angela<br>12 Pebble Street<br>Sabattus, ME 04280 | - | | | | Unknown | | X | | 0.00 | Unknown<br><br>Unknown |
| Account No.<br><br>Norton, Gregory<br>6 Maple Street<br>Hallowell, ME 04347 | - | | | | Severance, vacation, holiday, and sick time | | X | | 41,810.44 | Unknown<br><br>Unknown |

Sheet **17** of **32** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 73,216.93 | 0.00 |

In re   **Associated Grocers of Maine, Inc.**      ,    Case No. _____

                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Severance, accrued sick and personal time | | | | | Unknown | |
| Ostertag, David H. 42 Heselton Street Gardiner, ME 04345 | - | | | | X | | 15,749.00 | | Unknown |
| Account No. | | | Severance, accrued holiday and sick time | | | | | Unknown | |
| Overlock, James 1019 Wiscasset Road Pittson, ME 04345 | - | | | | X | | 2,486.16 | | Unknown |
| Account No. | | | Accrued vacation, holiday, and sick time | | | | | Unknown | |
| Parker, Todd 186 Capen Road Gardiner, ME 04345 | - | | | | X | | 777.87 | | Unknown |
| Account No. | | | Severance, accrued vacation and sick time | | | | | Unknown | |
| Paules, Clifton D 16 Cecile Avenue Augusta, ME 04330 | - | | | | X | | 20,733.12 | | Unknown |
| Account No. | | | Severance and accrued vacation time | | | | | Unknown | |
| Pelletier, Daniel Marc 57 Wilson St. Augusta, ME 04330 | - | | | | X | | 17,222.00 | | Unknown |

Sheet __18__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 56,968.15 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | | | | | | | | | | |
| Account No. | | Accrued vacation time | | | | | | | | |
| Pelletier, Gloria 17 Old Winthrop Road Augusta, ME 04330 | - | | | | | | X | | | Unknown |
| | | | | | | | | | 405.00 | Unknown |
| Account No. | | Severance, accrued sick time | | | | | | | | |
| Pelton, Jeffrey L. 196 Dirgo Rd Weeks Mills, ME 04358 | - | | | | | | X | | | Unknown |
| | | | | | | | | | 13,292.00 | Unknown |
| Account No. | | Severance, accrued vacation, holiday, and sick time | | | | | | | | |
| Pendexter, Nelson E 244 Rockwood Drive South China, ME 04358 | - | | | | | | X | | | Unknown |
| | | | | | | | | | 40,933.00 | Unknown |
| Account No. | | Unknown | | | | | | | | |
| Perkins, Cindy 60 Cheney Road Chelsea, ME 04330 | - | | | | | | X | | | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | Severance, accrued sick and personal time | | | | | | | | |
| Pierce, Edward 2809 W. River Rd Sidney, ME 04330 | - | | | | | | X | | | Unknown |
| | | | | | | | | | 8,196.00 | Unknown |

Sheet __19__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 62,826.00 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No.<br><br>Pike Jr, Kenneth W.<br>79 Yankee Drive<br>Yarmouth, ME 04096 | - | | | | Severance, accrued vacation and sick time | | X | | 46,409.16 | Unknown | Unknown |
| Account No.<br><br>Pinette, Daniel M<br>2176 Hallowell Rd<br>Litchfield, ME 04350 | - | | | | Severance, accrued vacation and sick time | | X | | 60,021.67 | Unknown | Unknown |
| Account No.<br><br>Pinkham, Gayle<br>PO Box 56<br>Windsor, ME 04363 | - | | | | Accrued vacation and sick time | | X | | 13,623.15 | Unknown | Unknown |
| Account No.<br><br>Plummer, Therese<br>747 Western Ridge<br>Palermo, ME 04354 | - | | | | Severance, accrued vacation, holiday and sick time | | X | | 13,647.58 | Unknown | Unknown |
| Account No.<br><br>Pollis, Nancy T<br>16 Maple Street<br>Gardiner, ME 04345 | - | | | | Severance, accrued vacation and sick time | | X | | 11,677.50 | Unknown | Unknown |

Sheet __20__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 145,379.06 | 0.00

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Porter, David** <br> **33 Pit Rd** <br> **Vassalboro, ME 04901** | - | | Severance, accrued vacation, sick, and personal time | | X | | <br> 13,131.00 | Unknown <br><br> Unknown |
| Account No. <br><br> **Poulin, Daniel** <br> **191 Taber Hill Rd** <br> **Vassalboro, ME 04989** | - | | Severance, accrued vacation, holiday, and sick time | | X | | <br> 32,953.99 | Unknown <br><br> Unknown |
| Account No. <br><br> **Poulin, Diane** <br> **37 Boothby St Apt#1** <br> **Augusta, ME 04330** | - | | Severance, accrued vacation and sick time | | X | | <br> 7,437.00 | Unknown <br><br> Unknown |
| Account No. <br><br> **Poulin, James** <br> **48 Glen Street** <br> **Augusta, ME 04330** | - | | Accrued vacation and sick time | | X | | <br> 1,395.00 | Unknown <br><br> Unknown |
| Account No. <br><br> **Pridham, Gary W.** <br> **P.O. Box 5171** <br> **Augusta, ME 04332** | - | | Severance, accrued vacation and sick time | | X | | <br> 12,647.00 | Unknown <br><br> Unknown |

Sheet __21__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 67,563.99 0.00 |

In re __Associated Grocers of Maine, Inc.__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.  Proctor, James A 25 Dixon Dr Benton, ME 04901 | - | | | | | Severance, accrued vacation time | | X | | Unknown  19,175.50 | Unknown  Unknown |
| Account No.  Provost, Armand 1269 East Pittston Road Pittston, ME 04345 | - | | | | | Severance, accrued vacation, holiday, and sick time | | X | | Unknown  72,539.77 | Unknown  Unknown |
| Account No.  Ramage, Timothy J 14 Hallett Street Chelsea, ME 04330 | - | | | | | Severance, accrued vacation, holiday, and sick time | | X | | Unknown  65,827.04 | Unknown  Unknown |
| Account No.  Richardson, Bryant R. 82 Maquoit Road Brunswick, ME 04011 | - | | | | | Severance and accrued vacation time | | X | | Unknown  7,035.60 | Unknown  Unknown |
| Account No.  Rivard, David 183 Eight Rod Road Augusta, ME 04330 | - | | | | | Severance, accrued vacation, sick and personal time | | X | | Unknown  23,319.00 | Unknown  Unknown |

Sheet __22__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 187,896.91 | 0.00 |

In re   **Associated Grocers of Maine, Inc.** _____,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Roberts Sr., Thomas A** <br> **3 Rolfe Circle** <br> **Gardiner, ME 04345** | - | | Severance, accrued vacation, holiday, and sick time | | X | | **49,439.79** | Unknown <br><br> Unknown |
| Account No. <br><br> **Roberts, Frederick D.** <br> **247 Martin Stream Rd** <br> **Fairfield, ME 04937** | - | | Severance, accrued vacation, holiday, and sick time | | X | | **28,888.20** | Unknown <br><br> Unknown |
| Account No. <br><br> **Roy, Vicki** <br> **57 Mt Vista Drive** <br> **Sidney, ME 04330** | - | | Severance, accrued vacation and sick time | | X | | **43,940.52** | Unknown <br><br> Unknown |
| Account No. <br><br> **Russell, Jeanne** <br> **194 Cony Street** <br> **Augusta, ME 04330** | - | | Accrued vacation and sick time | | X | | **10,240.02** | Unknown <br><br> Unknown |
| Account No. <br><br> **Ryder, Paul** <br> **31 Westbranch Road** <br> **Cumberland, ME 04021** | - | | Accrued sick time | | X | | **2,769.25** | Unknown <br><br> Unknown |

Sheet __23__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | **135,277.78** | 0.00

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sirois, Pierre** <br> **272 Mud Mill Rd** <br> **Augusta, ME 04330** | - | | Severance, accrued vacation, sick, personal and holiday time | | X | | 20,672.00 | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Sirois, Roger** <br> **PO Box 328** <br> **Caribou, ME 04736** | - | | Severance, accrued vacation, sick and holiday time | | X | | 22,968.59 | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Smith, Emery** <br> **PO Box 594** <br> **Gardiner, ME 04345** | - | | Severance, accrued vacation and sick time | | X | | 22,985.95 | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Spann, Eric** <br> **PO Box 427** <br> **Clinton, ME 04927** | - | | Accrued vacatioin, holiday, personal, and sick time | | X | | 2,449.00 | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Speaks, Raymond** <br> **549 Main St** <br> **Monmouth, ME 04259** | - | | Severance and accrued vacation time | | X | | 3,454.00 | **Unknown** <br><br> **Unknown** |

Sheet __24__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 72,529.54 | 0.00 |

In re __Associated Grocers of Maine, Inc.__ , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Severance, accrued vacation, personal, and sick time | | | | | |
| Sproul, William Roy 173 Coopers Mills Rd Windsor, ME 04363 | | - | | | X | | | Unknown |
| | | | | | | | 32,713.08 | Unknown |
| Account No. | | | Severance, accrued vacation and holiday time | | | | | |
| Stoddard, James 472 Cooper Road Whitefield, ME 04353 | | - | | | X | | | Unknown |
| | | | | | | | 10,651.00 | Unknown |
| Account No. | | | Severance, accrued vacation, sick and personal time | | | | | |
| Stowe, Thomas J 61 B Patterson Road Mechanic Falls, ME 04256 | | - | | | X | | | Unknown |
| | | | | | | | 16,466.00 | Unknown |
| Account No. | | | Severance, accrued vacation, holiday, and sick time | | | | | |
| Stump, Helena 401 East Pittston Road Pittston, ME 04345 | | - | | | X | | | Unknown |
| | | | | | | | 9,322.94 | Unknown |
| Account No. | | | Severance | | | | | |
| Stump, Richard 401 East Pittston Road Pittston, ME 04345 | | - | | | X | | | Unknown |
| | | | | | | | 2,275.00 | Unknown |

Sheet __25__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 71,428.02 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Thomas, Travis** **48 Nolan Road** **Holden, ME 04429** | | - | Severance, accrued vacation, holiday, and sick time | | X | | 41,217.49 | Unknown Unknown |
| Account No. **Thorne Jr, Ronald L** **P.O. Box 454** **Warren, ME 04864** | | - | Severance, accrued sick time | | X | | 6,464.00 | Unknown Unknown |
| Account No. **Thurston, Martin** **19 Cottage Street** **Fairfield, ME 04937** | | - | Severance, accrued vacation, personal, and sick time | | X | | 10,647.00 | Unknown Unknown |
| Account No. **Trask, Danielle** **71 Mudmill Road** **Chelsea, ME 04330** | | - | Severance and accrued vacation time | | X | | 2,061.00 | Unknown Unknown |
| Account No. **Turner, Rick** **109 Clark Street** **Portland, ME 04102** | | - | Severance, accrued vacation, holiday, sick, and personal time | | X | | 9,454.75 | Unknown Unknown |

Sheet __26__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 69,844.24 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Tuttle, Roxanne 81 Huntington Hill R Litchfield, ME 04350 | - | | Severance, accrued vacation, holiday and sick time | | X | | 28,085.01 | Unknown Unknown |
| Account No. Veilleux, Bradford A. 473 Richmond Road Litchfield, ME 04350 | - | | Severance, accrued vacation, holiday, and sick time | | X | | 25,552.77 | Unknown Unknown |
| Account No. Veilleux, Steven 11 Timber Oakes Drive Winslow, ME 04901 | - | | Accrued vacation and holiday time | | X | | 3,230.77 | Unknown Unknown |
| Account No. Vigue, Keith 14 Grant Street Farmingdale, ME 04344 | - | | Severance, accrued vacation, holiday, and sick time | | X | | 32,472.04 | Unknown Unknown |
| Account No. Voisine, Adam P 376 Churchill Road Augusta, ME 04330 | - | | Severance and accrued vacation time | | X | | 5,963.40 | Unknown Unknown |

Sheet __27__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  0.00
95,303.99   0.00

In re **Associated Grocers of Maine, Inc.**                     Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Accrued vacation, holiday, personal, and sick time | | | | | | |
| Walton, Max 15 Monroe St Livermore Falls, ME 04254 | | - | | | | X | | 2,294.00 | Unknown | Unknown |
| Account No. | | | | Accrued vacation, holiday, and personal time | | | | | | |
| Winchenbach, Michael 88 Jefferson Road Whitefield, ME 04353 | | - | | | | X | | 1,209.00 | Unknown | Unknown |
| Account No. | | | | Severance, accrued sick and vacation time | | | | | | |
| Wright Jr, Darrell 28 Chets Meadow Rd West Gardiner, ME 04345 | | - | | | | X | | 4,318.12 | Unknown | Unknown |
| Account No. | | | | Severance, accrued vacation, holiday, and personal time | | | | | | |
| Wrobel, Jaroslaw 42 Bangor Street Augusta, ME 04330 | | - | | | | X | | 2,827.16 | Unknown | Unknown |
| Account No. | | | | Severence and accrued vacation time | | | | | | |
| Wullaert, Deborah 231 Lunts Hill Road Litchfield, ME 04350 | | - | | | | X | | 3,908.00 | Unknown | Unknown |

Sheet __28__ of __32__ continuation sheets attached to          Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)   | 14,556.28 | 0.00 |

In re    **Associated Grocers of Maine, Inc.**                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Unknown | | | | | |
| **Yahn, Travis** **355 Center Road** **Fairfield, ME 04937** | - | | | | | X | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | Severence, accrued vacation and sick time | | | | | |
| **Zagwyn, Dari** **280 Wiscasset Road** **Pittson, ME 04345** | - | | | | | X | | | Unknown |
| | | | | | | | | 2,447.00 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __29__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 2,447.00 | 0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-0065** <br><br> **New England Teamsters & Trucking Industry Pension Fund** <br> **1 Wall Street** <br> **Burlington, MA 01803-4768** | - | | **Withdrawal Liability** | X | X | X | <br><br>5,341,992.00 | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __30__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,341,992.00 | 0.00 |

In re **Associated Grocers of Maine, Inc.** Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **2719** <br><br> **City of Gardiner** <br> **6 Church Street** <br> **Gardiner, ME 04345** | | - | | Unknown | | | | <br><br><br> 1,737.60 | Unknown <br><br><br> Unknown |
| Account No. <br><br> **Maine Revenue Services** <br> **PO Box 9111** <br> **Augusta, ME 04332-9111** | | - | | 2011 Cigarette/Tobacco Tax (Possibly subject to setoff) | | | | <br><br><br> 212,331.06 | Unknown <br><br><br> Unknown |
| Account No. **5876** <br><br> **Maine Revenue Services** <br> **PO Box 9111** <br> **Augusta, ME 04332-9111** | | - | | Unknown (Possibly subject to setoff) | | | | <br><br><br> 15.36 | Unknown <br><br><br> Unknown |
| Account No. <br><br> **Maine Revenue Services** <br> **PO Box 9111** <br> **Augusta, ME 04332-9111** | | - | | 3/1/11 <br><br> Tobacco Tax (Possibly subject to setoff) | | | | <br><br><br> 237.53 | Unknown <br><br><br> Unknown |
| Account No. **3144** <br><br> **Massachusetts Dept. of Revenue** <br> **PO Box 7010** <br> **Boston, MA 02204** | | - | | Tobacco/Cigarette Tax 3/11, 4/11, and 8/09 | | | | <br><br><br> 167.57 | Unknown <br><br><br> Unknown |

Sheet __31__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 214,489.12     0.00 |

In re **Associated Grocers of Maine, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. **3169** |  |  | Sales Tax 2011 |  |  |  |  |  | Unknown |
| **Massachusetts Dept. of Revenue** **PO Box 7010** **Boston, MA 02204** | - |  |  |  |  |  |  | 879.50 | Unknown |
| Account No. **3268** |  |  | 2011 Cigar and Smoke Excise Tax |  |  |  |  |  | Unknown |
| **Massachusetts Dept. of Revenue** **PO Box 7010** **Boston, MA 02204** | - |  |  |  |  |  |  | 214.63 | Unknown |
| Account No. **9677** |  |  | 2011 Tobacco Tax |  |  |  |  |  | Unknown |
| **State of New Hampshire** **Collection Division** **PO Box 454** **Concord, NH 03302-0454** | - |  |  |  |  |  |  | 1,271.28 | Unknown |
| Account No. **7609** |  |  | Unknown |  |  |  |  |  | Unknown |
| **State Treasurer** **39 State House Station** **Burton M. Cross Office Building, 3rd Fl.** **111 Sewall Street** **Augusta, ME 04333-0039** | - |  |  |  |  |  |  | 1,945.45 | Unknown |
| Account No. **1286** |  |  | Unknown |  |  |  |  |  | Unknown |
| **Treasurer of State of Maine** **39 State House Station** **Burton M. Cross Office Building, 3rd Fl.** **11 Sewall Street** **Augusta, ME 04333-0039** | - |  |  |  |  |  |  | 55,851.67 | Unknown |

Sheet __32__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 60,162.53 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 7,971,034.64 | 0.00 / 0.00 |

In re **Associated Grocers of Maine, Inc.**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **441** <br><br> **32 General Store** <br> **156 Windsor Road** <br> **South China, ME 04358** | - | | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 1,150.00 |
| Account No. **8094** <br><br> **A & J Industries, Inc.** <br> **PO Box 187, 336 Champlain St.** <br> **Van Buren, ME 04785** | - | | | | **Vendor debt** | X | X | X | 0.00 |
| Account No. **703** <br><br> **A&T Enterprises, Inc.** <br> **PO Box 159** <br> **Frankfort, ME 04438** | - | | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 6,174.00 |
| Account No. **5126** <br><br> **A-1 Pos Distributors** <br> **246 Roosevelt Trail** <br> **Windham, ME 04062-4353** | - | | | | **Vendor debt** | | | | 3,048.50 |

_**114**_ continuation sheets attached

Subtotal (Total of this page) **10,372.50**

In re   **Associated Grocers of Maine, Inc.**                                    ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **618** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| A.A. Marino Inc. 132 North Street Houlton, ME 04730-1841 | - | | | | | X | X | X | 435.00 |
| Account No. **444** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Aaron & Erin's PO Box 568 Northeast Harbor, ME 04662 | - | | | | | X | X | X | 15,260.00 |
| Account No. **8417** | | | | | Vendor debt | | | | |
| Advance Brands, LLC P.O. Box 21804 Oklahoma City, OK 73156 | - | | | | | | | | 13,998.60 |
| Account No. **9431** | | | | | Unknown | | | | |
| Aetna 151 Farmington Avenue Hartford, CT 06156 | - | | | | | | | | 37,811.87 |
| Account No. **9811** | | | | | Vendor debt | | | | |
| Affiliated Healthcare Management 925 Union Street 2 Bangor, ME 04401-3051 | - | | | | | | | | 1,115.63 |

Sheet no. __1__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    68,621.10

In re   **Associated Grocers of Maine, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **513** | | | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Alan Boucher** **715 Benton Avenue** **Waterville, ME 04901** | | | | | | X | X | X | |
| | | | | | | | | | 12,723.00 |
| Account No. **9580** | | | - | | Vendor debt | | | | |
| **American Food Group, LLC** **500 South Washington Street** **Green Bay, WI 54301-4219** | | | | | | | | | |
| | | | | | | | | | 27,706.23 |
| Account No. **821** | | | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Anderson's Store** **PO Box 30** **Stockholm, ME 04783** | | | | | | X | X | X | |
| | | | | | | | | | 10,043.00 |
| Account No. **6641** | | | - | | Vendor debt | | | | |
| **Andy's Houlton Foodliner** **132 North Street** **Houlton, ME 04730** | | | | | | | | | |
| | | | | | | | | | 7.89 |
| Account No. **8597** | | | - | | Vendor debt | | | | |
| **Apple Tree Bakery** **90 N Main St** **Solon, ME 04979** | | | | | | | | | |
| | | | | | | | | | 5,208.00 |

Sheet no. __2__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 55,688.12 |

In re  **Associated Grocers of Maine, Inc.**                                ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8662** | | | | **Vendor debt** | | | | |
| **AquiTec, Inc.** **547 West Jackson Boulevard** **Suite 920** **Chicago, IL 60661** | - | | | | | | | 58,297.50 |
| Account No. **0486** | | | | **Vendor debt** | | | | |
| **Arneg Canada Inc.** **18 rue Richelieu, P.B. 847** **Lacolle, QC** | - | | | | | | | 6.16 |
| Account No. **0494** | | | | **Vendor debt** | | | | |
| **Arneg LLC** **750 Old Hargrave Road** **Lexington, NC 27295-7514** | - | | | | | | | 476.00 |
| Account No. | | | | **Interest and Attorney Fees** | X | X | X | |
| **Arrow Farms, Inc.** **57 New England Produce Center** **Chelsea, MA 02150** | - | | | | | | | Unknown |
| Account No. **870** | | | | **Capital Contribution and/or Stockholder Interest** *****See Attachment F1** | X | X | X | |
| **Ashland Food Mart, Inc.** **256 Presque Isle Road** **Ashland, ME 04732** | - | | | | | | | 60,409.00 |

Sheet no. __3___ of __114__ sheets attached to Schedule of          Subtotal          119,188.66
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

In re **Associated Grocers of Maine, Inc.** _____, Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3423** | | | | Vendor debt | | | | |
| **Atlantic Pest Solutions PO Box 203 Brunswick, ME 04011** | - | | | | | | | 150.00 |
| Account No. | | | | (additional address) | | | | |
| **Atlantic Pest Solutions PO Box F Kennebunkport, ME 04046** | - | | | | | | | 0.00 |
| Account No. **555** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **B & R Enterprises, Inc. 208 Pine Street Lewiston, ME 04240** | - | | | | X | X | X | 50,000.00 |
| Account No. **560** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **B & R Enterprises, Inc. a/k/a Bourgues Central Market 644 Sabattus Street Lewiston, ME 04240** | - | | | | X | X | X | 47,800.00 |
| Account No. **9279** | | | | Vendor debt | | | | |
| **B & R Enterprises, Inc. #560 208 Pine Street Lewiston, ME 04240** | - | | | | | | | 1,259.20 |

Sheet no. __**4**__ of __**114**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 99,209.20

In re  **Associated Grocers of Maine, Inc.**                        ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **8810** | | | | Vendor debt | | | | |
| **Backyard Farms, LLC** 131 River Road Madison, ME 04950 | - | | | | | | | 7,757.00 |
| Account No. **9958** | | | | Vendor debt | | | | |
| **Bake N Joy Foods Inc.** 351 Willow Street North Andover, MA 01845 | - | | | | | | | 2,556.12 |
| Account No. **0170** | | | | Vendor debt | | | | |
| **Ballantyne Service Co.** PO Box 136 Palermo, ME 04354 | - | | | | | | | 1,362.98 |
| Account No. **678** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Barbara E. Trafton** PO Box 142 Abbot, ME 04406 | - | | | | X | X | X | 12,518.00 |
| Account No. **472** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Barbara G. Collins Inc.** PO Box 21 Hudson, ME 04449 | - | | | | X | X | X | 14,042.00 |

Sheet no. __5__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,236.10

In re **Associated Grocers of Maine, Inc.** _____ ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1939** | | | Vendor debt | | | | |
| **Barber Foods**<br>**56 Milliken Street**<br>**Portland, ME 04103** | | - | | | | | 7,042.63 |
| Account No. **3364** | | | Vendor debt | | | | |
| **Basket Ease**<br>**16150 Texas Avenue**<br>**Prior Lake, MN 55372** | | - | | | | | 204.59 |
| Account No. **3489** | | | Vendor debt | | | | |
| **Bay State Florist Supply Inc.**<br>**53 Amflex Drive**<br>**Cranston, RI 02921** | | - | | | | | 3,014.70 |
| Account No. **3422** | | | Vendor debt | | | | |
| **Bay Valley Foods, LLC**<br>**1555 E. Highway 151**<br>**Platteville, WI 53818** | | - | | | | | 3,778.01 |
| Account No. **261** | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | | | | |
| **Bearson Ent. LLC**<br>**98 Beaver Street**<br>**Keene, NH 03431** | | | | X | X | X | 12,713.00 |

Sheet no. __6__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,752.93

In re **Associated Grocers of Maine, Inc.**                                              Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **463** <br><br> Belfast Variety, Inc. <br> PO Box 150 <br> Morrill, ME 04952 | | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 25,878.00 |
| Account No. **1383** <br><br> Bernstein Shur <br> 100 Middle Street <br> West Tower <br> Portland, ME 04101 | | - | | Attorney fees | | | | 7,952.50 |
| Account No. <br><br> Beth Fisher d/b/a Island Grocery <br> 12 West Side Street <br> South Bristol, ME 04568 | | - | | 694 <br> Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 1,160.00 |
| Account No. **9502** <br><br> Bic USA Inc. <br> 1 Bic Way #1 <br> Shelton, CT 06484-6223 | | - | | Vendor debt | | | | 13,907.50 |
| Account No. **446** <br><br> Biddeford Countryside Butchers, LLC <br> 12 Freedom Road <br> Scarborough, ME 04074 | | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 2,876.00 |

Sheet no. __7__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  51,774.00

In re **Associated Grocers of Maine, Inc.** ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **401**<br><br>**Bisson's Center Store, Inc.**<br>**865 Main Road**<br>**Phippsburg, ME 04562** | - | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 37,402.00 |
| Account No. **2696**<br><br>**Blue Diamond Growers**<br>**4800 Sisk Road**<br>**Modesto, CA 95356** | - | | **Vendor debt** | | | | 2,617.79 |
| Account No. **2761**<br><br>**Blue Rhino Corporation**<br>**PO Box 281956**<br>**Atlanta, GA 30384-1956** | - | | **Vendor debt (Possibly subject to setoff)** | | | | 11,868.78 |
| Account No.<br><br>**Blue Rhino Corporation**<br>**6544 Mallard Landing**<br>**Fishers, IN 46038** | - | | **(additional address)** | | | | 0.00 |
| Account No. **7363**<br><br>**BNA**<br>**3 Bethesda Metro Center, Suite 250**<br>**Bethesda, MD 20814-5377** | - | | **Vendor debt** | | | | 1,197.00 |

Sheet no. __8__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,085.57

In re  **Associated Grocers of Maine, Inc.**                                    ,     Case No. _____
_____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **854** <br><br> **Bob's Service Center, Inc.** <br> **157 Main Street** <br> **Madawaska, ME 04756** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 17,983.00 |
| Account No. **732** <br><br> **Booganbogan Enterprises, Inc.** <br> **PO Box 98** <br> **Canaan, ME 04924** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 50,000.00 |
| Account No. **502** <br><br> **Boston Food Mart, LLC** <br> **30 Tower Road** <br> **Newton Upper Falls, MA 02464** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 2,417.00 |
| Account No. **5982** <br><br> **Bouchard Family Farm** <br> **3 Strip Road** <br> **Fort Kent, ME 04743** | - | | | | Vendor debt | | | | 2,160.00 |
| Account No. **1093** <br><br> **Boyington's Backflow Testing** <br> **535 Moosehead Trail** <br> **Belfast, ME 04915** | - | | | | Vendor debt | | | | 54.00 |

Sheet no. __9__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **72,614.00**

In re  **Associated Grocers of Maine, Inc.**                                        ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **340** <br><br> **Bradford General Store** <br> **PO Box 176** <br> **Bradford, ME 04410** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 2,182.00 |
| Account No. **796** <br><br> **Brandon Pomelow** <br> **PO Box 143** <br> **Athens, ME 04912** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 26,996.00 |
| Account No. **595** <br><br> **Brenda or John C. Hutchings** <br> **PO Box 429** <br> **Sabattus, ME 04280** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 22,657.00 |
| Account No. **405** <br><br> **Bridge Street Market** <br> **PO Box 252** <br> **West Enfield, ME 04493** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 390.00 |
| Account No. **3768** <br><br> **Bridgford Marketing Co.** <br> **1707 S. Good Latimer Expressway** <br> **Dallas, TX 75226-2211** | - | | | Vendor debt | | | | 3,765.99 |

Sheet no. __10__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55,990.99**

In re __Associated Grocers of Maine, Inc.__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **223** <br><br> **Brooklin General Store, LLC** <br> **PO Box 417** <br> **Brooklin, ME 04616** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 115.00 |
| Account No. **550** <br><br> **Bruce and Karen Mathews** <br> **141 Main Street** <br> **Cherryfield, ME 04622** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 83,509.00 |
| Account No. **676** <br><br> **Bruce or Jennifer Wallace** <br> **209 Hodgdon Mills Road** <br> **Houlton, ME 04730** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 26,059.00 |
| Account No. **871** <br><br> **Buddies Groceries, Inc.** <br> **43 Main Street** <br> **Oakland, ME 04963** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 39,605.00 |
| Account No. **6852** <br><br> **Bunzl Distribution USA, Inc.** <br> **c/o Bunzl Corporate Office** <br> **701 Emerson Road, Suite 500** <br> **St. Louis, MO 63141** | - | | | Vendor debt (Possibly subject to setoff) | | | | 4,788.06 |

Sheet no. __11__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            154,076.06

In re **Associated Grocers of Maine, Inc.** _____ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6894** | | | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Bunzl Distribution USA, Inc.** **c/o Bunzl Corporate Office** **701 Emerson Road, Suite 500** **Saint Louis, MO 63141** | - | | | | | | | | 60,618.49 |
| Account No. **872** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Burkettville General Store** **1289 Burketville Road** **Union, ME 04862** | - | | | | | | | | 15,535.00 |
| Account No. **8635** | | | | | Vendor debt | | | | |
| **Butterball, LLC** **One Butterball Lane** **PO Box 2389** **Garner, NC 27529** | - | | | | | | | | 15,448.43 |
| Account No. **426** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **BV 52 LLC** **6 Back Belmond Road** **Belfast, ME 04915** | - | | | | | | | | 7,719.00 |
| Account No. **0144** | | | | | Vendor debt (Possibly subject to setoff) | | | | |
| **C Stars of Maine** **27 Main Street** **Windham, ME 04062** | - | | | | | | | | 985.94 |

Sheet no. **12** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 100,306.86

In re     **Associated Grocers of Maine, Inc.** _____ ,     Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **120** <br><br> **C.E. Reilly and Sons, Inc.** <br> **PO Box 180** <br> **New Harbor, ME 04554** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 13,315.00 |
| Account No. **3844** <br><br> **C.O. Beck & Sons Roofing** <br> **76 Eastern Avenue** <br> **PO Box 1130** <br> **Waterville, ME 04903-1130** | - | | Vendor debt | | | | 3,043.00 |
| Account No. **2439** <br><br> **Cabot Creamery Coop, Inc.** <br> **1 Home Farm Way** <br> **Montpelier, VT 05602** | - | | Vendor debt | | | | 20,997.91 |
| Account No. **553** <br><br> **CAG's Management, LLC** <br> **54 Sweeney Road** <br> **Keene, NH 03431** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 2,294.00 |
| Account No. **4005** <br><br> **Calais Motor Inn** <br> **663 Main Street** <br> **Calais, ME 04619** | - | | Vendor debt | | | | 946.95 |

Sheet no. __13__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    40,596.86

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4641** | | | | | Vendor debt | | | | |
| Calico Brands, Inc. 2055 South Haven Avenue Ontario, CA 91761-0736 | | - | | | | | | | 794.00 |
| Account No. **575** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Camellia Wilson 493 Marsh Stream Road Frankfort, ME 04438 | | - | | | | X | X | X | 11,214.00 |
| Account No. **7818** | | | | | Vendor debt | | | | |
| Capital Return, Inc. 6101 North 64th Street Milwaukee, WI 53218 | | - | | | | | | | 1,689.80 |
| Account No. **8972** | | | | | Vendor debt | | | | |
| Carando PO Box 405020 Cincinnati, OH 45240-5020 | | - | | | | | | | 13,287.67 |
| Account No. **451** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Carmel Village Market PO Box 189 Carmel, ME 04419 | | - | | | | X | X | X | 13,570.00 |

Sheet no. __14__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,555.47

In re  **Associated Grocers of Maine, Inc.** _____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9814** <br><br> **Carousel Industries** <br> **659 South County Trail** <br> **Exeter, RI 02822** | - | | Vendor debt | | | | 2,056.92 |
| Account No. **457** <br><br> **CBH IV, LLC** <br> **45 Barberry Lane** <br> **Strafford, NH 03884** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 18.00 |
| Account No. **9740** <br><br> **CDW Direct, LLC** <br> **200 N. Milwaukee Avenue** <br> **Vernon Hills, IL 60061** | - | | Vendor debt | | | | 565.04 |
| Account No. **2487** <br><br> **Cedar's Mediterranean Foods** <br> **50 Foundation Avenue** <br> **Haverhill, MA 01835** | - | | Vendor debt | | | | 1,137.48 |
| Account No. **654** <br><br> **Center Lovell Market II, L.L.C.** <br> **PO Box 234** <br> **Center Lovell, ME 04016** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 173.00 |

Sheet no. __15__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,950.44**

In re **Associated Grocers of Maine, Inc.** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3006** <br><br> **Central Maine Power** <br> **PO Box 1084** <br> **Augusta, ME 04332-1084** | - | | | Vendor debt | | | | 8,692.10 |
| Account No. **21** <br><br> **Charles or Shirley Breton** <br> **28 Saunders Road** <br> **Mechanic Falls, ME 04256** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 1,292.00 |
| Account No. **7502** <br><br> **Charms Division** <br> **1400 E. Wisconsin Street** <br> **Delavan, WI 53115-1470** | - | | | Vendor debt | | | | 2,225.15 |
| Account No. **9078** <br><br> **Chex Finer Foods Inc.** <br> **39 Franklin McKay** <br> **Attleboro, MA 02703** | - | | | Vendor debt | | | | 18,861.00 |
| Account No. **792** <br><br> **Christy's - Mercer** <br> **328 Point Road** <br> **Belgrade, ME 04917** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 9,506.00 |

Sheet no. __16__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,576.25

In re    **Associated Grocers of Maine, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **847** <br><br> **Christy's Country Store** <br> **932 Farmington Road** <br> **Belgrade, ME 04917** | - | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 234,776.00 |
| Account No. **4011** <br><br> **Cintas Corporation #758** <br> **PO Box 625737** <br> **Cincinnati, OH 45262** | - | | | **Vendor debt** <br> **(Possibly subject to setoff)** | | | | 860.00 |
| Account No. **4029** <br><br> **Cintas Corporation LOC 758** <br> **PO Box 625737** <br> **Cincinnati, OH 45262** | - | | | **Vendor debt** <br> **(Possibly subject to setoff)** | | | | 4,779.62 |
| Account No. **5008** <br><br> **Clark Gum Company** <br> **1100 Military Road** <br> **Buffalo, NY 14217-2514** | - | | | **Vendor debt** | | | | 383.40 |
| Account No. **7212** <br><br> **Cloverhill Pastry-Vend Corp.** <br> **2035 N, Narragansett Avenue** <br> **Chicago, IL 60639** | - | | | **Vendor debt** | | | | 1,479.46 |

Sheet no. __17__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **242,278.48**

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **581** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Coastal Retail Corp. a/k/a Southwest Food Mart PO Box 708 Southwest Harbor, ME 04679 | - | | | | X | X | X | 50,000.00 |
| Account No. **9212** | | | | Vendor debt | | | | |
| Cobscook Bay Company, LLC 1280 County Road Trescott Twp, ME | - | | | | | | | 5,616.00 |
| Account No. **707** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Community Pharmacies, LP a/k/a Community Pharmacy of Gorham PO Box 528 Augusta, ME 04332 | - | | | | X | X | X | 24.00 |
| Account No. **768** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Community Pharmacies, LP PO Box 2018 Bucksport, ME 04416 | - | | | | X | X | X | 351.00 |
| Account No. **780** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Community Pharmacies, LP a/k/a Community Pharmacy of Saco 365 Main Street Gorham, ME 04038 | - | | | | X | X | X | 1,085.00 |

Sheet no. __18__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,076.00

In re   **Associated Grocers of Maine, Inc.**       ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **741**<br><br>**Community Pharmacies, LP a/k/a Community Pharmacy of Bucksport 244 Main Street Saco, ME 04072** | - | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 1,138.00 |
| Account No. **2210**<br><br>**Compliance Safety,, LLC 39 Evergreen Drive Portland, ME 04103-1074** | - | | | | Vendor debt | | | | 308.02 |
| Account No.<br><br>**Constellation Energy Group, Inc. 31 Horace Mills Road Wells, ME 04090-6515** | - | | | | Utility services | | | | 57,133.10 |
| Account No. **8837**<br><br>**Costigan Computer Supplies 28 Mill Street South Gardiner, ME 04359** | - | | | | Vendor debt | | | | 162.73 |
| Account No. **9017**<br><br>**Cottage Siding Quick Stop #892 10 Cottage Siding Road Saint Francis, ME 04774** | - | | | | Vendor debt | | | | 674.44 |

Sheet no. __19__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **59,416.29**

In re  **Associated Grocers of Maine, Inc.**                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **516**<br><br>**Country Farms Market, LLC**<br>**84 Center Road**<br>**Easton, ME 04740** | | - | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | **16,192.00** |
| Account No. **9546**<br><br>**County Yankee Inc.**<br>**91 Military Street**<br>**Houlton, ME 04730-2064** | | - | Vendor debt | | | | **1,211.54** |
| Account No. **496**<br><br>**County Yankee, Inc.**<br>**91 Military Street**<br>**Houlton, ME 04730** | | - | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | **5,175.00** |
| Account No. **1005**<br><br>**Crosby Molasses Co Ltd.**<br>**327 Rothesay Avenue**<br>**Saint John, NB E2J 2C3** | | - | Vendor debt | | | | **1,948.80** |
| Account No. **456**<br><br>**Cynthia Kennedy Niquette**<br>**40 North Road**<br>**Swans Island, ME 04685** | | - | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | **977.00** |

Sheet no. **20** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **25,504.34**

In re   **Associated Grocers of Maine, Inc.**                                         ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5501** <br><br> **D & J Pressure Washing** <br> **10 Nutwood Circle** <br> **Limerick, ME 04048** | - | | | Vendor debt | | | | 1,150.50 |
| Account No. **290** <br><br> **D & L Groceries, Inc.** <br> **1284 Main Street** <br> **Stockholm, ME 04783** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 48,901.00 |
| Account No. **292** <br><br> **D.L. Fotter & Sons Inc.** <br> **PO Box 7** <br> **Stratton, ME 04982** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 43,739.00 |
| Account No. **758** <br><br> **Dana E. Williams** <br> **PO Box 726** <br> **Bingham, ME 04920** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 18,016.00 |
| Account No. **334** <br><br> **Daniel Rideout d/b/a Mary Ann's Market** <br> **2309 Medway Road** <br> **Medway, ME 04460** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 46,000.00 |

Sheet no. __21__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                            157,806.50

In re __Associated Grocers of Maine, Inc._____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **731** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Danny L. Swett 164 Village Road Smithfield, ME 04978 | | - | | | X | X | X | |
| | | | | | | | | 8,695.00 |
| Account No. **3229** | | | | Vendor debt | | | | |
| Data Capture Solutions 160 West Road (Route 83) Ellington, CT 06029 | | - | | | | | | |
| | | | | | | | | 694.00 |
| Account No. **9749** | | | | Vendor debt | | | | |
| Dave Cunha #705 Country Yankee Grocer 89 Military Street Houlton, ME 04730 | | - | | | | | | |
| | | | | | | | | 6,662.09 |
| Account No. **262** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| David Allenson PO Box 4007 Naples, ME 04055 | | - | | | X | X | X | |
| | | | | | | | | 59,008.00 |
| Account No. **332** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| David and Lia Skelton PO Box 169 Bowdoinham, ME 04008 | | - | | | X | X | X | |
| | | | | | | | | 27,700.00 |

Sheet no. __22__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,759.09

In re **Associated Grocers of Maine, Inc.** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **652** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| David and/or Jane Welch PO Box 375 Pittsfield, ME 04967 | | - | | | | X | X | X | |
| | | | | | | | | | 39,629.00 |
| Account No. **503** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Day's Store, Inc. PO Box 277 Belgrade Lakes, ME 04918 | | - | | | | X | X | X | |
| | | | | | | | | | 20,633.00 |
| Account No. **5265** | | | | | Vendor debt | | | | |
| Days Inn Keene NH 3 Ashbrook Road Route 9 Keene, NH 03431-5918 | | - | | | | | | | |
| | | | | | | | | | 65.40 |
| Account No. **1780** | | | | | Vendor debt | | | | |
| Dead River Company 1 Monument Square Portland, ME 04101 | | - | | | | | | | |
| | | | | | | | | | 10,501.71 |
| Account No. **409** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Dean Bartlett PO Box 26 Liberty, ME 04949 | | - | | | | X | X | X | |
| | | | | | | | | | 932.00 |

Sheet no. __23__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,761.11

In re **Associated Grocers of Maine, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5618** | | | - | | Vendor debt | | | | |
| **Del Monte Foods**<br>**1 Maritime Plaza**<br>**San Francisco, CA 94111** | | | | | | | | | 1,150.00 |
| Account No. **2606** | | | - | | Vendor debt | | | | |
| **Delorme Mapping Co.**<br>**Two DeLorme Drive**<br>**PO Box 298**<br>**Yarmouth, ME 04096** | | | | | | | | | 215.52 |
| Account No. **2770** | | | - | | Vendor debt | | | | |
| **Delta Dental**<br>**One Delta Drive**<br>**PO Box 2002**<br>**Concord, NH 03302-2002** | | | | | | | | | 5,282.88 |
| Account No. **398** | | | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | |
| **Dennis B. and Patricia M. Robertson**<br>**119 Caterpillar hill Road**<br>**Sargentville, ME 04673** | | | | | | | | | 49,407.00 |
| Account No. **168** | | | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | |
| **Dicks' Market Inc.**<br>**PO Box 266**<br>**Clinton, ME 04927** | | | | | | | | | 50,205.00 |

Sheet no. __24__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          106,260.40

In re  **Associated Grocers of Maine, Inc.**                                    ,          Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **205** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Dicks' Market Inc. PO Box 266 Clinton, ME 04927 | - | | | | | X | X | X | |
| | | | | | | | | | 37.00 |
| Account No. **397** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| DNJ Pizza, Inc. d/b/a Sunset Variety PO Box 516 Raymond, ME 04071 | - | | | | | X | X | X | |
| | | | | | | | | | 5,551.00 |
| Account No. **336** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Donald and Mary Worcester PO Box 461 Southwest Harbor, ME 04679 | - | | | | | X | X | X | |
| | | | | | | | | | 25,445.00 |
| Account No. **357** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Donna O'Brien 317 Augusta Road Morrill, ME 04952 | - | | | | | X | X | X | |
| | | | | | | | | | 46,704.00 |
| Account No. **7753** | | | | | Vendor debt | | | | |
| Door Systems Corp. 565 Riverside Street Portland, ME 04103 | - | | | | | | | | |
| | | | | | | | | | 1,455.30 |

Sheet no. __25__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,192.30

In re __Associated Grocers of Maine, Inc._____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7860**<br><br>**Dorothy Egg Farms**<br>**271 Turkey Lane**<br>**Randolph, ME 04346-4134** | - | | Vendor debt | | | | 62,729.96 |
| Account No. **0732**<br><br>**Dot Foods, Inc.**<br>**1 Dot Way**<br>**PO Box 192**<br>**Mt. Sterling, IL** | - | | Vendor debt | | | | 34,661.19 |
| Account No. **8785**<br><br>**Down East/Allied Insurance**<br>**150 Main Street**<br>**Boothbay, ME 04537** | - | | Vendor debt (Possibly subject to setoff) | | | | 920.00 |
| Account No. **5503**<br><br>**Down East/Allied Insurance CB**<br>**150 Main street, Suite 13**<br>**Boothbay, ME 04537** | - | | Vendor debt (Possibly subject to setoff) | | | | 5,422.11 |
| Account No. **396**<br><br>**Dresden DWC, Inc.**<br>**PO Box 5**<br>**Dresden, ME 04342** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 1,197.00 |

Sheet no. __26__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    104,930.26

In re **Associated Grocers of Maine, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0343** | | | | | Vendor debt | | | | |
| **Ducktrap River of Maine, LLC** **57 Little River Drive** **Belfast, ME 04915** | - | | | | | | | | 79.37 |
| Account No. **1797** | | | | | Vendor debt | | | | |
| **Dunbar's Store #833** **RR1** **Sullivan, ME 04664** | - | | | | | | | | 358.14 |
| Account No. **702** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Durham Get & Go, LLC** **697 Royalsborough Road** **Durham, ME 04222** | - | | | | | X | X | X | 20,698.00 |
| Account No. **4531** | | | | | Vendor debt | | | | |
| **E W Mailhot Sausage Co.** **258 Bartlett Street** **Lewiston, ME 04240** | - | | | | | | | | 340.50 |
| Account No. **611** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Elmer Morris** **366 US Highway 1** **Columbia Falls, ME 04623** | - | | | | | X | X | X | 3,133.00 |

Sheet no. __27__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        24,609.01

In re   **Associated Grocers of Maine, Inc.**                                    ,          Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **256** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Ernest Coletti** **11 Harbor Road** **Friendship, ME 04547** | - | | | | | X | X | X | |
| | | | | | | | | | 19,443.00 |
| Account No. **8086** | | | | | Vendor debt (Possibly subject to setoff) | | | | |
| **ET Video** **380 Oakgrove Parkway** **Saint Paul, MN 55127** | - | | | | | | | | |
| | | | | | | | | | 380.00 |
| Account No. | | | | | (additional address) | | | | |
| **ET Video** **616 Velvet Avenue** **PO Box 327** **Coon Rapids, IA 50058** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **9444** | | | | | Vendor debt | | | | |
| **Everson Dist. Co. Inc.** **280 New Ludlow Road** **Chicopee, MA 01020** | - | | | | | | | | |
| | | | | | | | | | 1,573.60 |
| Account No. **241** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **F&L Enterprises, LLC** **342 Sweden Street** **Caribou, ME 04736** | - | | | | | X | X | X | |
| | | | | | | | | | 273.00 |

Sheet no. __28__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,669.60

In re   **Associated Grocers of Maine, Inc.**                    ,   Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **671** <br><br> **Fairfield Buddies Inc.** <br> **80 Main Street** <br> **Fairfield, ME 04937** | - | | **Capital Contribution and/or Stockholder Interest** <br> **\*See Attachment F1** | X | X | X | 15.00 |
| Account No. **1663** <br><br> **Fairpoint Communications** <br> **PO Box 11021** <br> **Lewiston, ME 04243** | - | | Vendor debt | | | | 165.42 |
| Account No. **3289** <br><br> **Farley's & Sathers Candy Co.** <br> **PO Box 28, Sather Plaza** <br> **Round Lake, MN 56167** | - | | Vendor debt | | | | 9,418.71 |
| Account No. **2885** <br><br> **Farmland Foods, Inc.** <br> **11500 NW Ambasador Drive, Suite 500** <br> **Kansas City, MO 64153** | - | | Vendor debt | | | | 9,972.56 |
| Account No. **4915** <br><br> **FedEx** <br> **3875 Airways, Module H3** <br> **Department 4634** <br> **Memphis, TN 38116** | - | | Vendor debt | | | | 237.04 |

Sheet no. __29__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,808.73

In re **Associated Grocers of Maine, Inc.** ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5664** | | | | | | Vendor debt | | | | |
| Ferrero USA, Inc. 600 Cottontail Lane Somerset, NJ 08873 | - | | | | | | | | | 4,768.56 |
| Account No. **750** | | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Ferris Variety, Inc. Box 161 North Vassalboro, ME 04962 | - | | | | | | X | X | X | 14,925.00 |
| Account No. **213** | | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| FO Goldthwaite of Maine, Inc. PO Box 85 Biddeford Pool, ME 04006 | - | | | | | | X | X | X | 1,266.00 |
| Account No. **3031** | | | | | | Vendor debt | | | | |
| Foley + Wallace Associates Avon Corporate Center Unit A-3 Robbie Road Avon, MA 02322 | - | | | | | | | | | 140.43 |
| Account No. **4807** | | | | | | Vendor debt | | | | |
| Forte Product Solutions 1601 Airpark Drive Farmington, MO 63640-2056 | - | | | | | | | | | 640.79 |

Sheet no. __30__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          21,740.78

In re  **Associated Grocers of Maine, Inc.**                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **341** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Four Corners Store, Inc.** **2 Sebago Road** **Hiram, ME 04041** | - | | | X | X | X | 542.00 |
| Account No. **0005** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Francis J. Morin Living Trust** **6 Sinclair Road** **Sinclair, ME 04779** | - | | | X | X | X | **Unknown** |
| Account No. **402** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Franklin Trading Post** **33 Blackwood Road** **Franklin, ME 04634** | - | | | X | X | X | 419.00 |
| Account No. **8485** | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Fred's Coffee Company** **112 Washington Street** **Oakland, ME 04963** | - | | | | | | 17,086.13 |
| Account No. **8527** | | | Vendor debt | | | | |
| **Freedom Market #5117** **6190 E. Slauson Avenue** **Los Angeles, CA 90040** | - | | | | | | 83.53 |

Sheet no. __31__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,130.66

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **82**<br><br>**French & Brawn, Inc.**<br>**1 Elm Street**<br>**Camden, ME 04843** | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 50,000.00 |
| Account No. **9418**<br><br>**Fresh Gourmet Company**<br>**6190 E. Slauson Avenue**<br>**Los Angeles, CA 90040** | - | | Vendor debt | | | | 2,158.58 |
| Account No. **9211**<br><br>**Fresh Mark, Inc.**<br>**629 Green Valley Road**<br>**Suite 500**<br>**Greensboro, NC 27408** | - | | Vendor debt | | | | 4,807.50 |
| Account No. **425**<br><br>**Friends & Family Market, Inc.**<br>**PO Box 1600**<br>**Ellsworth, ME 04605** | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 43,556.00 |
| Account No. **454**<br><br>**Frisbee's Holdings, LLC**<br>**PO Box 57**<br>**Kittery Point, ME 03905** | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 375.00 |

Sheet no. __32__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 100,897.08

In re **Associated Grocers of Maine, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Frisbee's Supermarket, Inc.** <br>**Attn: Trustee John Turner** <br>**J.C. Turner & Associates, Inc.** <br>**PO Box 1897** <br>**Auburn, ME 04211-1897** | - | | | | Capital Contribution and/or Stockholder Interest <br>*See Attachment F1 | X | X | X | 0.00 |
| Account No. **0408** <br><br>**Frozen Drink Concepts** <br>**1122 Long Leaf Lake Drive** <br>**Bessemer, AL 35022** | - | | | | Vendor debt | | | | 10,191.05 |
| Account No. **473** <br><br>**Fuller's Market, Inc.** <br>**599 Hallowell Litchfield Road** <br>**Gardiner, ME 04345** | - | | | | Capital Contribution and/or Stockholder Interest <br>*See Attachment F1 | X | X | X | 50,000.00 |
| Account No. **467** <br><br>**G. Gregory Hanley** <br>**PO Box 266** <br>**Bristol, ME 04539** | - | | | | Capital Contribution and/or Stockholder Interest <br>*See Attachment F1 | X | X | X | 774.00 |
| Account No. **232** <br><br>**Gabbianelli Enterprises, Inc.** <br>**PO Box 8** <br>**Brooks, ME 04921** | - | | | | Capital Contribution and/or Stockholder Interest <br>*See Attachment F1 | X | X | X | 80.00 |

Sheet no. __33__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,045.05

In re __Associated Grocers of Maine, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **2115** <br><br> **Gallant Greetings Corp.** <br> **4300 United Parkway** <br> **Schiller Park, IL 60176** | - | | | Vendor debt (Possibly subject to setoff) | | | | 270.00 |
| Account No. **203** <br><br> **Galusha's, Inc.** <br> **PO Box 339** <br> **Clinton, ME 04927** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 19,439.00 |
| Account No. **8096** <br><br> **Garden Fresh Salad Co.** <br> **17 New England Produce Center** <br> **Chelsea, MA 02150-1720** | - | | | Vendor debt | | | | 1,155.50 |
| Account No. **4509** <br><br> **Gardiner Water District** <br> **246 Water** <br> **Gardiner, ME 04345-2110** | - | | | Vendor debt | | | | 1,643.86 |
| Account No. **8509** <br><br> **Garelick Farms of Maine, LLC** <br> **1 Milk Street** <br> **Bangor, ME 04401** | - | | | Vendor debt (Possibly subject to setoff) | | | | 178,191.68 |

Sheet no. __34__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           200,700.04

In re **Associated Grocers of Maine, Inc.** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | (additional address) | | | | |
| **Garelick Farms of Maine, LLC 626 Lynnway Lynn, MA 01905** | - | | | | | | | | 0.00 |
| Account No. **4055** | | | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Garelick Farms-Lynn LLC 1199 West Central Street Franklin, MA 02038-0289** | - | | | | | | | | 7,122.13 |
| Account No. **624** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Gary Eugene Rideout 116 Somerset Street Millinocket, ME 04462** | - | | | | | X | X | X | 45,556.00 |
| Account No. **685** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Gary J. Babin Box 131 Main Street Saint Agatha, ME 04772** | - | | | | | X | X | X | 11,999.00 |
| Account No. **6504** | | | | | Vendor debt (Possibly subject to setoff) | | | | |
| **General Carriage & Supply Co. 264 Roosevelt Trail Windham, ME 04062** | - | | | | | | | | 3,847.66 |

Sheet no. __35__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    68,524.79

In re __Associated Grocers of Maine, Inc._____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **283** <br><br> **George Humphrey** <br> **PO Box 360** <br> **Jefferson, ME 04348** | - | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 19,058.00 |
| Account No. **501** <br><br> **Georgetown Center Store, Inc.** <br> **PO Box 145** <br> **Georgetown, ME 04548** | - | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 626.00 |
| Account No. **1140** <br><br> **Getchell Bros. Inc.** <br> **PO Box 8** <br> **Brewer, ME 04412** | - | | | **Vendor debt (Possibly subject to setoff)** | | | | 12,336.17 |
| Account No. **1157** <br><br> **Getchell Bros. Inc. (Ice)** <br> **PO Box 8** <br> **Brewer, ME 04412** | - | | | **Vendor debt (Possibly subject to setoff)** | | | | 7,592.64 |
| Account No. **826** <br><br> **Gilbert and Ruth Parent** <br> **1648 Van Buren Road** <br> **Limestone, ME 04750** | - | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 10,919.00 |

Sheet no. __36__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,531.81

In re  **Associated Grocers of Maine, Inc.** ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3703** | | | | Vendor debt | | | | |
| Glaxo SmithKline Attn: Legal 5 Moore Drive PO Box 13398 Durham, NC 27709 | - | | | | | | | 3,155.85 |
| Account No. **548** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Gleason and Claire Gray 518 Graytown Road Sedgwick, ME 04676 | - | | | | X | X | X | 16,838.00 |
| Account No. **507** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Glen B. Laney 90 Waterville Road Skowhegan, ME 04976 | - | | | | X | X | X | 7,460.00 |
| Account No. **5414** | | | | Vendor debt | | | | |
| Gold Bell Inc. 25 New England Produce Center Chelsea, MA 02150-1720 | - | | | | | | | 45.00 |
| Account No. | | | | Interest and Attorney Fees | | | | |
| Gold Bell, Inc. 25 NECP Chelsea, MA 02150 | - | | | | X | X | X | Unknown |

Sheet no. __37__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **27,498.85**

In re  **Associated Grocers of Maine, Inc.**                        ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **248** <br><br> **Goodhue Enterprises, Inc.** <br> **56 North Main Street** <br> **Solon, ME 04979** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 10,303.00 |
| Account No. **772** <br><br> **Gosselin's Superette Inc.** <br> **706 Somerville Street** <br> **Manchester, NH 03103** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 70,849.00 |
| Account No. **9299** <br><br> **Gourmet Express** <br> **53 Shore Road** <br> **Ogunquit, ME 03907** | - | | | Vendor debt | | | | 6,949.80 |
| Account No. **418** <br><br> **Gowell Enterprises, Inc.** <br> **469 Richmond Road** <br> **Litchfield, ME 04350-3626** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 40,577.00 |
| Account No. **649** <br><br> **Gowell Enterprises, Inc.** <br> **469 Richmond Road** <br> **Litchfield, ME 04350** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | 291.00 |

Sheet no. __38__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,969.80

In re  **Associated Grocers of Maine, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gowell's Store Inc.** <br> **491 Richmond Road** <br> **Litchfield, ME 04350** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 0.00 |
| Account No. **8467** <br><br> **Grainger** <br> **100 Grainger Parkway** <br> **Lake Forest, IL 60045** | - | | Vendor debt | | | | 355.19 |
| Account No. **699** <br><br> **Gray Grocers, Inc.** <br> **35 Portland Road** <br> **Gray, ME 04039** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 478.00 |
| Account No. **8848** <br><br> **Graybar** <br> **29 West Commercial Street** <br> **Portland, ME 04101** | - | | Vendor debt | | | | 3,969.90 |
| Account No. **0513** <br><br> **Griffith Laboratories USA, Inc.** <br> **1 Griffth Center** <br> **Alsip, IL 60803** | - | | Vendor debt | | | | 1,327.12 |

Sheet no. **39** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,130.21

In re **Associated Grocers of Maine, Inc.**                         ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6065**<br><br>**H. P. Hood Inc.**<br>**369 Park Avenue**<br>**Portland, ME 04102** | | - | | | **Vendor debt (Possibly subject to setoff)** | | | | 30,875.69 |
| Account No.<br><br>**H. P. Hood Inc.**<br>**349 Park Avenue**<br>**Portland, ME 04102** | | - | | | **(additional address)** | | | | 0.00 |
| Account No.<br><br>**H. P. Hood Inc.**<br>**PO Box 4058**<br>**Boston, MA 02211-4058** | | - | | | **(additional address)** | | | | 0.00 |
| Account No. **379**<br><br>**H.B. Provisions, Inc.**<br>**15 Western Avenue**<br>**Kennebunk, ME 04043-7749** | | - | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 29.00 |
| Account No. **5124**<br><br>**Halpern Import Co., Inc.**<br>**2890 Amwiler Road**<br>**Atlanta, GA 30360** | | - | | | **Vendor debt** | | | | 1,268.34 |

Sheet no. __40__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,173.03

In re   **Associated Grocers of Maine, Inc.**                          ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **356**<br><br>Harbor View Store, Inc.<br>PO Box 781<br>Stonington, ME 04681 | - | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 1,849.00 |
| Account No. **356**<br><br>Harbor View Store, Inc.<br>Attn: George Eaton, Clerk<br>PO Box 1401<br>Bangor, ME 04402 | - | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | | X | | 1,849.00 |
| Account No. **495**<br><br>Harold L. Keay & Son<br>PO Box 137<br>Albion, ME 04910 | - | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 37,381.00 |
| Account No. **0397**<br><br>Hatfield Quality Meats<br>2700 Clemens Road<br>PO Box 902<br>Hatfield, PA 19440 | - | | | Vendor debt | | | | 23,917.90 |
| Account No. **858**<br><br>Herb and Sharon Fithian<br>PO Box 277<br>Sherman, ME 04776 | - | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 91,970.00 |

Sheet no. __41__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **156,966.90**

In re   **Associated Grocers of Maine, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8095** | | | Vendor debt | | | | |
| **Herb Thyme Farms** **7909 Crowway Drive** **Pico Rivera, CA 90660** | - | | | | | | 355.74 |
| Account No. **640** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Herring Brothers, Inc.** **PO Box 526** **Guilford, ME 04443** | - | | | X | X | X | 18,621.00 |
| Account No. **3029** | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Hershey Creamery Company** **301 South Cameron Street** **Harrisburg, PA 17101-2815** | - | | | | | | 40,533.01 |
| Account No. **412** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Hiller & Hiller Enterprises, Inc.** **67 South Main Street** **Rockland, ME 04841** | - | | | X | X | X | 22,400.00 |
| Account No. **469** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Hoggy's Store, Inc.** **d/b/a Montgomery Oil Company Inc.** **279 St. George Road** **South Thomaston, ME 04858** | - | | | X | X | X | 8,775.00 |

Sheet no. __42__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,684.75

In re **Associated Grocers of Maine, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **540** <br><br> Holmes Market, Inc. <br> 29 Main Street <br> Dixfield, ME 04224 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 89.00 |
| Account No. **1947** <br><br> Hormel Financial Serv. Corp. <br> 1 Hormel Plaza <br> Austin, MN 55912-3673 | - | | | | Vendor debt | | | | 4,214.84 |
| Account No. **1954** <br><br> Hormel Financial Services <br> 1 Hormel Plaza <br> Austin, MN 55912-3673 | - | | | | Vendor debt | | | | 19,427.45 |
| Account No. **1871** <br><br> Hospice of Southern Maine <br> 280 US Route 1 #1 <br> Scarborough, ME 04074-9073 | - | | | | Vendor debt | | | | 100.00 |
| Account No. **9966** <br><br> Hostess Brands, Inc. <br> f/k/a Interstate Brands Corp. <br> 1 Bakers Way <br> Biddeford, ME 04005-4337 | - | | | | Vendor Debt | | | | 52,474.83 |

Sheet no. __43__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,306.12

In re **Associated Grocers of Maine, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3877**<br><br>**Hubert Company**<br>**25401 Newtwork Place**<br>**Chicago, IL 60673-1254** | - | | Vendor debt | | | | 4,055.56 |
| Account No. **40**<br><br>**Hussey's General Store**<br>**PO Box 81**<br>**Windsor, ME 04363** | - | | **Capital Contribution and/or Stockholder Interest**<br>***See Attachment F1** | X | X | X | 309,216.00 |
| Account No. **8595**<br><br>**Impact Confections Inc.**<br>**10822 W. Toller Drive, Suite 350**<br>**Littleton, CO 80127** | - | | Vendor debt | | | | 1,567.30 |
| Account No. **8330**<br><br>**Imperial Distributors, Inc.**<br>**33 Sword Street**<br>**Auburn, MA 01501-2195** | - | | Vendor debt (Possibly subject to setoff) | | | | 103,350.05 |
| Account No. **xP161**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **5/06/11 & 6/17/11**<br>**Penalty for late payment** | | | | 357.77 |

Sheet no. **44** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **418,546.68**

In re **Associated Grocers of Maine, Inc.** ,   Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2803**<br><br>**Irving Oil Marketing, Inc.**<br>**Irving Oil**<br>**190 Commerce Way**<br>**Portsmouth, NH 03801** | | - | | | Vendor debt | | | | 347.29 |
| Account No. **3702**<br><br>**Isamax Snacks, Inc.**<br>**621 Maine Avenue**<br>**Farmingdale, ME 04344** | | - | | | Vendor debt | | | | 5,350.50 |
| Account No. **1087**<br><br>**It'll Be Pizza, LLC**<br>**144 Fore Street, Suite D-2**<br>**Portland, ME 04101-4843** | | - | | | Vendor debt | | | | 6,550.25 |
| Account No. **8520**<br><br>**ITL (USA) Limited**<br>**75 Park Plaza**<br>**Boston, MA 02116** | | - | | | Vendor debt | | | | 3,168.80 |
| Account No. **6309**<br><br>**J & S Oil Co., Inc.**<br>**867 Western Avenue**<br>**Manchester, ME 04351** | | - | | | Vendor debt | | | | 74,867.88 |

Sheet no. __45__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                      
(Total of this page)                     **90,284.72**

In re   **Associated Grocers of Maine, Inc.**                                ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **603** <br><br> **J. & M. A. Corp.** <br> **a/k/a Bear's One Shop** <br> **PO Box 510** <br> **Newport, ME 04953** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 32,107.00 |
| Account No. **657** <br><br> **Jack's Grocery** <br> **15 High Street** <br> **Belfast, ME 04915** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 883.00 |
| Account No. **365** <br><br> **James and Jeannine Spiller** <br> **1054 Branch Road** <br> **Wells, ME 04090** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 16,647.00 |
| Account No. **668** <br><br> **James and Pat Henry, Jr.** <br> **PO Box 36** <br> **Penobscot, ME 04476** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 24,045.00 |
| Account No. **537** <br><br> **James D. and Dedra A. Lizotte** <br> **38 Main Street** <br> **Van Buren, ME 04785** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 50,097.00 |

Sheet no. __46__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,779.00

In re   **Associated Grocers of Maine, Inc.** _____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0501** | | - | | | Vendor debt | | | | |
| Jarden Home Brands 14611 West Commerce Road Daleville, IN 47334 | | | | | | | | | 6,396.16 |
| Account No. **8503** | | - | | | Vendor debt | | | | |
| Jasper Wyman & Son PO Box 100 280 Main Street Milbridge, ME 04658 | | | | | | | | | 2,933.00 |
| Account No. **294** | | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| Jeannotte's Market LLC PO Box 368 Nashua, NH 03064 | | | | | | | | | 9,413.00 |
| Account No. **538** | | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| Jeffery R. and Ronald C. Luce PO Box 227 Washington, ME 04574 | | | | | | | | | 2,398.00 |
| Account No. **9717** | | - | | | Vendor debt | | | | |
| Jel Sert Company Route 59 and Conde Street West Chicago, IL 60185 | | | | | | | | | 620.64 |

Sheet no. __47__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           21,760.80

In re  **Associated Grocers of Maine, Inc.**                          ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **439** <br><br> Jennie Beaulieu <br> PO Box 151 <br> Sinclair, ME 04779 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 531.00 |
| Account No. **848** <br><br> Jerry's Food Store, Inc. <br> PO Box 500 <br> Island Falls, ME 04747 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 50,000.00 |
| Account No. **719** <br><br> Jessie and Nancy Michaud <br> 284 US Route 1 <br> Frenchville, ME 04745 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 7,802.00 |
| Account No. <br><br> JHJY Commercial Properties Inc. <br> PO Box 443 <br> Marlborough, NH 03455 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 0.00 |
| Account No. **763** <br><br> Jim's Corner Grocery, Inc. <br> PO Box 218 <br> Frenchville, ME 04745 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 61,113.00 |

Sheet no. __48__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

119,446.00

In re **Associated Grocers of Maine, Inc.**                        ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1200** | | | | | Vendor debt | | | | |
| **Jim's Salad Company** **557 Albion Road** **Unity, ME 04988-3210** | - | | | | | | | | 1,198.11 |
| Account No. **1457** | | | | | Vendor debt | | | | |
| **Jim's Wholesale** **883 Hallowell Litchfield Road** **Gardiner, ME 04345** | - | | | | | | | | 15,564.23 |
| Account No. **506** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Jimmy's Market** **PO Box 539** **Bingham, ME 04920** | - | | | | | | | | 52,254.00 |
| Account No. **344** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Joe's Country Store, Inc.** **1005 Main Street** **Saint Francis, ME 04774** | - | | | | | | | | 1,743.00 |
| Account No. **249** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **John & Penni Floster** **PO Box 308** **West Paris, ME 04289** | - | | | | | | | | 5,523.00 |

Sheet no. __49__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          76,282.34

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **333** <br><br> **John Bannister** <br> **PO Box 815** <br> **Blue Hill, ME 04614** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 35,645.00 |
| Account No. **197** <br><br> **John R. Joseph & Sons, Inc.** <br> **74 Front Street** <br> **Waterville, ME 04901** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | | | | 29,408.00 |
| Account No. **559** <br><br> **John T. Dayhoof III** <br> **PO Box 570** <br> **Solon, ME 04979** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 50,000.00 |
| Account No. **855** <br><br> **John's Convenience Plus, Inc.** <br> **182 Market Street** <br> **Fort Kent, ME 04743** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 53,359.00 |
| Account No. **3941** <br><br> **Johnsonville Sausage, LLC** <br> **PO Box 906** <br> **Sheboygan Falls, WI 53085** | - | | | Vendor debt | | | | 2,836.80 |

Sheet no. __50__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page) | 171,248.80

In re **Associated Grocers of Maine, Inc.** ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **816** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Jon L. Bubier d/b/a Ron's Market, Inc. 144 Franklin Avenue Farmington, ME 04938 | - | | | | | X | X | X | |
| | | | | | | | | | 932.00 |
| Account No. **217** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Joseph and DeAnne Douin 150 Mercer Road New Sharon, ME 04955 | - | | | | | X | X | X | |
| | | | | | | | | | 755.00 |
| Account No. **236** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Joseph M. Sleeper, Jr. 99 Lydon Street Caribou, ME 04736-1738 | - | | | | | X | X | X | |
| | | | | | | | | | 3,711.00 |
| Account No. **531** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Joseph P. Irish PO Box 2 Troy, ME 04987 | - | | | | | X | X | X | |
| | | | | | | | | | 21,764.00 |
| Account No. **239** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Joseph Sleeper II 99 Lydon Street Caribou, ME 04736-1738 | - | | | | | X | X | X | |
| | | | | | | | | | 250.00 |

Sheet no. __51__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          27,412.00

In re  **Associated Grocers of Maine, Inc.**                          ,          Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Joseph Sleeper Inc. 99 Lyndon St. Caribou, ME 04736 | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 0.00 |
| Account No. 6274  Joseph's Middle East Bakery 30 International Way Lawrence, MA 01843 | - | | Vendor debt | | | | 974.72 |
| Account No. 641  Julie A. Jewall, dba Athens Corner Store PO Box 289 Athens, ME 04912 | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 21,510.00 |
| Account No. 878  Julie Burnham 3281 Bennoch Road Old Town, ME 04468 | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 11,860.00 |
| Account No. 374  Julie or Ian Cundiff PO Box 399 Wayne, ME 04284 | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 434.00 |

Sheet no. __52__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          34,778.72

In re   **Associated Grocers of Maine, Inc.**            ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6670**<br><br>**Just Born Inc.**<br>**1300 Stefko Boulevard**<br>**Bethlehem, PA 18017** | - | | | | Vendor debt | | | | 664.81 |
| Account No. **8560**<br><br>**Karp Associates, Inc.**<br>**54-54 43rd Street**<br>**Maspeth, NY 11378** | - | | | | Vendor debt | | | | 2,778.95 |
| Account No. **383**<br><br>**Karp, Inc.**<br>**d/b/a Wells Food Mart**<br>**1517 Post Road Route 1**<br>**Wells, ME 04090** | | | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 7,105.00 |
| Account No. **7264**<br><br>**Kate's Homemade Butter**<br>**133 Saco Avenue**<br>**Old Orchard Beach, ME 04064** | - | | | | Vendor debt | | | | 1,498.50 |
| Account No. **7371**<br><br>**Kayem Foods, Inc.**<br>**754 Arlington Street**<br>**Chelsea, MA 02150** | - | | | | Vendor debt | | | | 105,154.55 |

Sheet no. **53** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           117,201.81

In re __Associated Grocers of Maine, Inc.__ ,  Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **7553** | | | - | Vendor debt | | | | |
| **Kellogg's Snacks One Kellogg Square PO Box 3599 Battle Creek, MI 49016-3599** | | | | | | | | 15,407.14 |
| Account No. **476** | | | - | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Ken and Carol Ballard PO Box 247 Manchester, ME 04351** | | | | | | | | 35,714.00 |
| Account No. **423** | | | - | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Kenneth Burnside, Jr. & Jeanita Burnside Wayne General Store 170 Main Street Wayne, ME 04284** | | | | | | | | 41.00 |
| Account No. **755** | | | - | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Kevin R. Dunham PO Box 257 Saint Albans, ME 04971** | | | | | | | | 7,568.00 |
| Account No. **2827** | | | - | Vendor debt | | | | |
| **Kraft Foods Global, Inc. 800 Corporate Boulevard Newburgh, NY 12550-6407** | | | | | | | | 1,704.65 |

Sheet no. __54__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            60,434.79

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **8956** | | | | | Vendor debt | | | | |
| **Kris-Way Truck Leasing, Inc.** **43 Hemco Road** **South Portland, ME 04106** | - | | | | | | | | 13,717.66 |
| Account No. **5270** | | | | | Vendor debt | | | | |
| **L R F, Inc.** **73 Cucumber Hill Road** **Foster, RI 02825-1273** | - | | | | | | | | 1,205.28 |
| Account No. **1940** | | | | | Vendor debt | | | | |
| **L Ray Packing Company** **27 Wyman Road** **Milbridge, ME 04658-3600** | - | | | | | | | | 962.00 |
| Account No. **1778** | | | | | Vendor debt | | | | |
| **Labadie's Bakery** **161 Lincoln Street** **Lewiston, ME 04240-7813** | - | | | | | | | | 7,993.32 |
| Account No. **2479** | | | | | Vendor debt | | | | |
| **LaBree's Bakery** **169 Gilman Falls Avenue** **Old Town, ME 04468-1325** | - | | | | | | | | 8,147.70 |

Sheet no. __55__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,025.96

In re   **Associated Grocers of Maine, Inc.** _____ ,   Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9120** | | | | Vendor debt | | | | |
| Lactalis Deli, Inc. 2376 South Park Avenue Buffalo, NY 14220 | | - | | | | | | 5,015.34 |
| Account No. **414** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Lakeside Country Store a/k/a Albion Country Store 14 Main Street Albion, ME 04910 | | - | | | X | X | X | 1,820.00 |
| Account No. **3152** | | | | Vendor debt | | | | |
| Lani Temple 2 Gould Street Camden, ME 04843 | | - | | | | | | 336.00 |
| Account No. **214** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Lani Temple d/b/a Megunticook Market 2 Gould Street Camden, ME 04843 | | - | | | X | X | X | 29,100.00 |
| Account No. **4079** | | | | Vendor debt | | | | |
| Lapointe Lumber Co. Inc. 22 Pushard Lane Gardiner, ME 04345 | | - | | | | | | 31.17 |

Sheet no. __56__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    36,302.51

In re   **Associated Grocers of Maine, Inc.**                                    ,      Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3471** <br><br> **LaQuinta Auburn** <br> **4346 Southbridge Street** <br> **Auburn, MA 01501** | - | | Vendor debt | | | | 1,772.84 |
| Account No. **7791** <br><br> **Leanin' Tree** <br> **6055 Longbow Drive** <br> **Boulder, CO 80301** | - | | Vendor debt | | | | 3,895.79 |
| Account No. <br><br> **Leanin' Tree** <br> **119 Morning Street** <br> **Portland, ME 04101** | - | | (additional address) | | | | 0.00 |
| Account No. **468** <br><br> **Lemont & Sons, Inc.** <br> **PO Box 58** <br> **Kittery, ME 03904** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 15,388.00 |
| Account No. **310** <br><br> **Lennie's Superette, Inc.** <br> **2154 Medway Road** <br> **Medway, ME 04460** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 9,543.00 |

Sheet no. __57__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,599.63

In re **Associated Grocers of Maine, Inc.**                    Case No. _____

                                    _____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **653** <br><br> Leon A. Emery <br> PO Box 122 <br> Litchfield, ME 04350 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 345.00 |
| Account No. **895** <br><br> Leonard S. Knowlton <br> Liberty Trading Post <br> 498 Belfast-Augusta Road <br> Liberty, ME 04949 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 114.00 |
| Account No. **9011** <br><br> Lepage Bakeries, Inc. <br> Country Kitchen Plaza <br> PO Box 1900 <br> Auburn, ME 04211-1900 | - | | | | Vendor debt | X | X | X | 72,119.47 |
| Account No. **0357** <br><br> LexisNexis Risk Solutions Inc. <br> PO Box 7247-6514 <br> Philadelphia, PA 19170-6514 | - | | | | Vendor debt | | | | 50.00 |
| Account No. **65** <br><br> LGG, Inc. <br> d/b/a Gott's Store <br> 111 Bass Harbor Road <br> Southwest Harbor, ME 04679 | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 45,098.00 |

Sheet no. **58** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    117,726.47

In re  **Associated Grocers of Maine, Inc.**                    ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1595** | | | Vendor debt | | | | |
| **Lifoam Industries, LLC** **235 Schilling Circle, Suite 111** **Hunt Valley, MD 21031** | - | | | | | | 960.45 |
| Account No. **6078** | | | Vendor debt | | | | |
| **Linda's Gourmet Desserts** **4 Haynes Hill Road** **Wales, MA 01081** | - | | | | | | 576.00 |
| Account No. **3120** | | | Vendor debt | | | | |
| **Lindt & Sprungli (USA), Inc.** **1 Fine Chocolate Place** **Stratham, NH 03885** | - | | | | | | 6,050.42 |
| Account No. **5406** | | | Vendor debt | | | | |
| **Livermore Falls Baking Co., Inc.** **49 Gilbert Street** **Livermore Falls, ME 04254-4238** | - | | | | | | 2,194.00 |
| Account No. **691** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Long Green Variety, Inc.** **1714 Federal Road** **Livermore, ME 04253** | | | | | | | 753.00 |

Sheet no. __59__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,533.87

In re  **Associated Grocers of Maine, Inc.**                                      ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **784** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Louis and Dawn Vasvary** 573 Smithfield Road Oakland, ME 04963 | - | | | | X | X | X | 45,400.00 |
| Account No. **361** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Louise Barnes** 68 West Front Street Skowhegan, ME 04976 | - | | | | X | X | X | 7,105.00 |
| Account No. **8228** | | | | Vendor debt | | | | |
| **Lozier Corporation** 6336 Preshing Drive Omaha, NE 68110-1122 | - | | | | | | | 1,144.45 |
| Account No. **8137** | | | | Vendor debt | | | | |
| **Lt's Inc.** 37 Danforth Street Portland, ME 04101-1104 | - | | | | | | | 299.77 |
| Account No. **66** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Lymburner Francis** PO Box 86 Brooksville, ME 04617 | - | | | | X | X | X | 29,080.00 |

Sheet no. __60__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **83,029.22**

In re **Associated Grocers of Maine, Inc.** ,                    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7977**<br><br>M. D'Ottavio Produce, Inc.<br>1145 N. Main Road<br>Vineland, NJ 08360-2539 | - | | Vendor debt | | | | 4,331.00 |
| Account No. **4044**<br><br>MacDonald, Page and Co.<br>30 Long Creek Drive<br>South Portland, ME 04106 | - | | Vendor debt | | | | 3,026.81 |
| Account No. **4226**<br><br>Machias Motor Inn<br>103 Main Street<br>Machias, ME 04654 | - | | Vendor debt | | | | 74.90 |
| Account No. **4572**<br><br>Maine Chamber Group Trust<br>125 Community Drive, Suite 101<br>Augusta, ME 04330 | - | | Vendor debt | | | | 80,454.00 |
| Account No. **3905**<br><br>Maine Milk Commission<br>28 State House Station<br>Augusta, ME 04333 | - | | Vendor debt | | | | 1.76 |

Sheet no. __61__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,888.47

In re  **Associated Grocers of Maine, Inc.** ,  Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5421**<br><br>**Maine Motor Transport Assoc.**<br>**142 Whitten Road**<br>**Augusta, ME 04330** | - | | | | **Vendor debt** | | | | 4,030.10 |
| Account No. **720**<br><br>**Maine Mussel Co., Inc.**<br>**PO Box 117**<br>**Warren, ME 04864** | - | | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 9,074.00 |
| Account No. **291**<br><br>**Maine State Trading Co.**<br>**d/b/a Reuben's Country Store**<br>**97 Elm Street**<br>**Milo, ME 04463** | | | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 5,539.00 |
| Account No. **325**<br><br>**Maine State Trading Co.**<br>**D/b/a LJ's Express**<br>**24 Elm Street**<br>**Milo, ME 04463** | | | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | | | | 892.00 |
| Account No. **459**<br><br>**Maine Street Market**<br>**845 Main Street**<br>**Sanford, ME 04073** | - | | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 4,307.00 |

Sheet no. __62__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,842.10

In re  **Associated Grocers of Maine, Inc.** ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6684** <br><br> **Maine Turnpike Authority** <br> **2360 Congress Street** <br> **Portland, ME 04102-1999** | - | | Vendor debt | | | | 5,074.95 |
| Account No. **5562** <br><br> **Maine Woods Pellet Co., LLC** <br> **164 Harmony Road** <br> **Athens, ME 04912** | - | | Vendor debt | | | | 3,300.00 |
| Account No. **8342** <br><br> **MaMa Rosa's LLC** <br> **1910 Fair Road** <br> **Sidney, OH 45365** | - | | Vendor debt | | | | 6,041.12 |
| Account No. **499** <br><br> **Manaford's Inc.** <br> **PO Box 161** <br> **Jonesport, ME 04649** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 25,169.00 |
| Account No. **8482** <br><br> **Maplehurst Bakeries** <br> **50 Maplehurst Drive** <br> **Brownsburg, IN 46112** | - | | Vendor debt | | | | 13,589.86 |

Sheet no. __63__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        53,174.93

In re **Associated Grocers of Maine, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **263** <br><br> **Maranacook Motors** <br> **765 Main Street** <br> **Readfield, ME 04355** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 12.00 |
| Account No. **238** <br><br> **Mark Sleeper** <br> **66 Russ Street** <br> **Caribou, ME 04736** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 2,885.00 |
| Account No. <br><br> **Mark Sprackland** <br> **6 Fieldstone Drive** <br> **Kingston, NH 03848** | - | | Medical/Insurance expenses | X | X | X | 875.00 |
| Account No. **399** <br><br> **Martin Gawron** <br> **d/b/a Monmouth General Store** <br> **PO Box 44** <br> **Wayne, ME 04284** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 13,253.00 |
| Account No. **226** <br><br> **Mary M. Greene** <br> **94 Main Street** <br> **Lubec, ME 04652** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 4,764.00 |

Sheet no. __64__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 21,789.00

In re **Associated Grocers of Maine, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2989** | | | | Vendor debt | | | | |
| **Mason Ways Indestricible Plas 580 Village Blvd, #330 West Palm Beach, FL 33409** | - | | | | | | | 251.26 |
| Account No. | | | | Attorney Fees and Interest | | | | |
| **Matarazzo Bros. Co., Inc. 290 Fourth Street Chelsea, MA 02150** | - | | | | X | X | X | Unknown |
| Account No. **4225** | | | | Vendor debt | | | | |
| **Mathews Salad House 521 Medford Street Charlestown, MA 02129-1419** | - | | | | | | | 2,014.58 |
| Account No. **301** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Matthew and Cathy Dunn PO Box 128 Mount Vernon, ME 04352** | - | | | | X | X | X | 988.00 |
| Account No. **836** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Maurice and Virginia Bergeron 1486 Alfred Road Alfred, ME 04002** | - | | | | X | X | X | 42,274.00 |

Sheet no. __65__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,527.84

In re __Associated Grocers of Maine, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5244** | | | Vendor debt | | | | |
| **McKee Food Corporation** **10260 McKee Road** **Collegedale, TN 37315** | - | | | | | | 2,826.03 |
| Account No. **898** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **McNutt Enterprises, Inc.** **PO Box 417** **Brooklin, ME 04616** | - | | | X | X | X | 3,828.00 |
| Account No. **607** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **MEC Enterprises, Inc.** **111 Bridgton Road** **Fryeburg, ME 04037** | - | | | X | X | X | 17,370.00 |
| Account No. **10** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Mervin or Christene Kerr** **241 Wellington Road** **Harmony, ME 04942** | - | | | X | X | X | 5,060.00 |
| Account No. **2111** | | | Vendor debt | | | | |
| **Metro Creative Graphics, Inc.** **519 18th Avenue** **New York, NY 10018-6506** | - | | | | | | 211.01 |

Sheet no. __66__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,295.04

In re  **Associated Grocers of Maine, Inc.**                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **486** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Michael and Susan Stephenson 6 Bluehill East Bangor, ME 04401 | - | | | X | X | X | |
| | | | | | | | 746.00 |
| Account No. **3002** | | | Vendor debt | | | | |
| Michael Foods, Inc. 301 Carlson Parkway, Suite 400 Fusion Sales Minnetonka, MN 55305 | - | | | | | | |
| | | | | | | | 1,790.72 |
| Account No. **329** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Michael L. Cyr (Mike's Family Market) 84 Center Road Easton, ME 04740 | - | | | X | X | X | |
| | | | | | | | 733.00 |
| Account No. **7046** | | | Vendor debt | | | | |
| Michael Reilly NEED ADDRESS | - | | | | | | |
| | | | | | | | 800.00 |
| Account No. **3036** | | | Vendor debt | | | | |
| Michaud Distributors 57 Spring Hill Road Saco, ME 04072-9650 | - | | | | | | |
| | | | | | | | 55,120.31 |

Sheet no. __67__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    59,190.03

In re   **Associated Grocers of Maine, Inc.**                                    ,        Case No. _____
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **590** <br><br> **Michelle T. St. Clair** <br> **1908 Hallowell Road** <br> **Litchfield, ME 04350** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 542.00 |
| Account No. **660** <br><br> **Mike's Country Store, Inc.** <br> **90 Water Street** <br> **Ellsworth, ME 04605** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 10,644.00 |
| Account No. <br><br> **Mike's Family Market, LLC** <br> **5 Main Street** <br> **Limestone, ME 04750** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 0.00 |
| Account No. **3960** <br><br> **Mill Cove Lobster Pound** <br> **PO Box 280** <br> **Boothbay Harbor, ME 04538** | - | | Vendor debt (Possibly subject to setoff) | | | | 23,321.67 |
| Account No. **450** <br><br> **Milton W. Smith, Jr.** <br> **PO Box 764** <br> **Brownville, ME 04414** | - | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 1,311.00 |

Sheet no. __68__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     35,818.67

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8205** | | | | Vendor debt | | | | |
| Mizkan Americas, Inc. 1661 Freehanville Drive Mount Prospect, IL 60056 | | - | | | | | | 733.45 |
| Account No. **436** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Mohammad S. Islam 8-9 Post Office Square Lynnfield, MA 01940 | | - | | | X | X | X | 4,298.00 |
| Account No. **8498** | | | | Vendor debt | | | | |
| Moose River Country Store #761 PO Box 236 Rockwood, ME 04478 | | - | | | | | | 5,317.13 |
| Account No. **8597** | | | | Vendor debt | | | | |
| Morse's Sauerkraut 3856 Washington Road Waldoboro, ME 04572 | | - | | | | | | 13,170.87 |
| Account No. **0403** | | | | Vendor debt | | | | |
| Mount Dustan Country St. #725 HC 10 Box 238 Errol, NH 03579 | | - | | | | | | 4,508.52 |

Sheet no. __69__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 28,027.97

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0304** | | | | Vendor debt | | | | |
| **Mountaire Farms, Inc.** **PO Box 1320** **Millsboro, DE 19966** | - | | | | | | | 75,893.96 |
| Account No. **7624** | | | | Vendor debt | | | | |
| **Mrs. Ressler's Food Products** **5501 Tabor Avenue** **Philadelphia, PA 19120** | - | | | | | | | 17,520.95 |
| Account No. **0643** | | | | Vendor debt | | | | |
| **Multi-Ad Services Inc.** **1720 W Detweiller Drive** **Peoria, IL 61615-1612** | - | | | | | | | 620.00 |
| Account No. **0684** | | | | Vendor debt | | | | |
| **Multigrains Bakery** **117 Water Street** **Lawrence, MA 01841-4720** | - | | | | | | | 945.60 |
| Account No. **5313** | | | | Vendor debt | | | | |
| **MW Polar Foods** **15203 Shoemaker Avenue** **Norwalk, CA 90650-6858** | - | | | | | | | 4,646.40 |

Sheet no. __**70**__ of __**114**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

99,626.91

In re   **Associated Grocers of Maine, Inc.**                                          ,      Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5240** <br><br> **N.K. Hurst Company** <br> **230 West McCarty Street** <br> **Indianapolis, IN 46225** | - | | Vendor debt | | | | 4,046.22 |
| Account No. **2466** <br><br> **Nabisco Biscuit Company** <br> **800 Corpoate Boulevard** <br> **Newburgh, NY 12550-6407** | - | | Vendor debt | | | | 42,231.84 |
| Account No. **411** <br><br> **Nason's General Store, Inc.** <br> **2 Masonic Road** <br> **Dixmont, ME 04932** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 27,415.00 |
| Account No. **5212** <br><br> **National Fish & Seafood Limited** <br> **2401 Village Drive** <br> **Brownsville, TX 78521-1410** | - | | Vendor debt | | | | 3,451.40 |
| Account No. **5964** <br><br> **National Tobacco Company, L.P.** <br> **3029 West Muhammad Ali Boulevard** <br> **Louisville, KY 40212-2238** | - | | Vendor debt | | | | 6,305.94 |

Sheet no. __71__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **83,450.40**

In re   **Associated Grocers of Maine, Inc.**               ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6624**<br><br>**Nature's Animals, Inc.**<br>**628 Waverly Avenue**<br>**Mamaroneck, NY 10543-2258** | - | | Vendor debt | | | | 1,769.12 |
| Account No. **9508**<br><br>**Nestle Waters North America**<br>**900 Long Ridge Road**<br>**Building 2**<br>**Stamford, CT 06902-1138** | - | | Vendor debt | | | | 14,233.34 |
| Account No. **8935**<br><br>**New Age Industrial Corp., Inc.**<br>**16788 East Highway 36**<br>**Norton, KS 67654** | - | | Vendor debt | | | | 309.46 |
| Account No. **9065**<br><br>**New England Cigar Factory**<br>**280 B Route 130**<br>**Suite 2 #124**<br>**Forestdale, MA 02644** | - | | Vendor debt | | | | 262.50 |
| Account No. **9073**<br><br>**New England Coffee Company**<br>**100 Charles Street**<br>**Malden, MA 02148** | - | | Vendor debt | | | | 4,050.80 |

Sheet no. __72__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
         (Total of this page)       **20,625.22**

In re  **Associated Grocers of Maine, Inc.**                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **9107** | | | | Vendor debt | | | | |
| **New England Motor Freight** **1-71 North Avenue East** **Elizabeth, NJ 07201** | - | | | | | | | 346.41 |
| Account No. **527** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Nobleboro Village Store, Inc.** **255 Center STreet** **Nobleboro, ME 04555-9025** | - | | | | X | X | X | 58.00 |
| Account No. **1333** | | | | Vendor debt | | | | |
| **North Atlantic, Inc.** **12 Portland Fish Pier #A** **Portland, ME 04101-4620** | - | | | | | | | 21,931.45 |
| Account No. **698** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **North Country Variety, Inc.** **PO Box 506** **Bingham, ME 04920** | - | | | | X | X | X | 922.00 |
| Account No. **335** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **North End Market** **PO Box 38** **Monhegan, ME 04852** | - | | | | X | X | X | 1,735.00 |

Sheet no. __73__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    24,992.86

In re    **Associated Grocers of Maine, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **693** <br><br>**North Haven Grocery** <br>**PO Box 511** <br>**North Haven, ME 04853** | - | | **Capital Contribution and/or Stockholder Interest** <br>**\*See Attachment F1** | X | X | X | 28,734.00 |
| Account No. **4634** <br><br>**North State Transportation LLC** <br>**361 York Street** <br>**Caribou, ME 04736-4133** | - | | Vendor debt | | | | 5,750.00 |
| Account No. **2554** <br><br>**Northeast Greetings, Inc.** <br>**22 Davis Drive** <br>**Bangor, ME 04401-6012** | - | | Vendor debt | | | | 841.81 |
| Account No. **3313** <br><br>**Northeast Merchandising Corp.** <br>**16 Hathaway Street** <br>**Skowhegan, ME 04976-1406** | - | | Vendor debt | | | | 58,816.85 |
| Account No. **2620** <br><br>**Northeastland Hotel** <br>**436 Main Street** <br>**Presque Isle, ME 04769** | - | | Vendor debt | | | | 98.44 |

Sheet no. __74__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,241.10

In re  **Associated Grocers of Maine, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unknown | | | | |
| **Northern New England Benefit Trust** **PO Box 4604** **Manchester, NH 03108** | - | | | | | | 178,640.00 |
| Account No. **0509** | | | Vendor debt | | | | |
| **Northland Industrial Truck Co.** **6 Jonspin Road** **Wilmington, MA 01887-1057** | - | | | | | | 1,410.97 |
| Account No. **5771** | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Nutmeg Spice Company** **PO Box 509** **Morris, CT 06763** | - | | | | | | 10,803.11 |
| Account No. **9500** | | | Vendor debt (Possibly subject to setoff) | | | | |
| **O'Hara Corporation** **120 Tillson Avenue Suite 1** **Rockland, ME 04841-3452** | - | | | | | | 1,997.24 |
| Account No. **7264** | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Oakhurst Dairy** **364 Forest Avenue** **Portland, ME 04101** | - | | | | | | 320,261.01 |

Sheet no. __75__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

513,112.33

In re **Associated Grocers of Maine, Inc.** ,                     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7421** | | | | | Vendor debt | | | | |
| Occupational Health Center, P.C. 320 Watson Powell Junior Parkway Des Moines, IA 50309 | - | | | | | | | | 400.00 |
| Account No. **9153** | | | | | Vendor debt | | | | |
| Office Depot 6600 North Military Trail Boca Raton, FL 33449 | - | | | | | | | | 1,538.14 |
| Account No. **9583** | | | | | Vendor debt | | | | |
| Old Dutch Mustard Company 98 Cuttermill Road, Suite 206S Great Neck, NY 11021 | - | | | | | | | | 852.16 |
| Account No. **0573** | | | | | Vendor debt | | | | |
| Old Wisconsin Sausage Co. 170 RUH Court Kiel, WI 53042-1869 | - | | | | | | | | 1,094.70 |
| Account No. **0631** | | | | | Vendor debt | | | | |
| Olean Wholesale Grocery Co-Op 1587 County Road 27 Olean, NY 14760-9229 | - | | | | | | | | 12,023.04 |

Sheet no. __76__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     15,908.04

In re **Associated Grocers of Maine, Inc.** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0649** | | | | | Vendor debt | | | | |
| **OLYMEL, SEC/LP** **7550 40 Avenue** **Reed Deer AB TAN 6R7 CANADA** | | - | | | | | | | 6,050.52 |
| Account No. **0714** | | | | | Vendor debt | | | | |
| **One Communication** **5 Wall Street** **Burlington, MA 01803** | | - | | | | | | | 71.25 |
| Account No. **604** | | | | | **Capital Contribution and/or Stockholder Interest** **\*See Attachment F1** | X | X | X | |
| **Oquossoc Grocery, Inc.** **PO Box 338** **Oquossoc, ME 04964** | | - | | | | | | | 15,000.00 |
| Account No. **0847** | | | | | Vendor debt | | | | |
| **Overhead Door Corporation** **2501 State Highway 121** **Lewisville, TX 75067** | | - | | | | | | | 131.26 |
| Account No. **2314** | | | | | Vendor debt | | | | |
| **Oxford Networks** **491 Lisbon Street** **Lewiston, ME 04240-7418** | | - | | | | | | | 5,490.83 |

Sheet no. __77__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          26,743.86

In re **Associated Grocers of Maine, Inc.**                    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **480** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Oyster River Management** **193 Main Street** **Thomaston, ME 04861** | - | | | | | X | X | X | 36,629.00 |
| Account No. **833** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **P. Dunbar & Estate of A. Dunbar** **PO Box 208** **Sullivan, ME 04664** | - | | | | | X | X | X | 84,630.00 |
| Account No. **696** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **P.B. & D Corporation** **146 Pleasant Street** **Springvale, ME 04083** | - | | | | | X | X | X | 15,804.00 |
| Account No. **4328** | | | | | Vendor debt | | | | |
| **Paris Farmers Union** **64 Auburn Street** **Portland, ME 04103-3151** | - | | | | | | | | 1,474.72 |
| Account No. **288** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Parris and Catherine Varney** **12 Meadow Road** **South China, ME 04358** | - | | | | | X | X | X | 22,601.00 |

Sheet no. **78** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    161,138.72

In re **Associated Grocers of Maine, Inc.** ,                   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **394** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Patterson's General Store 4 Pond Road Burnham, ME 04922 | - | | | | X | X | X | |
| | | | | | | | | 3,598.00 |
| Account No. **204** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Paul H. Breton, Jr. PO Box 29 Greenville Junction, ME 04442 | - | | | | X | X | X | |
| | | | | | | | | 194.00 |
| Account No. **534** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Paul R. and Kathryn M. Flynn 27 Belfast Road Freedom, ME 04941 | - | | | | X | X | X | |
| | | | | | | | | 21,246.00 |
| Account No. **619** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Paul's Food Centers, Inc. 585 Congress Street Portland, ME 04101 | - | | | | X | X | X | |
| | | | | | | | | 46,850.00 |
| Account No. **484** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Penelope Beckler PO Box 20 Mattawamkeag, ME 04459 | - | | | | X | X | X | |
| | | | | | | | | 7,046.00 |

Sheet no. __79__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,934.00

In re **Associated Grocers of Maine, Inc.** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **242** <br><br>**Percy Tackle, Inc.**<br>**PO Box 190**<br>**Errol, NH 03579** | - | | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 1,140.00 |
| Account No. **9780** <br><br>**Perdue Farms Incorporated**<br>**489 Cromwell Road**<br>**Beaver Dam, KY 42320** | - | | | | **Vendor debt** | | | | 9,659.44 |
| Account No. **2879** <br><br>**Perfetti Van Melle USA**<br>**1 Van Melle Lane**<br>**Erlanger, KY 41018-1015** | - | | | | **Vendor debt** | | | | 761.28 |
| Account No. **0184** <br><br>**Perkins Paper Incorporated**<br>**630 John Hancock Road**<br>**Taunton, MA 02780-7380** | - | | | | **Vendor debt** | | | | 3,575.96 |
| Account No. **863** <br><br>**Perry's Farmers Union Inc.**<br>**PO Box 279**<br>**Perry, ME 04667** | - | | | | **Capital Contribution and/or Stockholder Interest**<br>**\*See Attachment F1** | X | X | X | 69,801.00 |

Sheet no. __80__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,937.68

In re   **Associated Grocers of Maine, Inc.**                                   ,         Case No. _____

                                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **822** <br><br> **Peter Ouellette** <br> **200 Champlain Street** <br> **Van Buren, ME 04785** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 3,583.00 |
| Account No. **2595** <br><br> **PHD Consulting, Inc.** <br> **630 John Hancock Road** <br> **Taunton, MA 02780** | - | | | Vendor debt | | | | 987.50 |
| Account No. **853** <br><br> **Philip A. and Lorie E. Chabot** <br> **514 Corinna Road** <br> **Dexter, ME 04930** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 50,397.00 |
| Account No. **2065** <br><br> **Piantedosi Baking Company** <br> **245 Commercial Street** <br> **Malden, MA 02148-6780** | - | | | Vendor debt | | | | 1,328.08 |
| Account No. **743** <br><br> **Picnic Island Enterprises, Inc.** <br> **3400 Province Lake Road** <br> **East Wakefield, NH 03830** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 1,863.00 |

Sheet no. __81__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **58,158.58**

In re   **Associated Grocers of Maine, Inc.**                                        ,        Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **331** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Pierce's Country Store, Inc.** **69 Main Street** **Richmond, ME 04357** | - | | | | | X | X | X | 48,943.00 |
| Account No. **1038** | | | | | Vendor debt | | | | |
| **Pierre Foods, Inc.** **9990 Princeton Glendale Road** **Cincinnati, OH 45246** | - | | | | | | | | 6,322.66 |
| Account No. **4186** | | | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Pilot Seasoning Company** **40 Falls Avenue** **Waterbury, CT 06708** | - | | | | | | | | 2,730.05 |
| Account No. **4350** | | | | | Vendor debt | | | | |
| **Pine State Elevator** **230 Anderson Street** **Portland, ME 04101** | - | | | | | | | | 129.00 |
| Account No. **9150** | | | | | Vendor debt | | | | |
| **Pineland Farms, Inc.** **16 Pineland Drive** **New Gloucester, ME 04260-4800** | - | | | | | | | | 301.15 |

Sheet no. __82__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        58,425.86

In re   **Associated Grocers of Maine, Inc.**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **675** <br><br> **Pleau Entprses #1 Inc.** <br> **10 China Road** <br> **Waterville, ME 04901** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 50,000.00 |
| Account No. **8500** <br><br> **Plumrose USA, Inc.** <br> **7 Lexington Avenue** <br> **East Brunswick, NJ 08816-5033** | - | | Vendor debt | | | | 22,564.32 |
| Account No. **8740** <br><br> **Points North Surveillance** <br> **68 Country Club Drive** <br> **Auburn, ME 04210** | - | | Vendor debt (Possibly subject to setoff) | | | | 112.86 |
| Account No. **491** <br><br> **Port Clyde General Store Complex LLC** <br> **PO Box 276** <br> **Port Clyde, ME 04855** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 11,700.00 |
| Account No. **783** <br><br> **PPJS, LLC** <br> **32 W. Main Street #101** <br> **Fort Kent, ME 04743-1231** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 123.00 |

Sheet no. __83__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,500.18

In re **Associated Grocers of Maine, Inc.**                      ,      Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **570** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Prabi 2006 LLC** **188 Massabesic Street** **Manchester, NH 03103** | - | | | | X | X | X | |
| | | | | | | | | 455.00 |
| Account No. **407** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Prabi 2009 LLC** **75 Webster Street** **Manchester, NH 03104** | - | | | | X | X | X | |
| | | | | | | | | 6,487.00 |
| Account No. **462** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Prabi 2010 LLC** **10 Mammoth Road** **Manchester, NH 03109** | - | | | | X | X | X | |
| | | | | | | | | 310.00 |
| Account No. | | | | 0001 Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **Precille Boisclair** **194 Guinea Road** **Biddeford, ME 04005** | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **7744** | | | | Vendor debt | | | | |
| **Presque Isle Inn** **116 Main Street** **Presque Isle, ME 04769** | - | | | | | | | |
| | | | | | | | | 338.29 |

Sheet no. **84** of **114** sheets attached to Schedule of      Subtotal      | 7,590.29
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

In re    **Associated Grocers of Maine, Inc.**                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0349** | | | Vendor debt | | | | |
| **Quaker Maid Meats, Inc.** **521 Carroll Street** **Reading, PA 19611-2010** | | - | | | | | 5,166.79 |
| Account No. **865** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **R & R Merry, Inc.** **231 Belfast Road** **Thorndike, ME 04986** | | - | | X | X | X | 28,430.00 |
| Account No. **8225** | | | Vendor debt | | | | |
| **R.C. Moore Inc.** **8 Ginn Road** **Scarborough, ME 04074-9567** | | - | | | | | 14,555.50 |
| Account No. **9075** | | | Vendor debt | | | | |
| **R.J. Reynolds Tobacco Comjpany** **401 North Main Street** **Winston Salem, NC 27101-3804** | | - | | | | | 74.28 |
| Account No. **2724** | | | Vendor debt | | | | |
| **R.L. Albert & Son Inc.** **19 West Elm Street** **Greenwich, CT 06830** | | - | | | | | 2,569.82 |

Sheet no. __**85**__ of __**114**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    50,796.39

In re **Associated Grocers of Maine, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **410** <br><br> **R.R.S., LLC** <br> **PO Box 528** <br> **Unity, ME 04988** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 520.00 |
| Account No. **608** <br><br> **R.W. Mathews & Sons, Inc.** <br> **Route #1** <br> **Steuben, ME 04680** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 15,622.00 |
| Account No. **759** <br><br> **Rake, Inc.** <br> **d/b/a Woodland Food Mart** <br> **PO Box 399** <br> **Baileyville, ME 04694** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 43,216.00 |
| Account No. **655** <br><br> **Readfield Family Market, Inc.** <br> **Route 17** <br> **Readfield, ME 04355** | - | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 17,120.00 |
| Account No. **2393** <br><br> **Ready Flow, Inc.** <br> **1500 West Easy Street** <br> **Rogers, AR 72756-2654** | - | | | Vendor debt | | | | 8,135.00 |

Sheet no. __86__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   84,613.00

In re **Associated Grocers of Maine, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **380** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Rebmocam, Inc. PO Box 822 Castine, ME 04421 | - | | | X | X | X | 9,000.00 |
| Account No. **3409** | | | Vendor debt | | | | |
| Redlon & Johnson 172 Saint John Street #174 Portland, ME 04102-3080 | - | | | | | | 152.55 |
| Account No. **5129** | | | Vendor debt | | | | |
| Regent Products Corp., ILC Div. 8999 West Palmer Street River Grove, IL 60171-1926 | - | | | | | | 360.00 |
| Account No. **714** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Regis and Anita Roy 70 Broad Street Auburn, ME 04210 | - | | | X | X | X | 38,295.00 |
| Account No. **7673** | | | Vendor debt (Possibly subject to setoff) | | | | |
| Retail Service Co., Inc. 2108 West Broadway South Portland, ME 04106 | - | | | | | | 2,453.73 |

Sheet no. **87** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,261.28

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7822** <br><br> **Returnable Services** <br> **150 Mt. Vernon Avenue** <br> **Augusta, ME 04330** | - | | **Vendor debt** | | | | 9,099.90 |
| Account No. **564** <br><br> **RH Foster Energy, LLC** <br> **PO Box 127** <br> **Mount Desert, ME 04660** | - | | **Capital Contribution and/or Stockholder Interest** <br> **\*See Attachment F1** | X | X | X | 12,006.00 |
| Account No. **489** <br><br> **Richard Donovan** <br> **867 Main Road** <br> **Islesboro, ME 04848** | - | | **Capital Contribution and/or Stockholder Interest** <br> **\*See Attachment F1** | X | X | X | 12,108.00 |
| Account No. **428** <br><br> **Richard Edward Butler** <br> **PO Box 105** <br> **Howland, ME 04448** | - | | **Capital Contribution and/or Stockholder Interest** <br> **\*See Attachment F1** | X | X | X | 430.00 |
| Account No. **0015** <br><br> **Richard or Diane Dunham** <br> **PO Box 52** <br> **Albans, ME 04970** | - | | **Capital Contribution and/or Stockholder Interest** <br> **\*See Attachment F1** | X | X | X | 141.00 |

Sheet no. __88__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,784.90

In re __Associated Grocers of Maine, Inc._____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1626** | | | **Vendor debt** | | | | |
| **Ricker Hill Orchards Ricker Hill Road Turner, ME 04282** | - | | | | | | 1,049.50 |
| Account No. **9612** | | | **Vendor debt** | | | | |
| **Rideout Market & Grille #5136 348 Augusta Rocland Road Windsor, ME 04363** | - | | | | | | 445.56 |
| Account No. **4430** | | | **Vendor debt** | | | | |
| **Robbins Beef Co. 35 Foodmart Road Boston, MA 02118-2801** | - | | | | | | 11,666.46 |
| Account No. **282** | | | **Capital Contribution and/or Stockholder Interest *See Attachment F1** | | | | |
| **Robert and Michelle Ouellet PO Box 264 Errol, NH 03579** | - | | | X | X | X | 9,179.00 |
| Account No. **455** | | | **Capital Contribution and/or Stockholder Interest *See Attachment F1** | | | | |
| **Robert J. and Leslie Grenier PO Box 128 Mount Vernon, ME 04352** | - | | | X | X | X | 5,192.00 |

Sheet no. __89__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,532.52

In re **Associated Grocers of Maine, Inc.** ,  Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **544** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Robert L. Libby 1288 Clinton Avenue Waterville, ME 04901 | - | | | | X | X | X | |
| | | | | | | | | 76,768.00 |
| Account No. **8118** | | | | Vendor debt | | | | |
| Rohtstein Corporation 70 Olympia Avenue Woburn, MA 01801-2036 | - | | | | | | | |
| | | | | | | | | 1,572.73 |
| Account No. **817** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Roland L. and Lynda M. Knights PO Box 65 Danforth, ME 04424 | - | | | | X | X | X | |
| | | | | | | | | 58,271.00 |
| Account No. **370** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Ronald Robinson, Sr. PO Box 75 Harmony, ME 04942 | - | | | | X | X | X | |
| | | | | | | | | 32,931.00 |
| Account No. **221** | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Rooper's Inc. 764 Sabattus Street Lewiston, ME 04240 | - | | | | X | X | X | |
| | | | | | | | | 1,503.00 |

Sheet no. __90__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

171,045.73

In re __Associated Grocers of Maine, Inc.__ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **230** <br><br> Ropper's Inc. 764 Sabattus Street Lewiston, ME 04240 | - | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 669.00 |
| Account No. **271** <br><br> Ropper's Inc. 764 Sabattus Street Lewiston, ME 04240 | - | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 1,438.00 |
| Account No. **728** <br><br> Rte 58 Convenience 476 Front Street W Coeburn, VA 24230-3604 | - | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 53.00 |
| Account No. **487** <br><br> Russell and Connie Soucy PO Box 280 Eagle Lake, ME 04739 | - | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 65,573.00 |
| Account No. **389** <br><br> Russell Levesque 539 Access Hwy Caribou, ME 04736 | - | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 2,079.00 |

Sheet no. __91__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     69,812.00

In re **Associated Grocers of Maine, Inc.** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **751** <br><br> **Russell O. Damon** <br> **Beverage Mart** <br> **55 North Avenue** <br> **Skowhegan, ME 04976** | | - | | | **Capital Contribution and/or Stockholder Interest** <br> **\*See Attachment F1** | X | X | X | **0.00** |
| Account No. **1203** <br><br> **Ryder Truck Rental, Inc.** <br> **d/b/a Ryder Transportation Services** <br> **353 Meyer Circle** <br> **Corona, CA 92879-1078** | | - | | | **Vendor debt** | | | | **110,859.85** |
| Account No. <br><br> **S. Strock & Co., Inc.** <br> **PO Box 6113** <br> **Chelsea, MA 02150** | | - | | | **Attorney Fees and Interest** | X | X | X | **Unknown** |
| Account No. **7952** <br><br> **Sante Fe Natural Tobacco Co.** <br> **1 Plaza Lane - Prensa** <br> **Santa Fe, NM 87507-9702** | | - | | | **Vendor debt** | | | | **13,784.46** |
| Account No. **9640** <br><br> **Saputo Cheese USA, Inc.** <br> **25 Tri-State International Office Center** <br> **Suite 250** <br> **Lincolnshire, IL 60069** | | - | | | **Vendor debt** | | | | **27,264.02** |

Sheet no. __92__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)  **151,908.33**

In re **Associated Grocers of Maine, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **9081** | | - | | | Vendor debt | | | | |
| **Schlotterbeck & Foss Company** **117 Preble Street** **Portland, ME 04101-2408** | | | | | | | | | 2,339.00 |
| Account No. **1442** | | - | | | Vendor debt | | | | |
| **Schwan's Consumer Brands of NA** **3230 Godwin Lane** **Pensacola, FL 32526-8025** | | | | | | | | | 12,905.42 |
| Account No. **5781** | | - | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Selection Video** **102 Kimball Avenue, Unit #2** **South Burlington, VT 05403** | | | | | | | | | 18,461.14 |
| Account No. **726** | | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Sheri Swimm** **PO Box 34** **Monticello, ME 04760** | | | | | | | | | 8,500.00 |
| Account No. **1060** | | - | | | Vendor debt | | | | |
| **Shiretown Motor Inn** **22 North Street** **Houlton, ME 04730-3530** | | | | | | | | | 2,712.45 |

Sheet no. __93__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 44,918.01

In re **Associated Grocers of Maine, Inc.** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **364**<br><br>**Shirley Varney**<br>**10 Ridge Road**<br>**Windsor, ME 04363** | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 1,366.00 |
| Account No. **1441**<br><br>**SICPA Product Security, LLC**<br>**277 Park Avenue**<br>**New York, NY 10172-0003** | - | | Vendor debt | | | | 630.00 |
| Account No. **2035**<br><br>**Silverspoon Salad Company, Inc.**<br>**277 Park Avenue**<br>**New York, NY 10172** | - | | Vendor debt | | | | 17,146.12 |
| Account No. **776**<br><br>**Six Mile Falls Store Corporation**<br>**2354 Broadway**<br>**Bangor, ME 04401** | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 14,285.00 |
| Account No. **3082**<br><br>**Slade Gorton & Co., Inc.**<br>**225 Southampton Street**<br>**Boston, MA 02118-2715** | - | | Vendor debt | | | | 4,719.60 |

Sheet no. __94__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,146.72

In re   **Associated Grocers of Maine, Inc.**             ,      Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3637** | | | - | | Vendor debt | | | | |
| **Smithfield Lock & Key**<br>**PO Box 466**<br>**Smithfield, NC 27577-0466** | | | | | | | | | 12,970.06 |
| Account No. **6232** | | | - | | Vendor debt | | | | |
| **Sorbee International, LLC**<br>**4 Meshaminy Interplex Suite 202**<br>**Feasterville Trevose, PA 19053** | | | | | | | | | 382.10 |
| Account No. **5129** | | | - | | Vendor debt | | | | |
| **Soule's Auto Supply Inc.**<br>**49 River Street**<br>**Augusta, ME 04330** | | | | | | | | | 217.89 |
| Account No. **605** | | | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | |
| **South Street Market, Inc.**<br>**PO Box 1670**<br>**Blue Hill, ME 04614** | | | | | | | | | 22,983.00 |
| Account No. **404** | | | - | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | |
| **Southport General Store, Inc.**<br>**443 Henricks Hill Road**<br>**PO Box 236**<br>**Southport, ME 04576** | | | | | | | | | 73.00 |

Sheet no. __**95**__ of __**114**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
(Total of this page)       **36,626.05**

In re  **Associated Grocers of Maine, Inc.** _____,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1095**<br><br>**Specialty Dough, Inc.**<br>**60 Holland Street**<br>**Lewiston, ME 04240-7514** | - | | | Vendor debt | | | | 1,884.85 |
| Account No. **600**<br><br>**Speedy Stop, Inc.**<br>**5 Brand Road**<br>**Windham, ME 04062** | - | | | Capital Contribution and/or Stockholder Interest<br>*See Attachment F1 | X | X | X | 12,009.00 |
| Account No. **8495**<br><br>**Spring Hill Dairy Farm**<br>**136 Neck Road**<br>**Haverhill, MA 01835-8028** | - | | | Vendor debt | | | | 2,193.80 |
| Account No. **9023**<br><br>**State of Maine Cheese Company**<br>**461 Commercial Street**<br>**Rockport, ME 04856** | - | | | Vendor debt | | | | 485.80 |
| Account No.<br><br>**State Street Bank and Trust Company**<br>**801 State Street**<br>**Quincy, IL 62301** | - | | | Unknown (a/k/a Indenture of Trust and Agreement among the City of Gardiner and The First National Bank of Boston) | X | X | X | Unknown |

Sheet no. __96__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      16,573.45

In re **Associated Grocers of Maine, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5456** | | | | | Vendor debt | | | | |
| Steaks 'N Stuff #888 14 Mechanic Street Lincoln, ME 04457-1423 | - | | | | | | | | 2,215.67 |
| Account No. **888** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Steaks N' Stuff, Inc. f/k/a DRG, Inc. 615 South Dupont Highway Dover, DE 19901 | - | | | | | X | X | X | 7,024.00 |
| Account No. **0019** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Stephen and Martha Fenno C/o Barry E. Schklair, Esq Mittel Asen, LLC 85 Exchange Street, P.O. Box 427 Portland, ME 04112 | - | | | | | X | X | X | 78,429.00 |
| Account No. **5613** | | | | | Vendor debt | | | | |
| Steve's Snacks Bakery 9 Jewett Street Skowhegan, ME 04976 | - | | | | | | | | 2,272.08 |
| Account No. **7486** | | | | | Vendor debt | | | | |
| Storck USA L.P. US 17 South Warrenton Road Hartwood, VA 22406 | - | | | | | | | | 2,652.92 |

Sheet no. __97__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,593.67

In re    **Associated Grocers of Maine, Inc.**                                   ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0589** | | | Vendor debt | | | | |
| **Strom Products, Ltd.** **9014 West Chester Pike** **Upper Darby, PA 19082-2606** | - | | | | | | 2,490.57 |
| Account No. **2338** | | | Vendor debt | | | | |
| **Sungard Availability Services** **9014 W Chester Pike** **Upper Darby, PA 19082** | - | | | | | | 4,494.00 |
| Account No. **4508** | | | Vendor debt | | | | |
| **Sunshine Mills Inc.** **100 Sunshine Drive** **Halifax, VA 24558** | - | | | | | | 2,404.12 |
| Account No. **6812** | | | Vendor debt | | | | |
| **Superior Farms** **1477 Drew Avenue** **Suite 101** **Davis, CA 95616** | - | | | | | | 10,583.58 |
| Account No. **1565** | | | Vendor debt (Possibly subject to setoff) | | | | |
| **Sure Winner Foods** **2 Kehner Road** **Saco, ME 04072-1836** | - | | | | | | 198,114.74 |

Sheet no. __98__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

218,087.01

In re **Associated Grocers of Maine, Inc.**       ,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **432** <br><br> **Susan M. Corriveau** <br> **Sue's Market** <br> **RR1 Box 602** <br> **Saint Francis, ME 04774** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 67.00 |
| Account No. **771** <br><br> **Susan M. Morgan** <br> **PO Box 8** <br> **Pembroke, ME 04666** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 36,377.00 |
| Account No. **6255** <br><br> **Swan Lake Grocery #363** <br> **979 Swan Lane Avenue** <br> **Swanville, ME 04915-4537** | - | | | Vendor debt | | | | 2,053.47 |
| Account No. **363** <br><br> **Swan Lake Grocery, Inc.** <br> **979 Swan Lake Avenue** <br> **Swanville, ME 04915-4537** | - | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 7,183.00 |
| Account No. **6098** <br><br> **Swan's Honey** <br> **Bessey Ridge Road** <br> **Albion, ME 04910** | - | | | Vendor debt | | | | 511.20 |

Sheet no. __99__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      46,191.67

In re  **Associated Grocers of Maine, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5003** | | | | | Vendor debt **(Possibly subject to setoff)** | | | | |
| **Sysco Northern New England, Inc. 36 Thomas Drive Westbrook, ME 04092** | - | | | | | | | | 18,027.08 |
| Account No. **9838** | | | | | Vendor debt **(Undetermined Amount, may be a PACA claim and possibly subject to setoff)** | | | | |
| **Sysco Northern New England, Inc. 36 Thomas Drive Westbrook, ME 04092-3824** | - | | | | | | | | 93,024.86 |
| Account No. **386** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| **T & L C-Stores, Incorporated 1007 Bar Harbor Road Ellsworth, ME 04605** | | | | | | X | X | X | 5,229.00 |
| Account No. **2006** | | | | | Vendor debt | | | | |
| **Tall Oaks Publishing Inc. 60 Golden Eagle Lane Littleton, CO 80127-5750** | - | | | | | | | | 4,231.53 |
| Account No. **7634** | | | | | Vendor debt | | | | |
| **Target Marketing 10405 Lakeridge Parkway Ashland, VA 23005** | - | | | | | | | | 23,519.60 |

Sheet no. __**100**__ of __**114**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **144,032.07**

In re    **Associated Grocers of Maine, Inc.**                             ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2857** <br><br> **Technibilt Ltd.** <br> **309 East P. Street** <br> **Newton, NC 28658** | - | | **Vendor debt** | | | | 1,988.73 |
| Account No. **2923** <br><br> **Technology Recovery Group** <br> **29307 Clemens Road** <br> **Westlake, OH 44145-1008** | - | | **Vendor debt** | | | | 4,711.00 |
| Account No. **390** <br><br> **Tenants Harbor General Store LLC** <br> **PO Box 276** <br> **Port Clyde, ME 04855** | - | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 11,506.00 |
| Account No. **417** <br><br> **The Barking Dawg, LLC** <br> **PO Box 982** <br> **Bethel, ME 04217** | - | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 36.00 |
| Account No. **899** <br><br> **The Great Cranberry Island General Store LLC** <br> **PO Box 108** <br> **Cranberry Isles, ME 04625** | - | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 1,341.00 |

Sheet no. \_**101**\_ of \_**114**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal <br> (Total of this page)      **19,582.73**

In re **Associated Grocers of Maine, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **500** <br><br> **The Island Market Corporation** <br> **PO Box 60** <br> **Islesboro, ME 04848** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 22,802.00 |
| Account No. **277** <br><br> **The Island Store Association** <br> **PO Box 34** <br> **Isle Au Haut, ME 04645** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 1,895.00 |
| Account No. <br><br> **The Ohio Casualty Insurance Co.** <br> **9450 Seward Road** <br> **Fairfield, OH 45014** | - | | | | Indemnification/Bond debt | | | | 15,945.00 |
| Account No. **9586** <br><br> **The Universal Group** <br> **702 Felix Street** <br> **Saint Joseph, MO 64501** | - | | | | Vendor debt | | | | 8,744.00 |
| Account No. **107** <br><br> **The Warner Leather Group, Inc.** <br> **107 Clinton Avenue** <br> **Waterville, ME 04901** | - | | | | Capital Contribution and/or Stockholder Interest <br> *See Attachment F1 | X | X | X | 5,444.00 |

Sheet no. **102** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **54,830.00**

In re __Associated Grocers of Maine, Inc._____ ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **830** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Thomas Jay Allard PO Box 456 North Berwick, ME 03906 | - | | | X | X | X | 14,869.00 |
| Account No. **5734** | | | Vendor debt | | | | |
| Three Rivers Farm 1225 Lakeside Drive Romeoville, IL 60446-3971 | - | | | | | | 2,008.50 |
| Account No. **623** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Tilton's Market, Inc. PO Box 21 Buckfield, ME 04220 | - | | | X | X | X | 42,236.00 |
| Account No. **669** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Timothy H. Gerow PO Box 457 Clinton, ME 04927 | - | | | X | X | X | 27,781.00 |
| Account No. **567** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Timothy H. or Gabrielle B. Holmes PO Box 135 Tenants Harbor, ME 04860 | - | | | X | X | X | 2,372.00 |

Sheet no. __103__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,266.50

In re **Associated Grocers of Maine, Inc.**                    Case No. _____
                                                     ,
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **560** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Todd West Jimmy's Market 272 Main Street Bingham, ME 04920 | - | | | | | X | X | X | 9,163.00 |
| Account No. **510** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Tomas, LLC PO Box 13 Hollis Center, ME 04042 | - | | | | | X | X | X | 1,926.00 |
| Account No. **245** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Tombeau, Inc. Route 16 Kingfield, ME 04947 | - | | | | | X | X | X | 5,800.00 |
| Account No. **549** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Tombeau, Inc. Route 16 Kingfield, ME 04947 | - | | | | | X | X | X | 10,444.00 |
| Account No. **788** | | | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Tombeau, Inc. 3205 Carrabassett Drive Kingfield, ME 04947 | - | | | | | | | | 25,469.00 |

Sheet no. **104** of **114** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)              52,802.00

In re **Associated Grocers of Maine, Inc.** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8001** | | | | **Vendor debt** | | | | |
| **Tootsie Roll Co. Inc.** **7401 South Cicero Avenue** **Chicago, IL 60629-5885** | - | | | | | | | 616.95 |
| Account No. **0809** | | | | **Vendor debt (Possibly subject to setoff)** | | | | |
| **Treasure Greetings of L.I., Inc.** **80 Mal Drive** **Lindenhurst, NY 11757** | - | | | | | | | 750.26 |
| Account No. **0825** | | | | **Facility and Banquet Rental** | | | | |
| **Treasurer City of Augusta** **City Center Plaza** **16 Cony Street** **Augusta, ME 04330** | - | | | | | | | 17,351.21 |
| Account No. **257** | | | | **Capital Contribution and/or Stockholder Interest** **\*See Attachment F1** | | | | |
| **Troy Alexander Romanoski** **44 North Main Street** **Strong, ME 04983** | - | | | | X | X | X | 4,009.00 |
| Account No. **629** | | | | **Capital Contribution and/or Stockholder Interest** **\*See Attachment F1** | | | | |
| **Tulsa, Inc.** **34 Main Street** **Van Buren, ME 04785** | - | | | | X | X | X | 739.00 |

Sheet no. __**105**__ of __**114**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                23,466.42

In re    **Associated Grocers of Maine, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **636** <br><br> **Tulsa, Inc.** <br> **378 Station Road** <br> **Easton, ME 04740** | - | | | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | 114.00 |
| Account No. **5212** <br><br> **Tyson Foods** <br> **2200 W Don Tyson Parkway** <br> **Springdale, AR 72762-6901** | - | | | | **Vendor debt** | | | | 37,042.89 |
| Account No. **8323** <br><br> **Uline** <br> **12575 Uline Drive** <br> **Pleasant Prairie, WI 53158** | - | | | | **Vendor debt** | | | | 362.78 |
| Account No. **3994** <br><br> **UNFI Speciality Distribution** <br> **88 Huntoon Memorial Highway** <br> **Leicester, MA 01524** | - | | | | **Vendor debt (Possibly subject to setoff)** | | | | 82.56 |
| Account No. **8695** <br><br> **UniFirst Corporation** <br> **295 Parker Street** <br> **Indian Orchard, MA 01151-2200** | - | | | | **Vendor debt (Possibly subject to setoff)** | | | | 3,999.59 |

Sheet no. __106__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            41,601.82

In re   **Associated Grocers of Maine, Inc.**                     ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0634**<br><br>**United Parcel Service**<br>**11709 South Pulaski Road**<br>**Alsip, IL 60803** | - | | Vendor debt | | | | 19.12 |
| Account No. **0451**<br><br>**United States Cellular Corporation**<br>**8410 Bryn Mawr, Suite 700**<br>**Chicago, IL 60631** | - | | Vendor debt | | | | 2,638.01 |
| Account No. **3005**<br><br>**United States Postal Service**<br>**841- W. Bryn Mawr Avenue**<br>**Chicago, IL 60631** | - | | Vendor debt | | | | 1,200.00 |
| Account No. **862**<br><br>**United Supermarket, Inc.**<br>**PO Box 279**<br>**Mechanic Falls, ME 04256** | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | 59,273.00 |
| Account No. **1335**<br><br>**Upper Valley Press, Inc.**<br>**446 Benton Road**<br>**North Haverhill, NH 03774-4611** | - | | Vendor debt | | | | 30,489.09 |

Sheet no. __107__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal<br>(Total of this page)     **93,619.22**

In re  **Associated Grocers of Maine, Inc.**                                      ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3150** <br><br> **UPS Logistics Technologies** <br> **2175 Cornwall Road** <br> **Oakville ON L6J 7T3 CANADA** | - | | Vendor debt | | | | 4,530.12 |
| Account No. **7317** <br><br> **USA Design Group** <br> **1026 Lavergne Circle** <br> **Hendersonville, TN 37075-9661** | - | | Vendor debt | | | | 6,569.61 |
| Account No. **7838** <br><br> **UTZ Quality Foods, Inc.** <br> **900 High Street** <br> **Hanover, PA 17331** | - | | Vendor debt (Possibly subject to setoff) | | | | 22,735.71 |
| Account No. **7838** <br><br> **UTZ Quality Foods, Inc.** <br> **PO Box 980** <br> **Marstons Mills, MA 02648** | - | | (additional address) | | | | 0.00 |
| Account No. **2887** <br><br> **Van Oriental Food, Inc.** <br> **2044 West 41st Avenue** <br> **Vancouver, BC CANADA** | - | | Vendor debt | | | | 4,691.10 |

Sheet no. __**108**__ of __**114**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **38,526.54**

In re __Associated Grocers of Maine, Inc.__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **687** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Victoria M. and James J. Staszewski 1273 High Street Gardiner, ME 04345 | - | | | X | X | X | 27,549.00 |
| Account No. **616** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Village Food Market, Inc. PO Box 2250 Ogunquit, ME 03907 | - | | | X | X | X | 14,578.00 |
| Account No. **1103** | | | Vendor debt | | | | |
| Waste Management 1001 Fannin Suite 4000 Houston, TX 77002 | - | | | | | | 1,756.93 |
| Account No. **748** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| Wayne and Joni Slattery PO Box 94 West Minot, ME 04288 | - | | | X | X | X | 15,559.00 |
| Account No. **723** | | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | | | | |
| WCS, Inc. 706 C Knickerbocker Road San Angelo, TX 76903 | - | | | | | | 1,362.00 |

Sheet no. _**109**_ of _**114**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          60,804.93

In re  **Associated Grocers of Maine, Inc.**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1002** | | | - | | Vendor debt | | | | |
| Wesco Receivables Corp. 225 West Station Square Suite 7500 Pittsburgh, PA 15219 | | | | | | | | | 940.51 |
| Account No. **5778** | | | - | | Vendor debt | | | | |
| West Minot Sugar House Route 119 West Minot, ME 04288 | | | | | | | | | 786.00 |
| Account No. **9915** | | | - | | Vendor debt | | | | |
| Western Family Foods, Inc. 6700 SW Sanburg Street Tigard, OR 97223 | | | | | | | | | 387,824.10 |
| Account No. **465** | | | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| Wheaton & McLaughlin, Inc. PO Box 69 Princeton, ME 04668 | | | | | | | | | 50,000.00 |
| Account No. **2612** | | | - | | Vendor debt | | | | |
| White Mountain Lures 88 Turkey Hill Road Merrimack, NH 03054-4024 | | | | | | | | | 972.00 |

Sheet no. __**110**__ of __**114**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **440,522.61**

In re **Associated Grocers of Maine, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2802** | | | Vendor debt | | | | |
| Wiggin & Nourie, P.A. 670 North Commercial Street Suite 305 Manchester, NH 03105-0808 | | - | | | | | 468.07 |
| Account No. **3545** | | | Vendor debt | | | | |
| Willow Specialties 34 Clinton Street Batavia, NY 14020 | | - | | | | | 432.60 |
| Account No. **5805** | | | Vendor debt | | | | |
| Windsor Marketing Group 2 Industrial Road Windsor Locks, CT 06096-1102 | | - | | | | | 1,095.02 |
| Account No. **3750** | | | Vendor debt | | | | |
| Windward Petroleum, Inc. 605 County Road Westbrook, ME 04092-1908 | | - | | | | | 6,406.66 |
| Account No. **4295** | | | Vendor debt (Possibly subject to setoff) | | | | |
| Winter People Inc. 125 US Route One Freeport, ME 04032 | | - | | | | | 254.62 |

Sheet no. __111__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **8,656.97**

In re   **Associated Grocers of Maine, Inc.**        ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7199** | | - | | Vendor debt (Possibly subject to setoff) | | | | |
| **Woodland Entertainment LLC** **1605 Manufacturers Drive** **Fenton, MO 63026** | | | | | | | | 588.68 |
| Account No. **9302** | | - | | Vendor debt | | | | |
| **Workplace Health** **20 Caldwell Road** **Augusta, ME 04330-5735** | | | | | | | | 50.00 |
| Account No. **2626** | | - | | Vendor debt | | | | |
| **Worldpay US, Inc.** **600 Morgan Falls Road** **Suite 260** **Atlanta, GA 30350** | | | | | | | | 1,044.75 |
| Account No. **8312** | | - | | Vendor debt | | | | |
| **Wright Express** **97 Darling Avenue** **South Portland, ME 04106** | | | | | | | | 25,179.25 |
| Account No. **296** | | - | | Capital Contribution and/or Stockholder Interest *See Attachment F1 | X | X | X | |
| **Wright's** **PO Box 407** **Hartland, ME 04943** | | | | | | | | 23,408.00 |

Sheet no. __112__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **50,270.68**

In re **Associated Grocers of Maine, Inc.** ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **712**<br><br>**WSC, Inc.**<br>**706 C Knickerbocker Road**<br>**San Angelo, TX 76903** | - | | **Capital Contribution and/or Stockholder Interest**<br>***See Attachment F1** | X | X | X | 2,625.00 |
| Account No. **8627**<br><br>**Wyndham Chelsea**<br>**201 Everett Avenue**<br>**Chelsea, MA 02150** | - | | Vendor debt | | | | 2,463.09 |
| Account No. **1190**<br><br>**X ped X**<br>**290 Presumpscot Street**<br>**Portland, ME 04103-5234** | - | | Vendor debt | | | | 2,349.82 |
| Account No. **8684**<br><br>**XATA Corporation**<br>**965 Prarie Center Drive**<br>**Eden Prairie, MN 55344** | - | | Vendor debt | | | | 2,355.20 |
| Account No. **8783**<br><br>**Xerox Corporation**<br>**45 Glover Avenue**<br>**Norwalk, CT 06856-4505** | - | | Vendor debt | | | | 22,109.69 |

Sheet no. __113__ of __114__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                31,902.80

In re **Associated Grocers of Maine, Inc.**          Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **493** <br><br> **Zemero, Corp.** <br> **PO Box 441** <br> **Tenants Harbor, ME 04860** | - | | **Capital Contribution and/or Stockholder Interest** <br> ***See Attachment F1** | X | X | X | **261.00** |
| Account No. **1001** <br><br> **Zero Zone, Inc.** <br> **110 N. Oakridge Drive** <br> **North Prairie, WI 53153** | - | | **Vendor debt** | | | | **9,156.87** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __114__ of __114__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **9,417.87** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **8,805,494.38** |

**Attachment F1**

The listing of these persons and entities on Schedule F is made without any concession or admission that any such persons or entities hold "claims" as defined under the United States Bankruptcy Code (the "Code"). *See* 11 U.S.C. § 101(5). The Receiver contends that none of such persons or entities hold claims as defined under the Code; rather, their advances to Debtor were in the nature of capital contributions and/or equity and/or shareholder interests, not claims. *See, e.g., United States v. Colorado Invesco*, 902 F. Supp. 1339, 1343-1344 (D. Colo. 1995); *In re Lorenzo*, 2011 Bankr. LEXIS 214 (Bankr. M.D. Fla. Jan. 26, 2011); *Citicorp Real Estate v. PWA, Inc. (In re Georgetown Bldg. Assocs. Ltd. Pshp.)*, 240 B.R. 124, 137 (Bankr. D.D.C. 1999).

In re    **Associated Grocers of Maine, Inc.**        ,    Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kris-Way Truck Leasing, Inc.**<br>**43 Hemco Road**<br>**South Portland, ME 04106** | **Vehicle and Equipment Lease** |
| **Morgan Records Management**<br>**400 Bedford Street**<br>**Manchester, NH 03101** | **Storage and Service Agreement** |
| **Norton Lamb & Company**<br>**30 Forest Falls Drive, Suite 4**<br>**PO Box 1259**<br>**Yarmouth, ME 04096** | **System Host Contract** |
| **Ryder Truck Rental, Inc.**<br>**600 Windward Parkway**<br>**Alpharetta, GA 30005** | **Vehicle and Equipment Lease** |
| **SICPA Product Security, LLC**<br>**8000 Research Way**<br>**Springfield, VA 22153** | **Equipment Lease** |
| **Xerox Corporation**<br>**45 Glover Avenue**<br>**P.O. Box 4505**<br>**Norwalk, CT 06856-4505** | **Equipment Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Associated Grocers of Maine, Inc.**      ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**  _____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Maine

In re  **Associated Grocers of Maine, Inc.**

_____
Debtor(s)

Case No. _____

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Court-Appointed Receiver, Associated Grocers of Maine, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___165___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 26, 2011**

Signature  **/s/ James C. Ebbert, CTP, Aurora Management Partners, Inc.**
**James C. Ebbert, CTP, Aurora Management Partners, Inc.**
**Court-Appointed Receiver, Associated Grocers of Maine, Inc.**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### District of Maine

In re **Associated Grocers of Maine, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $134,037,632.00 | **2009 Gross Sales (Fiscal year ending March 27, 2009)** |
| $130,237,584.00 | **2010 Gross Sales (fiscal year ending March 27, 2010)** |
| $116,472,950.00 | **2011 Gross Sales (fiscal year ending March 25, 2009)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Central Maine Power** PO Box 1084 Augusta, ME 04332-1084 | **6/23/11, 7/27/11** | **$35,935.54** | **$8,692.10** |
| **Norton Lamb & Company** 30 Forest Falls Drive, Suite 4 PO Box 1259 Yarmouth, ME 04096 | **6/10/11, 8/2/11, 8/25/11** | **$15,062.50** | **$0.00** |
| **M. D'Ottavio Produce, Inc.** C/o McCarron & Diess, Atty. Diess 4530 Wisconsin Ave., N.W. Suite 301 Washington, DC 20016 | **6/3/11** | **$20,352.00** | **$0.00** |
| **S. Strock & Co., Inc.** PO Box 6113 Chelsea, MA 02150 | **6/3/11** | **$10,572.00** | **$0.00** |
| **Gold Bell, Inc.** 25 NECP Chelsea, MA 02150 | **6/3/11** | **$23,312.00** | **$0.00** |
| **Matarazzo Bros. Co., Inc.** 290 Fourth Street Chelsea, MA 02150 | **6/3/11** | **$16,400.00** | **$0.00** |
| **Arrow Farms, Inc.** 57 New England Produce Center Chelsea, MA 02150 | **6/3/11** | **$12,224.00** | **$0.00** |
| **Camden National Bank** 2 Elm Street Camden, ME 04843 | **6/21/11** | **$50,000.00** | **$750,000.00** |
| **Down East/Allied Insurance** 150 Main Street Richmond, ME 04537 | **6/15/11, 7/8/11** | **$14,242.56** | **$0.00** |
| **Kennebec County Sheriff's Dept.** 125 State Street☐ Augusta, ME 04330 | **6/2/11, 7/1/11** | **$24,420.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **MacDonald, Page and Co.**<br>30 Long Creek Drive<br>South Portland, ME 04106 | **6/4/11, 8/25/11** | **$17,500.00** | **$0.00** |
| **Oxford Networks**<br>491 Lisbon Street<br>Lewiston, ME 04240-7418 | **6/26/11** | **$6,270.35** | **$0.00** |
| **Ryder Truck Rental, Inc.**<br>d/b/a Ryder Transportation Services<br>353 Meyer Circle<br>Corona, CA 92879-1078 | **6/7/11, 6/17/11** | **$33,263.83** | **$0.00** |
| **Secuirtas**<br>2 Campus Drive<br>Parsippany, NJ 07054 | **6/22/11, 6/28/11, 8/11/11, 8/17/11, 7/5/11, 7/14/11, 8/25/11** | **$39,030.00** | **$0.00** |
| **Keenan Auction**<br>1 Runway Road<br>South Portland, ME 04106 | **8/25/11** | **$19,901.62** | **$0.00** |
| **Mardens**<br>184 College Avenue<br>Waterville, ME 04901 | **7/8/11** | **$13,601.11** | **$0.00** |
| **Aetna**<br>151 Farmington Avenue<br>Hartford, CT 06156 | **6/6/11** | **$22,412.75** | **$0.00** |
| **Brian J. McClelland**<br>147 B Maranacook Rd.<br>Winthrop, ME 04364 | **6/23/11, 6/28/11, 7/4/11, 8/9/11** | **$7,678.36** | **$0.00** |

None
☐  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Vicki Roy**<br>57 Mt. Vista Drive<br>Sidney, ME 04330<br>    **CFO** | **Weekly salary from 8/10-6/10/11, 4/7/11, 6/21/11, 8/25/11 (Amount is an estimation)** | **$86,025.00** | **$0.00** |
| **Craig Burgess**<br>87 Whiskeag Road<br>Bath, ME 04530<br>    **President/ CEO** | **Weekly salary from 8/10-6/3/11, 4/28/11-6/3/11, weekly salary (Amount is an estimation)** | **$146,166.00** | **$0.00** |
| **Catherine Callahan**<br>252 Indiana Road<br>Gardiner, ME 04345<br>    **Vice President of Administration** | **Weekly salary from 8/10-4/11, 4/7/11 (Amount is an estimation)** | **$105,000.16** | **$0.00** |
| **Mark Howell**<br>122 Capen Road<br>Gardiner, ME 04345<br>    **VP Chief Information Officer** | **Weekly salary from 8/10-6/10/10, 6/10, 6/20/11. 6/28/11, 7/18/11, 7/25/11 (Amount is an estimation)** | **$62,740.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Board of Directors**<br>**Various Addresses** | **NOTE:  Debtor paid Members of the Board of Directors a stipend to attend meetings of the Board of Directors.  The rate was $500 per full daily meeting for stockholder Board Members and $800 per full daily meeting for non-stockholder Board Members.** | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Savings Bank of Maine v. Associated Grocers of Maine, Inc. and Party-in-Interest Camden National Bank, Docket No. CV-11-92** | **Receivership/ Civil Action** | **Kennebec County Superior Court, Augusta Maine** | **Receivership Orders Entered** |
| **James C. Ebbert, of Aurora Management Partners Inc., in his capacity as Court-Appointed Receiver for, Associated Grocers of Maine, Inc. v. P&L Country Market, Inc., Civil Action, Docket No. CV-11-119** | **Civil Action** | **Kennebec County Superior Court, Augusta Maine** | **Pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Camden National Bank**<br>**2 Elm Street**<br>**Camden, ME 04843** | **Foreclosure Sale; 08/09/2011** | **Land and Buildings located at 47 AG Drive, Gardiner, ME 04345, together with all Associated Grocers of Maine, Inc.'s furniture, fixtures, machinery, and equipment** |

**6.  Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None □   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **James C. Ebbert, CTP, Aurora Management Partners, Inc. 41 Samoset Road Rockland, ME 04841** | **Kennebec County Superior Court, Augusta ME; Savings Bank of Maine v. Associated Grocers of Maine, Inc. and Party-in-Interest Camden National Bank; Docket No. CV-11-92** | **Order: 4/27/11; Amended Order: 6/15/11** | **All Property of Debtor; Value Unknown** |

---

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None ■   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 10. Other transfers

None □   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Associated Grocers of New England, Inc. 11 Cooperative Way PO Box 6000 Pembroke, NH 03275**    No Relationship to Debtor | **5/19/11-27/11** | **Perishable goods and other inventory; value $491,870** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **C & S Wholesale Grocers, Inc.**<br>**7 Corporate Drive**<br>**Keene, NH 03431**<br>    **No Relationship to Debtor** | **5/18/11-5/25/11** | **Perishable goods and other inventory;**<br>**$595,065.80** |
| **Pine State Trading Co.**<br>**8 Ellis Ave**<br>**Augusta, ME 04330-7199**<br>    **No Relationship to Debtor** | **5/18/11** | **Perishable goods and other inventory; $633,453** |
| **Marden's**<br>**184 College Avenue**<br>**Waterville, ME 04901-6299**<br>    **No Relationship to Debtor** | **5/20/11-6/10/11** | **Perishable and non-persihable goods; $488,148** |
| **Various Purchasers**<br>**Multiple Addresses**<br>    **No Relationship to Debtor** | **4/27/11-6/10/11** | **Miscellaneous inventory; $1,154,865** |

None<br>■     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None<br>☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **The Bank of Maine**<br>**190 Water Street**<br>**PO Box 190**<br>**Gardiner, ME 04345-0190** | **Checking, Closing balance unknown,**<br>**9502** | **Closed 4/27/11, Amount**<br>**unknown** |

---

### 12.  Safe deposit boxes

None<br>■     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None<br>■     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER    DESCRIPTION AND VALUE OF PROPERTY    LOCATION OF PROPERTY

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS    NAME USED    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS    NAME AND ADDRESS OF GOVERNMENTAL UNIT    DATE OF NOTICE    ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS    NAME AND ADDRESS OF GOVERNMENTAL UNIT    DATE OF NOTICE    ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT    DOCKET NUMBER    STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **AG Development Corp.** | **04-2876545** | **Unknown** | **Corporate Retail Stores** | **8/2/1985-8/19/11 (Administratively dissolved effective 8/18/11)** |
| **AG Distributors, LLC** | **01-0414414** | **Unknown** | **Distribution of Health and Beauty Care** | **12/20/1985-8/19/11 (Administratively dissolved effective 8/18/11)** |
| **Allied Insurance Agency of Maine** | **01-0380115** | **Unknown** | **Insurance** | **03/05/73-Present (Sold, Not in Good Standing)** |
| **Northeast Logistics, LLC** | **26-4591514** | **Unknown** | **Trucking Services** | **9/2/2008-Present (Not Operating, Not in Good Standing)** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Vicki Roy**                                          **6/09-6/11**
**57 MT Vista Drive**
**Sidney, ME 04330**

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ryan Harris**<br>**49 Franklin Street**<br>**Augusta, ME 04330** | **5/09-5/11** |
| **Polly McKenna**<br>**684 Lewiston Road**<br>**West Gardiner, ME 04345** | **6/09-6/11** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Graham Smith** | **MaDonald Page and Co., 30 Long Creek Drive**<br>**South Portland, ME 04106** | **March, 2010** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **James C. Ebbert, CTP, Receiver** | **Aurora Management Partners, Inc.**<br>**41 Samoset Road**<br>**Rockland, ME 04841** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **The Bank of Maine**<br>**190 Water Street**<br>**PO Box 190**<br>**Gardiner, ME 04345-0190** | **Between November 2010 and April 2011** |
| **Camden National Bank**<br>**2 Elm Street**<br>**Camden, ME 04843** | **Between November 2010 and April 2011** |
| **Philip Morris U.S.A.**<br>**6603 West Broad St.**<br>**Richmond, VA 23230** | **Between November 2010 and April 2011** |
| **Ryder Transportation Services, Inc.**<br>**600 Windward Parkway**<br>**Alpharetta, GA 30005** | **Between November 2010 and April 2011** |
| **C & S Wholesale Grocers, Inc.**<br>**7 Corporate Drive**<br>**Keene, NH 03431** | **11/2010** |
| **Associated Grocers of New England, Inc.**<br>**11 Cooperative Way**<br>**PO Box 6000**<br>**Pembroke, NH 03275** | **2/2011** |
| **Libra Foundation**<br>**Three Canal Plaza, Suite 500**<br>**P.O. Box 17516**<br>**Portland, ME 04112-8516** | **3/2011** |

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **12/2010** | **Richard Beauparlant** | **Unknown** |
| **3/2007** | **Richard Beauparlant** | **Unknown** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/2010** | **James C. Ebbert, CPT, Receiver** <br> **Aurora Management Partners, Inc.** <br> **41 Samoset Road** <br> **Rockland, ME 04841** |
| **3/2007** | **James C. Ebbert, CPT, Receiver** <br> **Aurora Management Partners, Inc.** <br> **41 Samoset Road** <br> **Rockland, ME 04841** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Craig Burgess** <br> **87 Whiskeag Road** <br> **Bath, ME 04530** | **President/CEO** | **6/3/11** |
| **Catherine Callahan** <br> **252 Indiana Road** <br> **Gardiner, ME 04345** | **Vice President of Administration** | **5/3/11** |
| **Vicki Roy** <br> **57 MT Vista Drive** <br> **Sidney, ME 04330** | **Chief Financial Officer** | **6/10/11** |
| **Mark Howell** <br> **122 Capen Road** <br> **Gardiner, ME 04345** | **VP Chief Information Officer** | **6/10/11** |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Timothy J. Ramage**<br>**14 Hallett Street**<br>**Chelsea, ME 04330** | **VP Marketing & Advertising** | **4/29/11** |
| **John Robichaud**<br>**Address Unknown** | **Chairman of the Board** | **4/25/11** |
| **David Allenson**<br>**PO Box 4007**<br>**Naples, ME 04055** | **Member of the Board of**<br>**Directors** | **4/29/11** |
| **Rick Crowe**<br>**Princeton Food Group, PO Box 69**<br>**Princeton, ME 04668** | **Member of the Board of**<br>**Directors** | **4/29/11** |
| **George Humphrey**<br>**Address Unknown** | **Member of the Board of**<br>**Directors** | **4/28/11** |
| **Oliver Andrews**<br>**Address Unknown** | **Member of the Board of**<br>**Directors** | **5/3/11** |
| **Timothy Mellen**<br>**Address Unknown** | **Member of the Board of**<br>**Directors** | **5/2/11** |
| **Lani Temple**<br>**Address Unknown** | **Member of the Board of**<br>**Directors** | **4/28/11** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Response to SOFA 3(b)** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **New England Teamsters & Trucking Industry Pension Fund** | **Unknown** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **August 26, 2011**            Signature    **/s/ James C. Ebbert, CTP, Aurora Management Partners, Inc.**

**James C. Ebbert, CTP, Aurora Management Partners, Inc.**
**Court-Appointed Receiver, Associated Grocers of Maine, Inc.**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Maine

In re    **Associated Grocers of Maine, Inc.**

Debtor,

Case No. _____

Chapter            **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **See Attachment of Customer Stock Holdings; last know addresses are listed on Schedule F** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Court-Appointed Receiver, Associated Grocers of Maine, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 26, 2011**_____    Signature **/s/ James C. Ebbert, CTP, Aurora Management Partners, Inc.**

**James C. Ebbert, CTP, Aurora Management Partners, Inc.**
**Court-Appointed Receiver, Associated Grocers of Maine,**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>**0**</u>  continuation sheets attached to List of Equity Security Holders

Customer Stock Holdings

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|------|-------|---------|----------|----------|
| 0040 | HUSSEYS GENERAL STORE INC. | | | |
| 0065 | LGG INC. dba GOTT'S STORE | 1,500.00 | 2,500.00 | 2,500.00 |
| 0082 | FRENCH & BRAWN INC | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 1,500.00 | 2,500.00 | 2,500.00 |
| 0107 | THE WARNER LEATHER GROUP, INC. | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0120 | C.E. REILLY AND SONS, INC. | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0168 | DICK'S MARKET INC. | | | |
| | | 1,500.00 | 2,500.00 | 2,500.00 |
| 0197 | JOHN R. JOSEPH & SONS INC. | | | |
| | | 1,500.00 | 2,500.00 | 2,500.00 |
| 0203 | GALUSHA'S INC. | | | |
| 0204 | PAUL H BRETON JR. | 1,500.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 0.00 |
| 0206 | JIMMY'S MARKET | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0213 | FO GOLDTHWAITE OF MAINE INC. | | | |
| 0214 | LANI TEMPLE DBA MEGUNTICOOK MARKET | 2,527.00 | 2,500.00 | 0.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0217 | JOSEPH & DeANNE DOUIN | | | |
| | | 2,527.00 | 0.00 | 0.00 |
| 0221 | ROOPER'S INC. | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0226 | MARY M. GREENE | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |

# Customer Stock Holdings

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|---|---|---|---|---|
| 0232 | GABBIANELLI ENTERPRISES, INC. | | | |
| 0233 | VALARIE J. AND/OR SAMUAL N. PINKHAM | 2,527.00 | 0.00 | 0.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0235 | JOSEPH SLEEPER INC. | | | |
| | | 2,527.00 | 2,500.00 | 2,500 00 |
| 0241 | F&L ENTERPRISES. LLC | | | |
| 0242 | PERCY TACKLE, INC. dba L.L. COTE | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 0.00 | 0.00 |
| 0248 | GOODHUE ENTERPRISES INC. | | | |
| 0249 | JOHN & PENNI FLOSTER | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0256 | ERNEST COLETTI | | | |
| 0257 | TROY ALEXANDER ROMANOSKI | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0261 | BEARSON ENT. LLC | | | |
| 0262 | DAVE ALLENSON | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0276 | JHJY COMMERCIAL PROPERTIES INC. | | | |
| 0277 | THE ISLAND STORE ASSOC. | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 0.00 |
| 0282 | ROBERT & MICHELLE OUELLET | | | |
| 0283 | GEORGE HUMPHREY | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0286 | VERNON C. SEILE | | | |
| | | 1,810.04 | 2,500.00 | 2,500.00 |
| 0288 | PARRIS & CATHERINE VARNEY | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|---|---|---|---|---|
| 0290 | D & L GROCERIES, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0291 | MAINE STATE TRADING CO. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0292 | D.L. FOTTER & SONS INC. | 1,726.83 | 2,500.00 | 2,500.00 |
| 0294 | JEANNOTTE'S MARKET LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0296 | WRIGHT'S | 2,527.00 | 2,500.00 | 2,500.00 |
| 0301 | MATTHEW & CATHY DUNN | 2,527.00 | 0.00 | 0.00 |
| 0310 | LENNIE'S SUPETTE INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0331 | PIERCE'S COUNTRY STORE  INC. | 1,770.02 | 2,500.00 | 2,500.00 |
| 0332 | DAVID & LIA SKELTON | 2,527.00 | 2,500.00 | 2,500.00 |
| 0333 | JOHN BANNISTER | 1,500.00 | 2,500.00 | 2,500.00 |
| 0334 | DANIEL RIDEOUT DBA MARYANN'S MARKET | 2,527.00 | 2,500.00 | 2,500.00 |
| 0335 | NORTH END MARKET | 2,527.00 | 2,500.00 | 2,500.00 |
| 0336 | DONALD AND MARY WORCESTER | 1,770.02 | 2,500.00 | 2,500.00 |
| 0340 | BRADFORD GENERAL STORE | 2,527.00 | 0.00 | 0.00 |
| 0341 | FOUR CORNERS STORE, INC | 2,527.00 | 0.00 | 0.00 |
| 0344 | JOE'S COUNTRY STORE, INC | 2,527.00 | 0.00 | 0.00 |

# Customer Stock Holdings

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|-----|-------|---------|----------|----------|
| 0356 | HARBOR VIEW STORE, INC. | 2,527.00 | 2,500.00 | 0.00 |
| 0357 | DONNA O'BRIEN | 2,527.00 | 2,500.00 | 2,500.00 |
| 0358 | FOX BROOK  INC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0361 | LOUISE BARNES | 2,527.00 | 2,500.00 | 2,500.00 |
| 0364 | SHIRLEY  VARNEY | | | |
| 0365 | JAMES & JEANNINE SPILLER | 1,891.70 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0370 | RONALD ROBINSON  SR. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0374 | JULIE OR IAN CUNDIFF | 2,527.00 | 0.00 | 0.00 |
| 0380 | REBMOCAM, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0384 | T & L C-STORES, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0389 | RUSSELL LEVESQUE | 2,527.00 | 2,500.00 | 2,500.00 |
| 0394 | PATTERSON'S GENERAL STORE | 2,527.00 | 2,500.00 | 2,500.00 |
| 0396 | DRESDEN DWC INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0397 | DNJ PIZZA INC, dba SUNSET VARIETY | 2,527.00 | 2,500.00 | 2,500.00 |
| 0398 | DENNIS B. & PATRICIA M. ROBERTSON | 2,527.00 | 2,500.00 | 2,500.00 |
| 0399 | MARTIN GAWRON dba MONMOUTH GEN'L | 2,527.00 | 2,500.00 | 2,500.00 |
| 0401 | BISSON'S CENTER STORE, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0402 | FRANKLIN TRADING POST | 2,527.00 | 2,500.00 | 2,500.00 |
| 0405 | BRIDGE STREET MARKET | 2,527.00 | 2,500.00 | 2,500.00 |
| 0407 | PRABI 2009 LLC | 2,527.00 | 0.00 | 0.00 |
| 0409 | DEAN BARTLETT | 2,527.00 | 0.00 | 0.00 |
| 0410 | RRS, LLC | 2,527.00 | 0.00 | 0.00 |
| 0411 | NASON'S GENERAL STORE  INC. | 2,527.00 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|-----|-------|--------:|---------:|---------:|
| 0412 | HILLER & HILLER ENTERPRISES, INC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0417 | THE BARKING DAWG, LLC. | | | |
| 0418 | GOWELL'S STORE INC. | 2,527.00 | 2,500.00 | 0.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0425 | FRIENDS & FAMILY MARKET, INC. | | | |
| 0426 | BV52 LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0428 | RICHARD EDWARD BUTLER | 2,527.00 | 0.00 | 0.00 |
| 0436 | MOHAMMAD S. ISLAM | 2,527.00 | 2,500.00 | 2,500.00 |
| 0439 | JENNIE BEAULIEU | 2,527.00 | 0.00 | 0.00 |
| 0441 | 32 GENERAL STORE | 2,527.00 | 0.00 | 0.00 |
| 0444 | AARON & ERIN'S | 2,527.00 | 2,500.00 | 2,500.00 |
| 0446 | BIDDEFORD COUNTRYSIDE BUTCHERS, L | 2,527.00 | 2,500.00 | 2,500.00 |
| 0450 | MILTON W. SMITH JR. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0451 | CARMEL VILLAGE MARKET | 2,527.00 | 2,500.00 | 2,500.00 |
| 0454 | FRISBEE'S HOLDINGS LLC | 2,527.00 | 0.00 | 0.00 |
| 0455 | ROBERT J. & LESLIE GRENIER | 2,526.90 | 2,500.00 | 2,500.00 |
| 0456 | CYNTHIA KENNEDY NIQUETTE | 2,527.00 | 2,500.00 | 2,500.00 |
| 0465 | WHEATON & MCLAUGHLIN INC. | 2,298.50 | 2,500.00 | 2,500.00 |
| 0468 | LEMONT & SONS INC. | 2,058.18 | 2,500.00 | 2,500.00 |
| 0469 | MONTGOMERY OIL COMPANY INC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0472 | BARBARA G. COLLINS INC. | 2,527.00 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|-----|-------|---------|----------|----------|
| 0473 | FULLER'S MARKET, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0476 | KEN AND CAROL BALLARD | 2,526.90 | 2,500.00 | 2,500.00 |
| 0480 | OYSTER RIVER MANAGEMENT | 2,527.00 | 2,500.00 | 2,500.00 |
| 0484 | PENELOPE BECKLER | 2,527.00 | 2,500.00 | 2,500.00 |
| 0486 | MICHAEL & SUSAN STEPHENSON | 2,527.00 | 0.00 | 0.00 |
| 0487 | RUSSELL & CONNIE SOUCY | 2,527.00 | 2,500.00 | 2,500.00 |
| 0489 | RICHARD DONOVAN | 2,527.00 | 2,500.00 | 2,500.00 |
| 0491 | Port Clyde Gen'l Store Complex LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0495 | HAROLD L. KEAY & SON | 2,058.18 | 2,500.00 | 2,500.00 |
| 0499 | MANAFORD'S INC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0501 | GEORGETOWN CENTER STORE, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0502 | BOSTON FOOD MART, LLC. | 2,527.00 | 2,500.00 | 0.00 |
| 0503 | DAY'S STORE INC. | 2,058.18 | 2,500.00 | 2,500.00 |
| 0506 | THE ISLAND MARKET CORPORATION | 2,527.00 | 2,500.00 | 2,500.00 |
| 0507 | GLEN B. LANEY | 2,527.00 | 2,500.00 | 2,500.00 |
| 0510 | TOMAS, LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0513 | ALAN BOUCHER | 2,527.00 | 2,500.00 | 2,500.00 |
| 0516 | COUNTRY FARMS MARKET, LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0531 | JOSEPH P. IRISH | 2,526.90 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|------|-------|---------|----------|----------|
| 0534 | PAUL R. AND KATHRYN M. FLYNN | 2,527.00 | 2,500.00 | 2,500.00 |
| 0537 | JAMES D. & DEDRA A. LIZOTTE | 2,527.00 | 2,500.00 | 2,500.00 |
| 0544 | ROBERT L. LIBBY | 2,223.06 | 2,500.00 | 2,500.00 |
| 0548 | GLEASON & CLAIRE GRAY | 2,527.00 | 2,500.00 | 2,500.00 |
| 0549 | TOMBEAU INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0550 | BRUCE & KAREN MATHEWS | 2,223.06 | 2,500.00 | 2,500.00 |
| 0553 | CAG'S MANAGEMENT, LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0555 | B & R ENTERPRISES | 2,223.06 | 2,500.00 | 2,500.00 |
| 0559 | JOHN T. DAYHOOF III | 2,527.00 | 2,500.00 | 2,500.00 |
| 0564 | RH FOSTER ENERGY LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0575 | CAMELLIA WILSON | 2,527.00 | 2,500.00 | 2,500.00 |
| 0590 | MICHELLE T. ST.CLAIR | 2,527.00 | 2,500.00 | 0.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|---|---|---|---|---|
| 0595 | BRENDA L OR JOHN C HUTCHINGS | 2,527.00 | 2,500.00 | 2,500.00 |
| 0600 | SPEEDY STOP INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0603 | J & MA CORP. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0604 | OQUOSSOC GROCERY, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0605 | SOUTH STREET MARKET  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0607 | MEC ENTERPRISES  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0608 | R.W. MATHEWS & SONS  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0611 | ELMER MORRIS | 2,527.00 | 2,500.00 | 2,500.00 |
| 0614 | THE VILLAGE TIE UP MKT, DELI, ICE CREAM | 2,527.00 | 2,500.00 | 2,500.00 |
| 0616 | VILLAGE FOOD MARKET  INC. | 2,526.90 | 2,500.00 | 2,500.00 |
| 0618 | A.A. MARINO  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0619 | PAUL'S FOOD CENTERS  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0623 | TILTON'S MARKET  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0624 | GARY EUGENE RIDEOUT | 2,527.00 | 2,500.00 | 2,500.00 |
| 0629 | TULSA, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0640 | HERRING BROTHERS  INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0641 | JULIE A. JEWALL dba Athens Corner Store | 2,527.00 | 2,500.00 | 2,500.00 |
| 0646 | BELFAST VARIETY  INC. | 2,526.90 | 2,500.00 | 2,500.00 |
| 0652 | DAVID WELCH and/or JANE WELCH | 2,527.00 | 2,500.00 | 2,500.00 |
| 0653 | LEON A. EMERY | 2,527.00 | 0.00 | 0.00 |
| 0654 | CENTER LOVELL MARKET II LLC | 2,527.00 | 0.00 | 0.00 |
| 0655 | READFIELD FAMILY MARKET INC. | 2,527.00 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|-----|-------|---------|----------|----------|
| 0657 | JACK'S GROCERY | 2,527.00 | 2,500.00 | 0.00 |
| 0660 | MIKE'S COUNTRY STORE INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0668 | JAMES AND PAT HENRY JR. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0669 | TIMOTHY H. GEROW | 2,527.00 | 2,500.00 | 2,500.00 |
| 0675 | PLEAU ENTPRSES #1 INC DBA W | 2,527.00 | 2,500.00 | 2,500.00 |
| 0676 | BRUCE OR JENNIFER WALLACE | 2,527.00 | 2,500.00 | 2,500.00 |
| 0678 | BARBARA E. THAFTON | 2,526.90 | 2,500.00 | 2,500.00 |
| 0679 | ALISON M. BROWN | 2,527.00 | 0.00 | 0.00 |
| 0685 | GARY J. BABIN | 2,527.00 | 2,500.00 | 2,500.00 |
| 0687 | VICTORIA M. & JAMES J. STASZEWSKI | 2,527.00 | 2,500.00 | 2,500.00 |
| 0691 | LONG GREEN VARIETY, INC. | 2,527.00 | 2,500.00 | 0.00 |
| 0693 | NORTH HAVEN GROCERY | 2,527.00 | 2,500.00 | 2,500.00 |
| 0694 | BETH FISHER dba ISLAND GROCERY | 2,527.00 | 0.00 | 0.00 |
| 0696 | P.B. & D CORP. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0698 | NORTH COUNTRY VARIETY, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0701 | WSC, INC | 2,527.00 | 2,500.00 | 0.00 |
| 0702 | DURHAM GET & GO, LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0703 | A&T ENTERPRISES INC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0706 | PIK QWIK INC. | 2,527.00 | 0.00 | 0.00 |
| 0707 | COMMUNITY PHARMACIES - HDQTR | 2,527.00 | 0.00 | 0.00 |
| 0714 | REGIS AND ANITA ROY | 2,526.90 | 2,500.00 | 2,500.00 |

Customer Stock Holdings

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|------|-------|---------|----------|----------|
| 0719 | JESSIE AND NANCY MICHAUD | 2,526.90 | 2,500.00 | 2,500.00 |
| 0720 | MAINE MUSSEL CO. INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0725 | DAVID P. PARENT | 1,500.00 | 0.00 | 0.00 |
| 0726 | SHERI SWIMM | 2,527.00 | 2,500.00 | 2,500.00 |
| 0731 | DANNY L. SWETT | 2,527.00 | 2,500.00 | 2,500.00 |
| 0732 | BOOGANBOGAN ENTERPRISES, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0743 | PICNIC ISLAND ENTERPRISES, INC. | 2,527.00 | 2,500.00 | 0.00 |
| 0748 | WAYNE AND JONI SLATTERY | 2,526.90 | 2,500.00 | 2,500.00 |
| 0750 | FERRIS VARIETY INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0755 | KEVIN R. DUNHAM | 2,527.00 | 2,500.00 | 2,500.00 |
| 0758 | DANA E. WILLIAMS | 2,527.00 | 2,500.00 | 2,500.00 |
| 0763 | JIM'S CORNER GROCERY INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0771 | SUSAN M. MORGAN | 2,527.00 | 2,500.00 | 2,500.00 |
| 0772 | GOSSELIN'S SUPERETTE INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0776 | SIX MILE FALLS STORE CORP. | 2,527.00 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|---|---|---|---|---|
| 0784 | LOUIS & DAWN VASVARY | 2,527.00 | 2,500.00 | 2,500.00 |
| 0792 | CHRISTY'S - MERCER | 2,527.00 | 2,500.00 | 2,500.00 |
| 0796 | BRANDON POMELOW | 2,527.00 | 2,500.00 | 2,500.00 |
| 0816 | JON L. BUBIER dba RON'S MARKET | 2,527.00 | 2,500.00 | 2,500.00 |
| 0817 | ROLAND L. AND LYNDA M. KNIGHTS | 2,527.00 | 2,500.00 | 2,500.00 |
| 0821 | ANDERSON'S STORE INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0822 | PETER OUELLETTE | 2,527.00 | 2,500.00 | 2,500.00 |
| 0826 | GILBERT & RUTH PARENT | 2,527.00 | 2,500.00 | 2,500.00 |
| 0830 | THOMAS JAY ALLARD | 2,527.00 | 2,500.00 | 2,500.00 |
| 0833 | P. DUNBAR & EST. OF A. DUNBAR | 2,526.90 | 2,500.00 | 2,500.00 |
| 0836 | MAURICE & VIRGINIA BERGERON | 2,526.90 | 2,500.00 | 2,500.00 |

| Nbr | Owner | A Stock | B1 Stock | B2 Stock |
|---|---|---|---|---|
| 0844 | MIKE'S FAMILY MARKET. LLC | 2,527.00 | 2,500.00 | 2,500.00 |
| 0847 | CHRISTY'S COUNTRY STORE INC. | | | |
| 0848 | JERRY'S FOOD STORE INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0853 | PHILIP A & LORIE E CHABOT | | | |
| 0854 | BOB'S SERVICE CENTER INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0855 | JOHN'S CONVENIENCE PLUS INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0858 | HERB & SHARON FITHIAN | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0862 | UNITED SUPERMARKET INC | | | |
| 0863 | PERRY'S FARMERS UNION INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,526.90 | 2,500.00 | 2,500.00 |
| 0865 | R & R MERRY, INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0870 | ASHLAND FOOD MART INC | | | |
| 0871 | BUDDIES GROCERIES INC. | 2,527.00 | 2,500.00 | 2,500.00 |
| 0872 | BURKETTVILLE GEN. STORE | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0878 | JULIE BURNHAM | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0891 | FOUR SEASONS TRADING POST INC. | | | |
| | | 2,527.00 | 2,500.00 | 2,500.00 |
| 0898 | McNUTT ENTERPRISES, INC. | | | |
| 0899 | GREAT CRANBERRY ISLAND GEN'L STORE 3433 | 2,527.00 | 2,500.00 | 2,500.00 |
| | | 2,527.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## District of Maine

In re **Associated Grocers of Maine, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __90__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: 8/26/11

James C. Ebbert, CTP, Aurora Management Partners, Inc.
Court-Appointed Receiver, Associated Grocers of Maine, Inc.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

32 General Store
156 Windsor Road
South China, ME 04358


A & J Industries, Inc.
PO Box 187, 336 Champlain St.
Van Buren, ME 04785


A&T Enterprises, Inc.
PO Box 159
Frankfort, ME 04438


A-1 Pos Distributors
246 Roosevelt Trail
Windham, ME 04062-4353


A.A. Marino Inc.
132 North Street
Houlton, ME 04730-1841


Aaron & Erin's
PO Box 568
Northeast Harbor, ME 04662


Abbott Jr, David
P.O. Box 972
Gardiner, ME 04345


Adirondack Beverages Inc.
701 Corporations Park
Scotia, NY 12302


Advance Brands, LLC
P.O. Box 21804
Oklahoma City, OK 73156

Aetna
151 Farmington Avenue
Hartford, CT 06156


Affiliated Healthcare Management
925 Union Street 2
Bangor, ME 04401-3051


Alan Boucher
715 Benton Avenue
Waterville, ME 04901


Alexander, Jane W
71 Alexander Reed Rd
Richmond, ME 04357


American Food Group, LLC
500 South Washington Street
Green Bay, WI 54301-4219


Anderson's Store
PO Box 30
Stockholm, ME 04783


Andy's Houlton Foodliner
132 North Street
Houlton, ME 04730


Apple Tree Bakery
90 N Main St
Solon, ME 04979


AquiTec, Inc.
547 West Jackson Boulevard
Suite 920
Chicago, IL 60661

Arneg Canada Inc.
18 rue Richelieu, P.B. 847
Lacolle, QC


Arneg LLC
750 Old Hargrave Road
Lexington, NC 27295-7514


Arnold, William
595 POnd Road
Wales, ME 04280


Arrow Farms, Inc.
57 New England Produce Center
Chelsea, MA 02150


Ashland Food Mart, Inc.
256 Presque Isle Road
Ashland, ME 04732


Atlantic Pest Solutions
PO Box 203
Brunswick, ME 04011


Atlantic Pest Solutions
PO Box F
Kennebunkport, ME 04046


B & R Enterprises, Inc.
208 Pine Street
Lewiston, ME 04240


B & R Enterprises, Inc.
a/k/a Bourgues Central Market
644 Sabattus Street
Lewiston, ME 04240

B & R Enterprises, Inc. #560
208 Pine Street
Lewiston, ME 04240


Backyard Farms, LLC
131 River Road
Madison, ME 04950


Bake N Joy Foods Inc.
351 Willow Street
North Andover, MA 01845


Baker, Gregory
336 Southbeach Hill Road
Pittston, ME 04345


Ballantyne Service Co.
PO Box 136
Palermo, ME 04354


Barbara E. Trafton
PO Box 142
Abbot, ME 04406


Barbara G. Collins Inc.
PO Box 21
Hudson, ME 04449


Barber Foods
56 Milliken Street
Portland, ME 04103


Barber, Gary
PO Box 502
Belgrade Lakes, ME 04918

Barrett, Dana J
28 Sharmac Lane
Richmond, ME 04357


Basket Ease
16150 Texas Avenue
Prior Lake, MN 55372


Bay State Florist Supply Inc.
53 Amflex Drive
Cranston, RI 02921


Bay Valley Foods, LLC
1555 E. Highway 151
Platteville, WI 53818


Beane, Pamela M.
3c Janabye Lane
Hallowell, ME 04347


Bearson Ent. LLC
98 Beaver Street
Keene, NH 03431


Beaulieu, Richard
543 Whitefied Road
Pittston, ME 04345


Beaumont Products Inc.
1560 Big Shanty Drive
Kennesaw, GA 30144


Beauparlant, Richard
15 Gendron Circle
Sabattus, ME 04280

Belfast Variety, Inc.
PO Box 150
Morrill, ME 04952


Bellfleur, Jeffrey L.
5 Longwood Avenue
Augusta, ME 04330


Bernstein Shur
100 Middle Street
West Tower
Portland, ME 04101


Beth Fisher d/b/a Island Grocery
12 West Side Street
South Bristol, ME 04568


Bic USA Inc.
1 Bic Way #1
Shelton, CT 06484-6223


Biddeford Countryside Butchers, LLC
12 Freedom Road
Scarborough, ME 04074


Biery Cheese Company
6544 Paris Ave.
Louisville, OH 44641-9544


Birds Eye Foods
90 Linden Oaks
Rochester, NY 14625


Bisson's Center Store, Inc.
865 Main Road
Phippsburg, ME 04562

Blue Diamond Growers
4800 Sisk Road
Modesto, CA 95356


Blue Rhino Corporation
PO Box 281956
Atlanta, GA 30384-1956


Blue Rhino Corporation
6544 Mallard Landing
Fishers, IN 46038


BNA
3 Bethesda Metro Center, Suite 250
Bethesda, MD 20814-5377


Bob's Service Center, Inc.
157 Main Street
Madawaska, ME 04756


Bodge, Gregory M.
1 Perkins Rd
Monmouth, ME 04259


Boilard, Gary
2202 US Rte. 202
Winthrop, ME 04364


Bonenfant, William
480 Webber POnd Road
Vassalboro, ME 04989


Booganbogan Enterprises, Inc.
PO Box 98
Canaan, ME 04924

Boston Food Mart, LLC
30 Tower Road
Newton Upper Falls, MA 02464


Bouchard Family Farm
3 Strip Road
Fort Kent, ME 04743


Bourque, Robert
44 Ledge Hill Way
Gardiner, ME 04345


Bowler, Eric
84 Highland Ave Apt 1
Winthrop, ME 04364


Boyington's Backflow Testing
535 Moosehead Trail
Belfast, ME 04915


Boynton, Timmy J
215 Mosher Rd
Gorham, ME 04038


Brackett, Richard S.
829 East Benton Road
Benton, ME 04901


Bradford General Store
PO Box 176
Bradford, ME 04410


Brandon Pomelow
PO Box 143
Athens, ME 04912

Brenda or John C. Hutchings
PO Box 429
Sabattus, ME 04280


Bridge Street Market
PO Box 252
West Enfield, ME 04493


Bridgford Marketing Co.
1707 S. Good Latimer Expressway
Dallas, TX 75226-2211


Brooklin General Store, LLC
PO Box 417
Brooklin, ME 04616


Bruce and Karen Mathews
141 Main Street
Cherryfield, ME 04622


Bruce or Jennifer Wallace
209 Hodgdon Mills Road
Houlton, ME 04730


Buddies Groceries, Inc.
43 Main Street
Oakland, ME 04963


Bug Juice Brand Inc.
7701 Grand River Rd.
Brighton, MI 48114


Bunzl Distribution USA, Inc.
c/o Bunzl Corporate Office
701 Emerson Road, Suite 500
St. Louis, MO 63141

Bunzl Distribution USA, Inc.
c/o Bunzl Corporate Office
701 Emerson Road, Suite 500
Saint Louis, MO 63141


Burgess, Craig
87 Whiskeag Road
Bath, ME 04530


Burkettville General Store
1289 Burketville Road
Union, ME 04862


Butterball, LLC
One Butterball Lane
PO Box 2389
Garner, NC 27529


Butterfield, Michael
5 Muriel Street
Augusta, ME 04330


BV 52 LLC
6 Back Belmond Road
Belfast, ME 04915


C G Roxanne LLC
55 Francisco Street, Ste. 410
San Francisco, CA 94133


C Stars of Maine
27 Main Street
Windham, ME 04062


C&S Wholesale Grocers
7 Corporate Dr.
Keene, NH 03431

C&S Wholesale Grocers Inc.
7 Corporate Dr.
Keene, NH 03431


C.E. Reilly and Sons, Inc.
PO Box 180
New Harbor, ME 04554


C.O. Beck & Sons Roofing
76 Eastern Avenue
PO Box 1130
Waterville, ME 04903-1130


Cabot Creamery Coop, Inc.
1 Home Farm Way
Montpelier, VT 05602


CAG's Management, LLC
54 Sweeney Road
Keene, NH 03431


Calais Motor Inn
663 Main Street
Calais, ME 04619


Calico Brands, Inc.
2055 South Haven Avenue
Ontario, CA 91761-0736


Callahan, Catherine
252 Indiana Road
West Gardiner, ME 04345


Camden National Bank
2 Elm Street
Camden, ME 04843

Camellia Wilson
493 Marsh Stream Road
Frankfort, ME 04438


Campbell Jr, Richard M
33 Irish Circle
West Gardiner, ME 04345


Candy Tech LLC
151 Hastings Drive
Buffalo Grove, IL 60089-6554


Capital Return, Inc.
6101 North 64th Street
Milwaukee, WI 53218


Carando
PO Box 405020
Cincinnati, OH 45240-5020


Carmel Village Market
PO Box 189
Carmel, ME 04419


Carousel Industries
659 South County Trail
Exeter, RI 02822


Carr, Frank
106-28 Glenridge Drive
Augusta, ME 04330


Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
117 Milk Street, Suite 300
Boston, MA 02109

Cavanaugh, James P.
26 Hooper Street
Wiscasset, ME 04578


CBH IV, LLC
45 Barberry Lane
Strafford, NH 03884


CDW Direct, LLC
200 N. Milwaukee Avenue
Vernon Hills, IL 60061


Cedar's Mediterranean Foods
50 Foundation Avenue
Haverhill, MA 01835


Center Lovell Market II, L.L.C.
PO Box 234
Center Lovell, ME 04016


Central Maine Power
PO Box 1084
Augusta, ME 04332-1084


Charles or Shirley Breton
28 Saunders Road
Mechanic Falls, ME 04256


Charms Division
1400 E. Wisconsin Street
Delavan, WI 53115-1470


Chex Finer Foods Inc.
39 Franklin McKay
Attleboro, MA 02703

Chick, Steve
824 Lewiston Rd
West Gardiner, ME 04345


Choice Foods LLC
8556 S 2940 W
West Jordan, UT 84088-9660


Christy's - Mercer
328 Point Road
Belgrade, ME 04917


Christy's Country Store
932 Farmington Road
Belgrade, ME 04917


Cintas Corporation #758
PO Box 625737
Cincinnati, OH 45262


Cintas Corporation LOC 758
PO Box 625737
Cincinnati, OH 45262


City of Gardiner
6 Church Street
Gardiner, ME 04345


Clark Gum Company
1100 Military Road
Buffalo, NY 14217-2514


Cloutier, Marc N.
18 Rolfe Circle
Gardiner, ME 04345

Cloverhill Pastry-Vend Corp.
2035 N, Narragansett Avenue
Chicago, IL 60639


Coastal Retail Corp.
a/k/a Southwest Food Mart
PO Box 708
Southwest Harbor, ME 04679


Cobscook Bay Company, LLC
1280 County Road
Trescott Twp, ME


Community Pharmacies, LP
a/k/a Community Pharmacy of Gorham
PO Box 528
Augusta, ME 04332


Community Pharmacies, LP
PO Box 2018
Bucksport, ME 04416


Community Pharmacies, LP
a/k/a Community Pharmacy of Saco
365 Main Street
Gorham, ME 04038


Community Pharmacies, LP
a/k/a Community Pharmacy of Bucksport
244 Main Street
Saco, ME 04072


Compliance Safety,, LLC
39 Evergreen Drive
Portland, ME 04103-1074


ConAgra Foods packaged
One ConAgra Drive
Omaha, NB 68102

Constellation Energy Group, Inc.
31 Horace Mills Road
Wells, ME 04090-6515


Cook's Hams Inc.
200 S. 2nd Street
Lincoln, NE 68508


Corbett, James E
247 Pond Rd
West Gardiner, ME 04345


Costigan Computer Supplies
28 Mill Street
South Gardiner, ME 04359


Coston, Russell
281 Dirigo Road
South China, ME 04358


Cottage Siding Quick Stop #892
10 Cottage Siding Road
Saint Francis, ME 04774


Country Farms Market, LLC
84 Center Road
Easton, ME 04740


County Yankee Inc.
91 Military Street
Houlton, ME 04730-2064


County Yankee, Inc.
91 Military Street
Houlton, ME 04730

Couture, Gene C
1206 High Street
West Gardiner, ME 04345

Crocker Sr, Richard
34 Central St
Randolph, ME 04346

Crosby Molasses Co Ltd.
327 Rothesay Avenue
Saint John, NB E2J 2C3

Cunningham, Lisa
9 Jamies POnd Rd
Hallowell, ME 04347

Cynthia Kennedy Niquette
40 North Road
Swans Island, ME 04685

D & J Pressure Washing
10 Nutwood Circle
Limerick, ME 04048

D & L Groceries, Inc.
1284 Main Street
Stockholm, ME 04783

D.L. Fotter & Sons Inc.
PO Box 7
Stratton, ME 04982

Dana E. Williams
PO Box 726
Bingham, ME 04920

Daniel Rideout d/b/a Mary Ann's Market
2309 Medway Road
Medway, ME 04460


Danny L. Swett
164 Village Road
Smithfield, ME 04978


Data Capture Solutions
160 West Road (Route 83)
Ellington, CT 06029


Dave Cunha #705
Country Yankee Grocer
89 Military Street
Houlton, ME 04730


David Allenson
PO Box 4007
Naples, ME 04055


David and Lia Skelton
PO Box 169
Bowdoinham, ME 04008


David and/or Jane Welch
PO Box 375
Pittsfield, ME 04967


Day's Store, Inc.
PO Box 277
Belgrade Lakes, ME 04918


Days Inn Keene NH
3 Ashbrook Road
Route 9
Keene, NH 03431-5918

Dead River Company
1 Monument Square
Portland, ME 04101


Dean Bartlett
PO Box 26
Liberty, ME 04949


Del Monte Foods
1 Maritime Plaza
San Francisco, CA 94111


Delorme Mapping Co.
Two DeLorme Drive
PO Box 298
Yarmouth, ME 04096


Delta Dental
One Delta Drive
PO Box 2002
Concord, NH 03302-2002


Dennis B. and Patricia M. Robertson
119 Caterpillar hill Road
Sargentville, ME 04673


Dennison Lubricants
102 Charles Eldridge Road
Lakeville, MA 02347-1377


Dicks' Market Inc.
PO Box 266
Clinton, ME 04927


Dixon, James M.
4 Hillcrest Court
Augusta, ME 04330

DNJ Pizza, Inc.
d/b/a Sunset Variety
PO Box 516
Raymond, ME 04071


Dole Packaged Foods
PO Box 5700
Thousand Oaks, CA 91359-5700


Donald and Mary Worcester
PO Box 461
Southwest Harbor, ME 04679


Donna O'Brien
317 Augusta Road
Morrill, ME 04952


Door Systems Corp.
565 Riverside Street
Portland, ME 04103


Dorcy International
2700 Port Road
Columbus, OH 43217


Dorothy Egg Farms
271 Turkey Lane
Randolph, ME 04346-4134


Dot Foods, Inc.
1 Dot Way
PO Box 192
Mt. Sterling, IL


Doucette, Colleen
21 Ledge Hill Lane
Windsor, ME 04363

Doucette, Thomas
21 Ledge Hill Lane
Windsor, ME 04363


Douin, Alan R
67 Clinton Ave
Winslow, ME 04901


Dovinsky, Michael
PO Box 631
Augusta, ME 04330


Down East/Allied Insurance
150 Main Street
Boothbay, ME 04537


Down East/Allied Insurance CB
150 Main street, Suite 13
Boothbay, ME 04537


Dresden DWC, Inc.
PO Box 5
Dresden, ME 04342


Ducktrap River of Maine, LLC
57 Little River Drive
Belfast, ME 04915


Duff Jr, Floyd L
408 Wiscasset Rd
Pittston, ME 04345


Dunbar's Store #833
RR1
Sullivan, ME 04664

Durham Get & Go, LLC
697 Royalsborough Road
Durham, ME 04222


E W Mailhot Sausage Co.
258 Bartlett Street
Lewiston, ME 04240


Ellis, Mischele
279 Central St.
Hallowell, ME 04347


Ellsworth, Willis G.
24 Parkview Terrace
Augusta, ME 04330


Elmer Morris
366 US Highway 1
Columbia Falls, ME 04623


Elwell, Travis
2716 North Belfast Avenue
Augusta, ME 04330


Ernest Coletti
11 Harbor Road
Friendship, ME 04547


ET Video
380 Oakgrove Parkway
Saint Paul, MN 55127


ET Video
616 Velvet Avenue
PO Box 327
Coon Rapids, IA 50058

Everson Dist. Co. Inc.
280 New Ludlow Road
Chicopee, MA 01020


F&L Enterprises, LLC
342 Sweden Street
Caribou, ME 04736


Fairfield Buddies Inc.
80 Main Street
Fairfield, ME 04937


Fairpoint Communications
PO Box 11021
Lewiston, ME 04243


Farley's & Sathers Candy Co.
PO Box 28, Sather Plaza
Round Lake, MN 56167


Farmland Foods, Inc.
11500 NW Ambasador Drive, Suite 500
Kansas City, MO 64153


FedEx
3875 Airways, Module H3
Department 4634
Memphis, TN 38116


Feener, Alan
89 Munsey Road
Jefferson, ME 04398


Ferrero USA, Inc.
600 Cottontail Lane
Somerset, NJ 08873

Ferris Variety, Inc.
Box 161
North Vassalboro, ME 04962


Fielding, Joanne
7 Barrows Street
Brunswick, ME 04011


Finn, Sean
166 Water Street Apt #7
Randolph, ME 04346


FO Goldthwaite of Maine, Inc.
PO Box 85
Biddeford Pool, ME 04006


Foley + Wallace Associates
Avon Corporate Center
Unit A-3
Robbie Road
Avon, MA 02322


Forte Product Solutions
1601 Airpark Drive
Farmington, MO 63640-2056


Four Corners Store, Inc.
2 Sebago Road
Hiram, ME 04041


Francis J. Morin Living Trust
6 Sinclair Road
Sinclair, ME 04779


Franklin Trading Post
33 Blackwood Road
Franklin, ME 04634

Fred's Coffee Company
112 Washington Street
Oakland, ME 04963


Freedom Market #5117
6190 E. Slauson Avenue
Los Angeles, CA 90040


French & Brawn, Inc.
1 Elm Street
Camden, ME 04843


French Sr, Ronald A
94 Pinkham Rd
Windsor, ME 04363


French, Chelsie
22 Dazzle Lane
Gardiner, ME 04345


Fresh Express Inc.
900 East Blanco Road
Salinas, CA 93901-4419


Fresh Gourmet Company
6190 E. Slauson Avenue
Los Angeles, CA 90040


Fresh Mark, Inc.
629 Green Valley Road
Suite 500
Greensboro, NC 27408


Friends & Family Market, Inc.
PO Box 1600
Ellsworth, ME 04605

Frisbee's Holdings, LLC
PO Box 57
Kittery Point, ME 03905


Frisbee's Supermarket, Inc.
Attn: Trustee John Turner
J.C. Turner & Associates, Inc.
PO Box 1897
Auburn, ME 04211-1897


Frith, Michael F.
56 Libby Lane
West Gardiner, ME 04345


Frozen Drink Concepts
1122 Long Leaf Lake Drive
Bessemer, AL 35022


Fulgham, Kelvin C.
2 Spruce Street
Gardiner, ME 04345


Fuller's Market, Inc.
599 Hallowell Litchfield Road
Gardiner, ME 04345


G. Gregory Hanley
PO Box 266
Bristol, ME 04539


Gabbianelli Enterprises, Inc.
PO Box 8
Brooks, ME 04921


Gagne Foods Inc.
210 Robinhood Rd.
Georgetown, ME 04548

Gallant Greetings Corp.
4300 United Parkway
Schiller Park, IL 60176


Galusha's, Inc.
PO Box 339
Clinton, ME 04927


Garden Fresh Salad Co.
17 New England Produce Center
Chelsea, MA 02150-1720


Gardiner Water District
246 Water
Gardiner, ME 04345-2110


Garelick Farms of Maine, LLC
1 Milk Street
Bangor, ME 04401


Garelick Farms of Maine, LLC
626 Lynnway
Lynn, MA 01905


Garelick Farms-Lynn LLC
1199 West Central Street
Franklin, MA 02038-0289


Gary Eugene Rideout
116 Somerset Street
Millinocket, ME 04462


Gary J. Babin
Box 131 Main Street
Saint Agatha, ME 04772

Gelder, Christopher
42 Elm Street
Auburn, ME 04210


General Carriage & Supply Co.
264 Roosevelt Trail
Windham, ME 04062


George Humphrey
PO Box 360
Jefferson, ME 04348


Georgetown Center Store, Inc.
PO Box 145
Georgetown, ME 04548


Georgia-Pacific Corp.
133 Peachtree St., NE
Atlanta, GA 30303


Getchell Bros. Inc.
PO Box 8
Brewer, ME 04412


Getchell Bros. Inc. (Ice)
PO Box 8
Brewer, ME 04412


Giachinta, Thomas
10 Birch Dr.
Raymond, ME 04071


Gilbert and Ruth Parent
1648 Van Buren Road
Limestone, ME 04750

Girardin, Brian
528 South Monmouth Rd
Monmouth, ME 04259


Girardin, Richard
528 South Monmouth Rd
Monmouth, ME 04259


Glaxo SmithKline
Attn: Legal
5 Moore Drive
PO Box 13398
Durham, NC 27709


Gleason and Claire Gray
518 Graytown Road
Sedgwick, ME 04676


Glen B. Laney
90 Waterville Road
Skowhegan, ME 04976


Gold Bell Inc.
25 New England Produce Center
Chelsea, MA 02150-1720


Gold Bell, Inc.
25 NECP
Chelsea, MA 02150


Golden, Gary
15 Gagne St
Augusta, ME 04330


Goodhue Enterprises, Inc.
56 North Main Street
Solon, ME 04979

Gosselin's Superette Inc.
706 Somerville Street
Manchester, NH 03103


Gourmet Express
53 Shore Road
Ogunquit, ME 03907


Gowell Enterprises, Inc.
469 Richmond Road
Litchfield, ME 04350-3626


Gowell Enterprises, Inc.
469 Richmond Road
Litchfield, ME 04350


Gowell's Store Inc.
491 Richmond Road
Litchfield, ME 04350


Gower, David G
14 Sophie Lane
South China, ME 04358


Grainger
100 Grainger Parkway
Lake Forest, IL 60045


Gray Grocers, Inc.
35 Portland Road
Gray, ME 04039


Graybar
29 West Commercial Street
Portland, ME 04101

Griffith Laboratories USA, Inc.
1 Griffth Center
Alsip, IL 60803


Grotton, Timothy
79 Tobey Road
Weeks Mills, ME 04358


H P Hood Inc
6 Kimball Lane
Lynnfield, MA 09140


H. P. Hood Inc.
369 Park Avenue
Portland, ME 04102


H. P. Hood Inc.
349 Park Avenue
Portland, ME 04102


H. P. Hood Inc.
PO Box 4058
Boston, MA 02211-4058


H.B. Provisions, Inc.
15 Western Avenue
Kennebunk, ME 04043-7749


H.J. Heinz Company L.P.
One PPG Place
Pittsburgh, PA 15222


H.P. Hood LLC
6 Kimball Lane
Lynnfield, MA 01940

Halpern Import Co., Inc.
2890 Amwiler Road
Atlanta, GA 30360


Harbor View Store, Inc.
PO Box 781
Stonington, ME 04681


Harbor View Store, Inc.
Attn: George Eaton, Clerk
PO Box 1401
Bangor, ME 04402


Haribo of America Inc.
1825 Woodlawn Dr., Ste 204
Baltimore, MD 21207


Harold L. Keay & Son
PO Box 137
Albion, ME 04910


Harris, Roger
212 Wilson POnd Road
North Monmouth, ME 04265


Harris, Ryan
49 Franklin Street
Augusta, ME 04330


Harrison, Patrick
3499 North Belfast Ave
Augusta, ME 04330


Hart, Philip Allen
P.O. Box 142
South Gardiner, ME 04359

Hatch Jr, Wayne F
905 Hallowell-
Gardiner, ME 04345


Hatfield Quality Meats
2700 Clemens Road
PO Box 902
Hatfield, PA 19440


Heath, Edwin
59 Route 133
Winthrop, ME 04364


Heikkinen, Samuel
89 Munsey Road
Jefferson, ME 04348


Heinz Frozen Food H.J. Heinz Company
One PPG Place
Pittsburgh, PA 15222


Herb and Sharon Fithian
PO Box 277
Sherman, ME 04776


Herb Thyme Farms
7909 Crowway Drive
Pico Rivera, CA 90660


Herring Brothers, Inc.
PO Box 526
Guilford, ME 04443


Hershey Creamery Company
301 South Cameron Street
Harrisburg, PA 17101-2815

Hershey Foods USA
100 Crystal A Drive
Hershey, PA 17033


Hiller & Hiller Enterprises, Inc.
67 South Main Street
Rockland, ME 04841


Hillman, Valerie
89 High Holborn St
Gardiner, ME 04345


Hoggy's Store, Inc.
d/b/a Montgomery Oil Company Inc.
279 St. George Road
South Thomaston, ME 04858


Holmes Market, Inc.
29 Main Street
Dixfield, ME 04224


Homemade Brand Foods
2 Opportunity Way
Newburyport, MA 01950


Hormel Financial Serv. Corp.
1 Hormel Plaza
Austin, MN 55912-3673


Hormel Financial Services
1 Hormel Plaza
Austin, MN 55912-3673


Hospice of Southern Maine
280 US Route 1 #1
Scarborough, ME 04074-9073

Hostess Brands, Inc.
f/k/a Interstate Brands Corp.
1 Bakers Way
Biddeford, ME 04005-4337


Howell, Mark
122 Capen Road
Gardiner, ME 04345


Hubert Company
25401 Newtwork Place
Chicago, IL 60673-1254


Huhtamaki Inc.
9201 Packaging Dr.
De Soto, KS 66018


Hussey's General Store
PO Box 81
Windsor, ME 04363


Impact Confections Inc.
10822 W. Toller Drive, Suite 350
Littleton, CO 80127


Imperial Distributors, Inc.
33 Sword Street
Auburn, MA 01501-2195


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Irving Oil Marketing, Inc.
Irving Oil
190 Commerce Way
Portsmouth, NH 03801

Isamax Snacks, Inc.
621 Maine Avenue
Farmingdale, ME 04344


It'll Be Pizza, LLC
144 Fore Street, Suite D-2
Portland, ME 04101-4843


ITL (USA) Limited
75 Park Plaza
Boston, MA 02116


J & S Oil Co., Inc.
867 Western Avenue
Manchester, ME 04351


J. & M. A. Corp.
a/k/a Bear's One Shop
PO Box 510
Newport, ME 04953


Ja-Ru Inc.
4030 Phillips Hwy #6835
Jacksonville, FL 32207-6835


Jack's Grocery
15 High Street
Belfast, ME 04915


Jacques, Gregory
778 Hinckley Road
Canaan, ME 04924


Jaeger, Christopher H.
98 Smith Drive
Hope, ME 04847

James and Jeannine Spiller
1054 Branch Road
Wells, ME 04090


James and Pat Henry, Jr.
PO Box 36
Penobscot, ME 04476


James Austin Company
PO Box 827, 115 Downieville Rd.
Mars, PA 16046


James D. and Dedra A. Lizotte
38 Main Street
Van Buren, ME 04785


Jamison, Timothy R
962 Whitefield Road
Pittston, ME 04345


Jarden Home Brands
14611 West Commerce Road
Daleville, IN 47334


Jasper Wyman & Son
PO Box 100
280 Main Street
Milbridge, ME 04658


Jeannotte's Market LLC
PO Box 368
Nashua, NH 03064


Jeffery R. and Ronald C. Luce
PO Box 227
Washington, ME 04574

Jel Sert Company
Route 59 and Conde Street
West Chicago, IL 60185


Jennie Beaulieu
PO Box 151
Sinclair, ME 04779


Jennie S. L. Clegg, Esq.
Marcus, Clegg & Mistretta, P.A.
One Canal Plaza
Suite 600
Portland, ME 04101-4035


Jerry's Food Store, Inc.
PO Box 500
Island Falls, ME 04747


Jessie and Nancy Michaud
284 US Route 1
Frenchville, ME 04745


JHJY Commercial Properties Inc.
PO Box 443
Marlborough, NH 03455


Jim's Corner Grocery, Inc.
PO Box 218
Frenchville, ME 04745


Jim's Salad Company
557 Albion Road
Unity, ME 04988-3210


Jim's Wholesale
883 Hallowell Litchfield Road
Gardiner, ME 04345

Jimmy's Market
PO Box 539
Bingham, ME 04920


Joe's Country Store, Inc.
1005 Main Street
Saint Francis, ME 04774


John & Penni Floster
PO Box 308
West Paris, ME 04289


John Bannister
PO Box 815
Blue Hill, ME 04614


John Morrell & Co.
805 E. Kember Rd.
Cincinnati, OH 45246


John R. Joseph & Sons, Inc.
74 Front Street
Waterville, ME 04901


John T. Dayhoof III
PO Box 570
Solon, ME 04979


John's Convenience Plus, Inc.
182 Market Street
Fort Kent, ME 04743


Johnsonville Sausage, LLC
PO Box 906
Sheboygan Falls, WI 53085

Johnvince Foods
555 Steeprock Dr.
Downsview, ON M3J 2Z6


Jon L. Bubier d/b/a Ron's Market, Inc.
144 Franklin Avenue
Farmington, ME 04938


Joseph and DeAnne Douin
150 Mercer Road
New Sharon, ME 04955


Joseph M. Sleeper, Jr.
99 Lydon Street
Caribou, ME 04736-1738


Joseph P. Irish
PO Box 2
Troy, ME 04987


Joseph Sleeper II
99 Lydon Street
Caribou, ME 04736-1738


Joseph Sleeper Inc.
99 Lyndon St.
Caribou, ME 04736


Joseph's Middle East Bakery
30 International Way
Lawrence, MA 01843


Julie A. Jewall, dba Athens Corner Store
PO Box 289
Athens, ME 04912

Julie Burnham
3281 Bennoch Road
Old Town, ME 04468


Julie or Ian Cundiff
PO Box 399
Wayne, ME 04284


Just Born Inc.
1300 Stefko Boulevard
Bethlehem, PA 18017


Karp Associates, Inc.
54-54 43rd Street
Maspeth, NY 11378


Karp, Inc.
d/b/a Wells Food Mart
1517 Post Road Route 1
Wells, ME 04090


Kate's Homemade Butter
133 Saco Avenue
Old Orchard Beach, ME 04064


Kathy Kaye Foods LLC
PO Box 434
Hyde Park, UT 84318


Katz, Stephen
32 Danforth Street Apt 2
Gardiner, ME 04345


Kayem Foods, Inc.
754 Arlington Street
Chelsea, MA 02150

Kellogg's Snacks
One Kellogg Square
PO Box 3599
Battle Creek, MI 49016-3599


Ken and Carol Ballard
PO Box 247
Manchester, ME 04351


Kenneth Burnside, Jr. & Jeanita Burnside
Wayne General Store
170 Main Street
Wayne, ME 04284


Kennys Candy Company Inc.
PO Box 269, 609 Pinewood Lane
Perham, MN 56573


Kevin R. Dunham
PO Box 257
Saint Albans, ME 04971


Kilby, Nettie
PO Box 6212
Hermon, ME 04402


Kingsbury, Torrey
PO Box 74
Vassalboro, ME 04989


Kraft Foods Global, Inc.
800 Corporate Boulevard
Newburgh, NY 12550-6407


Kris-Way Truck Leasing, Inc.
43 Hemco Road
South Portland, ME 04106

Kruk, Hannah
186 Mt Vernon Ave #4
Augusta, ME 04330


Kunzler & Company
652 Manor St.
Lancaster, PA 17604


L R F, Inc.
73 Cucumber Hill Road
Foster, RI 02825-1273


L Ray Packing Company
27 Wyman Road
Milbridge, ME 04658-3600


Labadie's Bakery
161 Lincoln Street
Lewiston, ME 04240-7813


LaBree's Bakery
169 Gilman Falls Avenue
Old Town, ME 04468-1325


Lactalis Deli, Inc.
2376 South Park Avenue
Buffalo, NY 14220


Lakeside Country Store
a/k/a Albion Country Store
14 Main Street
Albion, ME 04910


Lancaster II, Stephen
293 Munson Road
Wilton, ME 04294

Lani Temple
2 Gould Street
Camden, ME 04843


Lani Temple d/b/a Megunticook Market
2 Gould Street
Camden, ME 04843


Lapointe Lumber Co. Inc.
22 Pushard Lane
Gardiner, ME 04345


LaQuinta Auburn
4346 Southbridge Street
Auburn, MA 01501


Laubenstein, Blair
2 Hubbard Lane
Hallowell, ME 04347


Laubenstein, Kristin
10 Tybritt Lane
Farmingdale, ME 04344


Leanin' Tree
6055 Longbow Drive
Boulder, CO 80301


Leanin' Tree
119 Morning Street
Portland, ME 04101


Lemont & Sons, Inc.
PO Box 58
Kittery, ME 03904

Lennie's Superette, Inc.
2154 Medway Road
Medway, ME 04460


Leon A. Emery
PO Box 122
Litchfield, ME 04350


Leonard S. Knowlton
Liberty Trading Post
498 Belfast-Augusta Road
Liberty, ME 04949


Lepage Bakeries, Inc.
Country Kitchen Plaza
PO Box 1900
Auburn, ME 04211-1900


LexisNexis Risk Solutions Inc.
PO Box 7247-6514
Philadelphia, PA 19170-6514


LGG, Inc.
d/b/a Gott's Store
111 Bass Harbor Road
Southwest Harbor, ME 04679


Lifestyle Beverages Inc.
100 Quentin Roosevelt Blvd., Ste. 203
Garden City, NY 11530


Lifoam Industries, LLC
235 Schilling Circle, Suite 111
Hunt Valley, MD 21031


Linda's Gourmet Desserts
4 Haynes Hill Road
Wales, MA 01081

Lindt & Sprungli (USA), Inc.
1 Fine Chocolate Place
Stratham, NH 03885


Link Snacks Inc.
One Snack Food Ln.
Minong, WI 54859


Littlefield, Elaine
P.O. Box 494
Gardiner, ME 04345


Livermore Falls Baking Co., Inc.
49 Gilbert Street
Livermore Falls, ME 04254-4238


Long Green Variety, Inc.
1714 Federal Road
Livermore, ME 04253


Louis and Dawn Vasvary
573 Smithfield Road
Oakland, ME 04963


Louise Barnes
68 West Front Street
Skowhegan, ME 04976


Lozier Corporation
6336 Preshing Drive
Omaha, NE 68110-1122


Lt's Inc.
37 Danforth Street
Portland, ME 04101-1104

Luksic, Tatjana
907 South Clary Road
Jefferson, ME 04348


Lymburner Francis
PO Box 86
Brooksville, ME 04617


M. D'Ottavio Produce, Inc.
1145 N. Main Road
Vineland, NJ 08360-2539


M.A. Gedney Company
2100 Stoughton Ave.
Chaska, MN 55318


MacDonald, Page and Co.
30 Long Creek Drive
South Portland, ME 04106


Machias Motor Inn
103 Main Street
Machias, ME 04654


Magna manufacturing Inc.
85 Hill Avenue NW
Fort Walton Beach, FL 32548-3846


Maine Chamber Group Trust
125 Community Drive, Suite 101
Augusta, ME 04330


Maine Chefs

Maine Milk Commission
28 State House Station
Augusta, ME 04333


Maine Motor Transport Assoc.
142 Whitten Road
Augusta, ME 04330


Maine Mussel Co., Inc.
PO Box 117
Warren, ME 04864


Maine Revenue Services
PO Box 9111
Augusta, ME 04332-9111


Maine State Trading Co.
d/b/a Reuben's Country Store
97 Elm Street
Milo, ME 04463


Maine State Trading Co.
D/b/a LJ's Express
24 Elm Street
Milo, ME 04463


Maine Street Market
845 Main Street
Sanford, ME 04073


Maine Turnpike Authority
2360 Congress Street
Portland, ME 04102-1999


Maine Woods Pellet Co., LLC
164 Harmony Road
Athens, ME 04912

MaMa Rosa's LLC
1910 Fair Road
Sidney, OH 45365


Manaford's Inc.
PO Box 161
Jonesport, ME 04649


Maplehurst Bakeries
50 Maplehurst Drive
Brownsburg, IN 46112


Maranacook Motors
765 Main Street
Readfield, ME 04355


Maria's Food Products Inc.
1041 Pearl Street # J
Brockton, MA 02301-5400


Mark Sleeper
66 Russ Street
Caribou, ME 04736


Mark Sprackland
6 Fieldstone Drive
Kingston, NH 03848


Marketing & Sales Essentials
701 Harrison Avenue
Blaine, WA 98230-9997


Marquis, Dennis
3021 Camden Rd.
Warren, ME 04864

Marquis, Kevin
1745 Hallowell Rd
Litchfield, ME 04350


Marquis, Linda L
44 Island Lane
Litchfield, ME 04350


Martin Gawron
d/b/a Monmouth General Store
PO Box 44
Wayne, ME 04284


Mary M. Greene
94 Main Street
Lubec, ME 04652


Mason Ways Indestricible Plas
580 Village Blvd, #330
West Palm Beach, FL 33409


Massachusetts Dept. of Revenue
PO Box 7010
Boston, MA 02204


Matarazzo Bros. Co., Inc.
290 Fourth Street
Chelsea, MA 02150


Mathews Salad House
521 Medford Street
Charlestown, MA 02129-1419


Matthew and Cathy Dunn
PO Box 128
Mount Vernon, ME 04352

Maurice and Virginia Bergeron
1486 Alfred Road
Alfred, ME 04002


Mccain Foods Inc.
2275 Cabot Dr.
Lisle, IL 60532


McClelland, Brian J.
147 B Maranacook Rd.
Winthrop, ME 04364


McCormick & Company Inc.
18 Loveton Circle
Sparks, MD 21152


McKee Food Corporation
10260 McKee Road
Collegedale, TN 37315


Mckenna, Polly A.
684 Lewiston Road
West Gardiner, ME 04345


McNutt Enterprises, Inc.
PO Box 417
Brooklin, ME 04616


MEC Enterprises, Inc.
111 Bridgton Road
Fryeburg, ME 04037


Mervin or Christene Kerr
241 Wellington Road
Harmony, ME 04942

Metro Creative Graphics, Inc.
519 18th Avenue
New York, NY 10018-6506


Michael and Susan Stephenson
6 Bluehill East
Bangor, ME 04401


Michael Foods, Inc.
301 Carlson Parkway, Suite 400
Fusion Sales
Minnetonka, MN 55305


Michael L. Cyr
(Mike's Family Market)
84 Center Road
Easton, ME 04740


Michael Reilly
NEED ADDRESS


Michaud Distributors
57 Spring Hill Road
Saco, ME 04072-9650


Michelle T. St. Clair
1908 Hallowell Road
Litchfield, ME 04350


Mike's Country Store, Inc.
90 Water Street
Ellsworth, ME 04605


Mike's Family Market, LLC
5 Main Street
Limestone, ME 04750

Mill Cove Lobster Pound
PO Box 280
Boothbay Harbor, ME 04538

Milton W. Smith, Jr.
PO Box 764
Brownville, ME 04414

Mizkan Americas, Inc.
1661 Freehanville Drive
Mount Prospect, IL 60056

Mohammad S. Islam
8-9 Post Office Square
Lynnfield, MA 01940

Moody, Richard W.
990 Lewiston Road
Gardiner, ME 04345

Moose River Country Store #761
PO Box 236
Rockwood, ME 04478

Morgan Records Management
400 Bedford Street
Manchester, NH 03101

Morris National Inc.
100 Jacob Keffer Parkway
Concord, ON L4K 4W3

Morse's Sauerkraut
3856 Washington Road
Waldoboro, ME 04572

Mount Dustan Country St. #725
HC 10 Box 238
Errol, NH 03579


Mountaire Farms, Inc.
PO Box 1320
Millsboro, DE 19966


Mrs. Ressler's Food Products
5501 Tabor Avenue
Philadelphia, PA 19120


Muffin Town JSB Industries Inc.
130 Crescent Ave.
Chelsea, MA 02150-3030


Mullins, Kevin J.
348 Augusta Rockland Rd
Windsor, ME 04363


Multi-Ad Services Inc.
1720 W Detweiller Drive
Peoria, IL 61615-1612


Multigrains Bakery
117 Water Street
Lawrence, MA 01841-4720


Murphy Jr., Gary
398 Alexander Reed Road
Richmond, ME 04357


MW Polar Foods
15203 Shoemaker Avenue
Norwalk, CA 90650-6858

Myshrall Jr, Norman
45 Neck Road
Litchfield, ME 04350


N.K. Hurst Company
230 West McCarty Street
Indianapolis, IN 46225


Nabisco Biscuit Company
800 Corpoate Boulevard
Newburgh, NY 12550-6407


Nagle, Angela
12 Pebble Street
Sabattus, ME 04280


Nason's General Store, Inc.
2 Masonic Road
Dixmont, ME 04932


National Cap and Sportswear
1101 Keen Dr
Waycross, GA 31503


National Fish & Seafood Limited
2401 Village Drive
Brownsville, TX 78521-1410


National Tobacco Company, L.P.
3029 West Muhammad Ali Boulevard
Louisville, KY 40212-2238


Nature's Animals, Inc.
628 Waverly Avenue
Mamaroneck, NY 10543-2258

Nestle Waters North America
900 Long Ridge Road
Building 2
Stamford, CT 06902-1138


New Age Industrial Corp., Inc.
16788 East Highway 36
Norton, KS 67654


New England Cigar Factory
280 B Route 130
Suite 2 #124
Forestdale, MA 02644


New England Coffee Company
100 Charles Street
Malden, MA 02148


New England Frankfurt Company Sam Hadad
3 Stoneridge Drive
Scarborough, ME 04074


New England Motor Freight
1-71 North Avenue East
Elizabeth, NJ 07201


New England Teamsters & Trucking
Industry Pension Fund
1 Wall Street
Burlington, MA 01803-4768


Nobleboro Village Store, Inc.
255 Center STreet
Nobleboro, ME 04555-9025


Nonni's Food Company Inc.
601 South Boulder, Ste. 900
Tulsa, OK 74119

North Atlantic, Inc.
12 Portland Fish Pier #A
Portland, ME 04101-4620


North Country Variety, Inc.
PO Box 506
Bingham, ME 04920


North End Market
PO Box 38
Monhegan, ME 04852


North Haven Grocery
PO Box 511
North Haven, ME 04853


North State Transportation LLC
361 York Street
Caribou, ME 04736-4133


Northeast Greetings, Inc.
22 Davis Drive
Bangor, ME 04401-6012


Northeast Merchandising Corp.
16 Hathaway Street
Skowhegan, ME 04976-1406


Northeastern Product Corp.
115 Sweet Rd.
Warrensburg, NY 12885


Northeastland Hotel
436 Main Street
Presque Isle, ME 04769

Northern New England Benefit Trust
PO Box 4604
Manchester, NH 03108


Northland Industrial Truck Co.
6 Jonspin Road
Wilmington, MA 01887-1057


Norton Lamb & Company
30 Forest Falls Drive, Suite 4
PO Box 1259
Yarmouth, ME 04096


Norton, Gregory
6 Maple Street
Hallowell, ME 04347


Nutmeg Spice Company
PO Box 509
Morris, CT 06763


O'Hara Corporation
120 Tillson Avenue Suite 1
Rockland, ME 04841-3452


Oakhurst
364 Forest Avenue
Portland, ME 04101


Oakhurst Dairy
364 Forest Avenue
Portland, ME 04101


Occupational Health Center, P.C.
320 Watson Powell Junior Parkway
Des Moines, IA 50309

Office Depot
6600 North Military Trail
Boca Raton, FL 33449


Old Dutch Mustard Company
98 Cuttermill Road, Suite 206S
Great Neck, NY 11021


Old Wisconsin Sausage Co.
170 RUH Court
Kiel, WI 53042-1869


Olean Wholesale Grocery Co-Op
1587 County Road 27
Olean, NY 14760-9229


OLYMEL, SEC/LP
7550 40 Avenue
Reed Deer AB TAN 6R7 CANADA


One Communication
5 Wall Street
Burlington, MA 01803


Oquossoc Grocery, Inc.
PO Box 338
Oquossoc, ME 04964


Oralabs Inc.
18685 East Plaza Dr.
Parker, CO 80134-9061


Osram Sylvania Inc.
100 Endicott St.
Danvers, MA 01923

Ostertag, David H.
42 Heselton Street
Gardiner, ME 04345


Overhead Door Corporation
2501 State Highway 121
Lewisville, TX 75067


Overlock, James
1019 Wiscasset Road
Pittson, ME 04345


Oxford Networks
491 Lisbon Street
Lewiston, ME 04240-7418


Oyster River Management
193 Main Street
Thomaston, ME 04861


P. Dunbar & Estate of A. Dunbar
PO Box 208
Sullivan, ME 04664


P.B. & D Corporation
146 Pleasant Street
Springvale, ME 04083


Paris Farmers Union
64 Auburn Street
Portland, ME 04103-3151


Parker, Todd
186 Capen Road
Gardiner, ME 04345

Parris and Catherine Varney
12 Meadow Road
South China, ME 04358


Patrick Cudahy Inc.
One Sweet Apple-Wood Lane
Cudahy, WI 53110


Patterson's General Store
4 Pond Road
Burnham, ME 04922


Paul H. Breton, Jr.
PO Box 29
Greenville Junction, ME 04442


Paul R. and Kathryn M. Flynn
27 Belfast Road
Freedom, ME 04941


Paul's Food Centers, Inc.
585 Congress Street
Portland, ME 04101


Paules, Clifton D
16 Cecile Avenue
Augusta, ME 04330


Pearson Candy Co.
2140 W. 7th St.
St. Paul, MN 55116


Pelletier, Daniel Marc
57 Wilson St.
Augusta, ME 04330

Pelletier, Gloria
17 Old Winthrop Road
Augusta, ME 04330


Pelton, Jeffrey L.
196 Dirgo Rd
Weeks Mills, ME 04358


Pendexter, Nelson E
244 Rockwood Drive
South China, ME 04358


Penelope Beckler
PO Box 20
Mattawamkeag, ME 04459


Percy Tackle, Inc.
PO Box 190
Errol, NH 03579


Perdue Farms Incorporated
489 Cromwell Road
Beaver Dam, KY 42320


Perfetti Van Melle USA
1 Van Melle Lane
Erlanger, KY 41018-1015


Perkins Paper Incorporated
630 John Hancock Road
Taunton, MA 02780-7380


Perkins, Cindy
60 Cheney Road
Chelsea, ME 04330

Perry's Farmers Union Inc.
PO Box 279
Perry, ME 04667


Peter Ouellette
200 Champlain Street
Van Buren, ME 04785


Pez Candy Inc.
35 Prindle Hill Rd.
Orange, CT 06477-3616


PHD Consulting, Inc.
630 John Hancock Road
Taunton, MA 02780


Philip A. and Lorie E. Chabot
514 Corinna Road
Dexter, ME 04930


Philip Morris U.S.A.
6603 West Broad St.
Richmond, VA 23230


Piantedosi Baking Company
245 Commercial Street
Malden, MA 02148-6780


Picnic Island Enterprises, Inc.
3400 Province Lake Road
East Wakefield, NH 03830


Pierce's Country Store, Inc.
69 Main Street
Richmond, ME 04357

Pierce, Edward
2809 W. River Rd
Sidney, ME 04330


Pierre Foods, Inc.
9990 Princeton Glendale Road
Cincinnati, OH 45246


Pik-Nik Foods USA
433 Airport Blvd., Ste. 425
Burlingame, CA 94010


Pike Jr, Kenneth W.
79 Yankee Drive
Yarmouth, ME 04096


Pilot Seasoning Company
40 Falls Avenue
Waterbury, CT 06708


Pine State Elevator
230 Anderson Street
Portland, ME 04101


Pineland Farms, Inc.
16 Pineland Drive
New Gloucester, ME 04260-4800


Pinette, Daniel M
2176 Hallowell Rd
Litchfield, ME 04350


Pinkham, Gayle
PO Box 56
Windsor, ME 04363

Pinnacle Foods Corporation
6 Executive Campus, Ste. 100
Cherry Hill, NJ 08002


Playa del Rey Sunglasses
2890 Amwiler Rd
Atlanta, GA


Pleau Entprses #1 Inc.
10 China Road
Waterville, ME 04901


Plummer, Therese
747 Western Ridge
Palermo, ME 04354


Plumrose USA, Inc.
7 Lexington Avenue
East Brunswick, NJ 08816-5033


Points North Surveillance
68 Country Club Drive
Auburn, ME 04210


Pollis, Nancy T
16 Maple Street
Gardiner, ME 04345


Pop Rocks Inc.
3 Dunwoody Park #128
Atlanta, GA 30338-6728


Port Clyde General Store Complex LLC
PO Box 276
Port Clyde, ME 04855

Porter, David
33 Pit Rd
Vassalboro, ME 04901


POSChoice Inc.
9052 Timberlin Lake Rd.
Jacksonville, FL 32256


Poulin, Daniel
191 Taber Hill Rd
Vassalboro, ME 04989


Poulin, Diane
37 Boothby St Apt#1
Augusta, ME 04330


Poulin, James
48 Glen Street
Augusta, ME 04330


PPJS, LLC
32 W. Main Street #101
Fort Kent, ME 04743-1231


Prabi 2006 LLC
188 Massabesic Street
Manchester, NH 03103


Prabi 2009 LLC
75 Webster Street
Manchester, NH 03104


Prabi 2010 LLC
10 Mammoth Road
Manchester, NH 03109

Precille Boisclair
194 Guinea Road
Biddeford, ME 04005


Presque Isle Inn
116 Main Street
Presque Isle, ME 04769


Pridham, Gary W.
P.O. Box 5171
Augusta, ME 04332


Proctor & Gamble Dist Co
1 P&G Plaza
Cincinnati, OH 45202


Proctor, James A
25 Dixon Dr
Benton, ME 04901


Provost, Armand
1269 East Pittston Road
Pittston, ME 04345


Quaker Maid Meats, Inc.
521 Carroll Street
Reading, PA 19611-2010


R & R Merry, Inc.
231 Belfast Road
Thorndike, ME 04986


R.C. Moore Inc.
8 Ginn Road
Scarborough, ME 04074-9567

R.J. Reynolds Tobacco Comjpany
401 North Main Street
Winston Salem, NC 27101-3804


R.L. Albert & Son Inc.
19 West Elm Street
Greenwich, CT 06830


R.R.S., LLC
PO Box 528
Unity, ME 04988


R.W. Mathews & Sons, Inc.
Route #1
Steuben, ME 04680


Rake, Inc.
d/b/a Woodland Food Mart
PO Box 399
Baileyville, ME 04694


Ramage, Timothy J
14 Hallett Street
Chelsea, ME 04330


Readfield Family Market, Inc.
Route 17
Readfield, ME 04355


Ready Flow, Inc.
1500 West Easy Street
Rogers, AR 72756-2654


Rebmocam, Inc.
PO Box 822
Castine, ME 04421

Redlon & Johnson
172 Saint John Street #174
Portland, ME 04102-3080


Regent Products Corp., ILC Div.
8999 West Palmer Street
River Grove, IL 60171-1926


Regis and Anita Roy
70 Broad Street
Auburn, ME 04210


Republic Tobacco
2301 Ravine Way
Glenview, IL 60025-7627


Retail Service Co., Inc.
2108 West Broadway
South Portland, ME 04106


Returnable Services
150 Mt. Vernon Avenue
Augusta, ME 04330


RH Foster Energy, LLC
PO Box 127
Mount Desert, ME 04660


Richard Donovan
867 Main Road
Islesboro, ME 04848


Richard Edward Butler
PO Box 105
Howland, ME 04448

Richard or Diane Dunham
PO Box 52
Albans, ME 04970


Richardson, Bryant R.
82 Maquoit Road
Brunswick, ME 04011


Ricker Hill Orchards
Ricker Hill Road
Turner, ME 04282


Rideout Market & Grille #5136
348 Augusta Rocland Road
Windsor, ME 04363


Rivard, David
183 Eight Rod Road
Augusta, ME 04330


Robbins Beef Co.
35 Foodmart Road
Boston, MA 02118-2801


Robert and Michelle Ouellet
PO Box 264
Errol, NH 03579


Robert J. and Leslie Grenier
PO Box 128
Mount Vernon, ME 04352


Robert L. Libby
1288 Clinton Avenue
Waterville, ME 04901

Roberts Sr., Thomas A
3 Rolfe Circle
Gardiner, ME 04345


Roberts, Frederick D.
247 Martin Stream Rd
Fairfield, ME 04937


Rohtstein Corporation
70 Olympia Avenue
Woburn, MA 01801-2036


Roland L. and Lynda M. Knights
PO Box 65
Danforth, ME 04424


Ronald Robinson, Sr.
PO Box 75
Harmony, ME 04942


Rooper's Inc.
764 Sabattus Street
Lewiston, ME 04240


Ropper's Inc.
764 Sabattus Street
Lewiston, ME 04240


Roy, Vicki
57 Mt Vista Drive
Sidney, ME 04330


Rte 58 Convenience
476 Front Street W
Coeburn, VA 24230-3604

Russell and Connie Soucy
PO Box 280
Eagle Lake, ME 04739


Russell Levesque
539 Access Hwy
Caribou, ME 04736


Russell O. Damon
Beverage Mart
55 North Avenue
Skowhegan, ME 04976


Russell, Jeanne
194 Cony Street
Augusta, ME 04330


Ryder Truck Rental, Inc.
d/b/a Ryder Transportation Services
353 Meyer Circle
Corona, CA 92879-1078


Ryder Truck Rental, Inc.
600 Windward Parkway
Alpharetta, GA 30005


Ryder, Paul
31 Westbranch Road
Cumberland, ME 04021


S. Strock & Co., Inc.
PO Box 6113
Chelsea, MA 02150


Sally A. Morris
P.O. Box 904
Yarmouth, ME 04096

Sante Fe Natural Tobacco Co.
1 Plaza Lane - Prensa
Santa Fe, NM 87507-9702


Saputo Cheese USA, Inc.
25 Tri-State International Office Center
Suite 250
Lincolnshire, IL 60069


Schlotterbeck & Foss Company
117 Preble Street
Portland, ME 04101-2408


Schwan's Consumer Brands of NA
3230 Godwin Lane
Pensacola, FL 32526-8025


Sconza Candy Co.
1 Sconza Candy Lane
Oakdale, CA 95361-7899


Selection Video
102 Kimball Avenue, Unit #2
South Burlington, VT 05403


Seneca Foods Corporation
3736 South Main St.
Marion, NY 14505


Sheri Swimm
PO Box 34
Monticello, ME 04760


Shiretown Motor Inn
22 North Street
Houlton, ME 04730-3530

Shirley Varney
10 Ridge Road
Windsor, ME 04363


SICPA Product Security, LLC
277 Park Avenue
New York, NY 10172-0003


SICPA Product Security, LLC
8000 Research Way
Springfield, VA 22153


Silverspoon Salad Company, Inc.
277 Park Avenue
New York, NY 10172


Sirois, Pierre
272 Mud Mill Rd
Augusta, ME 04330


Sirois, Roger
PO Box 328
Caribou, ME 04736


Six Mile Falls Store Corporation
2354 Broadway
Bangor, ME 04401


Slade Gorton & Co., Inc.
225 Southampton Street
Boston, MA 02118-2715


Smarties Candy Company
Ce De Candy Inc.
Union, NJ 07083

SMI


Smith, Emery
PO Box 594
Gardiner, ME 04345


Smithfield Lock & Key
PO Box 466
Smithfield, NC 27577-0466


Sorbee International, LLC
4 Meshaminy Interplex Suite 202
Feasterville Trevose, PA 19053


Soule's Auto Supply Inc.
49 River Street
Augusta, ME 04330


South Street Market, Inc.
PO Box 1670
Blue Hill, ME 04614


Southport General Store, Inc.
443 Henricks Hill Road
PO Box 236
Southport, ME 04576


Spann, Eric
PO Box 427
Clinton, ME 04927


Speaks, Raymond
549 Main St
Monmouth, ME 04259

Specialty Dough, Inc.
60 Holland Street
Lewiston, ME 04240-7514


Spectrum Brands Inc.
601 Rayovac Dr.
Madison, WI 53711


Speedy Stop, Inc.
5 Brand Road
Windham, ME 04062


Spring Hill Dairy Farm
136 Neck Road
Haverhill, MA 01835-8028


Sproul, William Roy
173 Coopers Mills Rd
Windsor, ME 04363


Star Candle Company LLC
300 Industrial Avenue
Ridgefield Park, NJ 07660-1346


State of Maine Cheese Company
461 Commercial Street
Rockport, ME 04856


State of New Hampshire
Collection Division
PO Box 454
Concord, NH 03302-0454


State of New Hampshire
107 North Main Street, Room 204
Concord, NH 03301-4989

State Street Bank and Trust Company
801 State Street☐☐
Quincy, IL 62301


State Treasurer
39 State House Station
Burton M. Cross Office Building, 3rd Fl.
111 Sewall Street
Augusta, ME 04333-0039


Steaks 'N Stuff #888
14 Mechanic Street
Lincoln, ME 04457-1423


Steaks N' Stuff, Inc.
f/k/a DRG, Inc.
615 South Dupont Highway
Dover, DE 19901


Stephen and Martha Fenno
C/o Barry E. Schklair, Esq
Mittel Asen, LLC
85 Exchange Street, P.O. Box 427
Portland, ME 04112


Steve's Snacks Bakery
9 Jewett Street
Skowhegan, ME 04976


Stoddard, James
472 Cooper Road
Whitefield, ME 04353


Stoner Inc.
1070 Robert Fulton Hwy
Quarryville, PA 17566

Storck USA L.P.
US 17 South Warrenton Road
Hartwood, VA 22406


Stowe, Thomas J
61 B Patterson Road
Mechanic Falls, ME 04256


Strom Products, Ltd.
9014 West Chester Pike
Upper Darby, PA 19082-2606


Stump, Helena
401 East Pittston Road
Pittston, ME 04345


Stump, Richard
401 East Pittston Road
Pittston, ME 04345


Stylemark Inc.
2 Sunshine Blvd.
Ormond Beach, FL 32174-8754


Sungard Availability Services
9014 W Chester Pike
Upper Darby, PA 19082


Sunny Delight Beverages Co.
4747 Lake Forest Drive, #100
Cincinnati, OH 45242


Sunshine Mills Inc.
100 Sunshine Drive
Halifax, VA 24558

Superior Farms
1477 Drew Avenue
Suite 101
Davis, CA 95616


Sure Winner Foods
2 Kehner Road
Saco, ME 04072-1836


Susan M. Corriveau
Sue's Market
RR1 Box 602
Saint Francis, ME 04774


Susan M. Morgan
PO Box 8
Pembroke, ME 04666


Swan Lake Grocery #363
979 Swan Lane Avenue
Swanville, ME 04915-4537


Swan Lake Grocery, Inc.
979 Swan Lake Avenue
Swanville, ME 04915-4537


Swan's Honey
Bessey Ridge Road
Albion, ME 04910


Swedish Match NA Inc.
3483 Satellite Blvd., Ste. 306
Duluth, GA 30096


Swisher International Inc.
20 Thorndal Circle
Darien, CT 06820

Sysco Northern New England, Inc.
36 Thomas Drive
Westbrook, ME 04092


Sysco Northern New England, Inc.
36 Thomas Drive
Westbrook, ME 04092-3824


T & L C-Stores, Incorporated
1007 Bar Harbor Road
Ellsworth, ME 04605


Tall Oaks Publishing Inc.
60 Golden Eagle Lane
Littleton, CO 80127-5750


Target Marketing
10405 Lakeridge Parkway
Ashland, VA 23005


Technibilt Ltd.
309 East P. Street
Newton, NC 28658


Technology Recovery Group
29307 Clemens Road
Westlake, OH 44145-1008


Tenants Harbor General Store LLC
PO Box 276
Port Clyde, ME 04855


Tender Corp.
106 Burndy Road
Littleton, NH 03561

The Bank of Maine
f/k/a Savings Bank of Maine
190 Water Street
PO Box 190
Gardiner, ME 04345-0190


The Barking Dawg, LLC
PO Box 982
Bethel, ME 04217


The Great Cranberry Island
General Store LLC
PO Box 108
Cranberry Isles, ME 04625


The Island Market Corporation
PO Box 60
Islesboro, ME 04848


The Island Store Association
PO Box 34
Isle Au Haut, ME 04645


The Ohio Casualty Insurance Co.
9450 Seward Road
Fairfield, OH 45014


The Universal Group
702 Felix Street
Saint Joseph, MO 64501


The Warner Leather Group, Inc.
107 Clinton Avenue
Waterville, ME 04901


THIS LLC

Thomas Jay Allard
PO Box 456
North Berwick, ME 03906


Thomas, Travis
48 Nolan Road
Holden, ME 04429


Thorne Jr, Ronald L
P.O. Box 454
Warren, ME 04864


Three Rivers Farm
1225 Lakeside Drive
Romeoville, IL 60446-3971


Thurston, Martin
19 Cottage Street
Fairfield, ME 04937


Tilton's Market, Inc.
PO Box 21
Buckfield, ME 04220


Timothy H. Gerow
PO Box 457
Clinton, ME 04927


Timothy H. or Gabrielle B. Holmes
PO Box 135
Tenants Harbor, ME 04860


Todd West
Jimmy's Market
272 Main Street
Bingham, ME 04920

Tomas, LLC
PO Box 13
Hollis Center, ME 04042


Tombeau, Inc.
Route 16
Kingfield, ME 04947


Tombeau, Inc.
3205 Carrabassett Drive
Kingfield, ME 04947


Tombeau, Inc.
253 Main Street
Kingfield, ME 04947


Tomneau, Inc.
3205 Carrabasset Drive
Kingfield, ME 04947


Tootsie Roll Co. Inc.
7401 South Cicero Avenue
Chicago, IL 60629-5885


Topps Chewing Gum Inc.
One Whitehall Street
New York, NY 10004


Trask, Danielle
71 Mudmill Road
Chelsea, ME 04330


Treasure Greetings of L.I., Inc.
80 Mal Drive
Lindenhurst, NY 11757

Treasurer City of Augusta
City Center Plaza
16 Cony Street
Augusta, ME 04330


Treasurer of State of Maine
39 State House Station
Burton M. Cross Office Building, 3rd Fl.
11 Sewall Street
Augusta, ME 04333-0039


Trident Seafoods Corp.
5303 Shilshole Ave. NW
Seattle, WA 98107


Troy Alexander Romanoski
44 North Main Street
Strong, ME 04983


Tulsa, Inc.
34 Main Street
Van Buren, ME 04785


Tulsa, Inc.
378 Station Road
Easton, ME 04740


Turner, Rick
109 Clark Street
Portland, ME 04102


Tuttle, Roxanne
81 Huntington Hill R
Litchfield, ME 04350


Tyson Foods
2200 W Don Tyson Parkway
Springdale, AR 72762-6901

U.S. Smokeless Tobacco
6603 W. Broad Street
Richmond, VA 23230


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


UNFI Speciality Distribution
88 Huntoon Memorial Highway
Leicester, MA 01524


UniFirst Corporation
295 Parker Street
Indian Orchard, MA 01151-2200


Unilever Bestfoods
700 Sylvan Ave.
Englewood Cliffs, NJ 07632-3113


United Industries Corporation
2150 Schuetz Road
St. Louis, MO 63146


United Parcel Service
11709 South Pulaski Road
Alsip, IL 60803


United States Cellular Corporation
8410 Bryn Mawr, Suite 700
Chicago, IL 60631


United States Postal Service
841- W. Bryn Mawr Avenue
Chicago, IL 60631

United States Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220


United Supermarket, Inc.
PO Box 279
Mechanic Falls, ME 04256


Upper Valley Press, Inc.
446 Benton Road
North Haverhill, NH 03774-4611


UPS Logistics Technologies
2175 Cornwall Road
Oakville ON L6J 7T3 CANADA


USA Design Group
1026 Lavergne Circle
Hendersonville, TN 37075-9661


UTZ Quality Foods, Inc.
900 High Street
Hanover, PA 17331


UTZ Quality Foods, Inc.
PO Box 980
Marstons Mills, MA 02648


Van Oriental Food, Inc.
2044 West 41st Avenue
Vancouver, BC CANADA


Veilleux, Bradford A.
473 Richmond Road
Litchfield, ME 04350

Veilleux, Steven
11 Timber Oakes Drive
Winslow, ME 04901


Victoria M. and James J. Staszewski
1273 High Street
Gardiner, ME 04345


Vigue, Keith
14 Grant Street
Farmingdale, ME 04344


Village Food Market, Inc.
PO Box 2250
Ogunquit, ME 03907


Voisine, Adam P
376 Churchill Road
Augusta, ME 04330


Walton, Max
15 Monroe St
Livermore Falls, ME 04254


Waste Management
1001 Fannin Suite 4000
Houston, TX 77002


Wayne and Joni Slattery
PO Box 94
West Minot, ME 04288


WCS, Inc.
706 C Knickerbocker Road
San Angelo, TX 76903

Wesco Receivables Corp.
225 West Station Square
Suite 7500
Pittsburgh, PA 15219


West Minot Sugar House
Route 119
West Minot, ME 04288


Western Family Foods, Inc.
6700 SW Sanburg Street
Tigard, OR 97223


Wheaton & McLaughlin, Inc.
PO Box 69
Princeton, ME 04668


White Mountain Lures
88 Turkey Hill Road
Merrimack, NH 03054-4024


Wiggin & Nourie, P.A.
670 North Commercial Street
Suite 305
Manchester, NH 03105-0808


Willow Brook Foods
405 North Jefferson Ave.
Springfield, MO 65805


Willow Specialties
34 Clinton Street
Batavia, NY 14020


Winchenbach, Michael
88 Jefferson Road
Whitefield, ME 04353

Windsor Marketing Group
2 Industrial Road
Windsor Locks, CT 06096-1102


Windward Petroleum, Inc.
605 County Road
Westbrook, ME 04092-1908


Winter People Inc.
125 US Route One
Freeport, ME 04032


Wisconsin Pharmacal Company
1 Pharmacal Way, PO Box 198
Jackson, WI 53037


Woodland Entertainment LLC
1605 Manufacturers Drive
Fenton, MO 63026


Workplace Health
20 Caldwell Road
Augusta, ME 04330-5735


World Kitchens
PO Box 26
Minong, WI 54859


Worldpay US, Inc.
600 Morgan Falls Road
Suite 260
Atlanta, GA 30350


Wright Express
97 Darling Avenue
South Portland, ME 04106

Wright Jr, Darrell
28 Chets Meadow Rd
West Gardiner, ME 04345


Wright's
PO Box 407
Hartland, ME 04943


Wrobel, Jaroslaw
42 Bangor Street
Augusta, ME 04330


WSC, Inc.
706 C Knickerbocker Road
San Angelo, TX 76903


Wullaert, Deborah
231 Lunts Hill Road
Litchfield, ME 04350


Wyndham Chelsea
201 Everett Avenue
Chelsea, MA 02150


X ped X
290 Presumpscot Street
Portland, ME 04103-5234


XATA Corporation
965 Prarie Center Drive
Eden Prairie, MN 55344


Xerox Corporation
45 Glover Avenue
Norwalk, CT 06856-4505

Xerox Corporation
45 Glover Avenue
P.O. Box 4505
Norwalk, CT 06856-4505


Yahn, Travis
355 Center Road
Fairfield, ME 04937


Zagwyn, Dari
280 Wiscasset Road
Pittson, ME 04345


Zemero, Corp.
PO Box 441
Tenants Harbor, ME 04860


Zero Zone, Inc.
110 N. Oakridge Drive
North Prairie, WI 53153