# Proceeding Minutes / Proceeding Memo

*Case #:* 11-11196　　*Case Name:* Associated Grocers of Maine, Inc.
*Set:* 09/12/2011 09:00 am　*Chapter:* 11　*Type:* bk　*Judge:* Louis H. Kornreich
*matter* Doc #24 ORDER TO SHOW CAUSE against James Ebbert