# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

_____
                                       )
In re:                                 )
                                       )   Chapter 11
ASSOCIATED GROCERS OF MAINE, INC.      )   Case No. 11-11196
                                       )
         Debtor.                       )
_____)

**ORDER**

Upon notice and after a hearing held on September 12, 2011 on this Court's Order to Show Cause why the Receiver has the authority to sign a bankruptcy petition on behalf of Associated Grocers of Maine, Inc. ("AGME"), dated September 1, 2011, this Court, for the reasons stated in the Findings of Fact and Conclusions of Law announced on the record, finds that the Order to Show Cause has not been satisfied. The Receiver lacks authority to act on behalf of AGME in signing a petition on behalf of the corporate entity. The above-captioned case is hereby DISMISSED, effective immediately.

Date:_____    _____
                                    United States Bankruptcy Judge
                                    District of Maine

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

_____
                                            )
In re:                                      )
                                            )   Chapter 11
ASSOCIATED GROCERS OF MAINE, INC.           )   Case No. 11-11196
                                            )
              Debtor.                       )
_____)

## CERTIFICATE OF SERVICE

I, Joseph L. Goodman, being over the age of eighteen and an attorney of Goodman Law Firm, P.A. of Portland, Maine, hereby certify that on this date, I electronically filed a Proposed Order on Order to Show Cause which was served on the parties listed via ECF.

Dated: September 12, 2011.

                                                         /s/ Joseph L. Goodman, Esq.
                                                       _____
                                                       Joseph L. Goodman, Esq.
                                                       Goodman Law Firm, P.A.
                                                       P.O. Box 7523
                                                       Portland, ME 04112
                                                       Phone: (207) 775-4335
                                                       Fax: (207) 772-2778
                                                       Email: joseph@goodmanlawfirm.com

**VIA ECF**

Fred W. Bopp, III, Esq., on behalf of Other Professional, James Ebbert

Randy J. Creswell, Esq., on behalf of Other Professional, James Ebbert

Shawn Katherine Leyden, Esq., on behalf of Other Professional, James Ebbert

Anthony J. Manhart, Esq., on behalf of Other Professional, James Ebbert

George J. Marcus, Esq., on behalf of Camden National Bank

Stephen G. Morrell, on behalf of Office of the U.S. Trustee

Jennifer H. Pincus, Esq., on behalf of Office of the U.S. Trustee

Jay S. Geller, Esq., on behalf of The Bank of Maine

Jeremy Fisher, Esq., on behalf of The Bank of Maine

Paul J. Greene, Esq., on behalf of Imperial Distributors, Inc.

Pamela W. Waite, Esq., on behalf of Maine Revenue Services

**VIA E-MAIL**

AGME Customer Group
c/o John Bannister
jrb@surfglobal.net